UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARIYLN OAKIE,

     Plaintiff,

v.                                                              Case No. 5:26-cv-405-WFJ-PRL

SHERIFF BILLY WOODS, et al.,

     Defendants.

## NOTICE OF LEAD COUNSEL DESIGNATION

PLEASE TAKE NOTICE that pursuant to Local Rule 2.02(a), James M.

Slater of Slater Legal PLLC is designated as lead counsel.


Dated: June 5, 2026

                     Respectfully submitted,

                     */s/ James M. Slater\**
                     James M. Slater (FBN 111779)
                     Slater Legal PLLC
                     2296 Henderson Mill Rd NE #116
                     Atlanta, Georgia 30345
                     Tel. (404) 458-7283
                     james@slater.legal

                     *Attorneys for Plaintiff*

                     *\*Lead Counsel*