UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

Marilyn Oakie,

     Plaintiff,

v.

Billy Woods, et al,

     Defendants.

5:26-cv-405-WFJ-PRL

## LOCAL RULE 3.03 DISCLOSURE STATEMENT

I hereby disclose the following pursuant to Local Rule 3.03:

1.     Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

**RESPONSE:**

- Law Offices of Romanucci & Blandin (Attorneys for Plaintiff);
  - Harton, Sam (Attorney for Plaintiff);
- Slater Legal PLLC (Attorneys for Plaintiff);
  - Slater, James M. (Attorney for Plaintiff);
- Oakie, Marilyn (Plaintiff);

2.     Billy Woods, Sheriff of Marion County, Florida (Defendant);

3.     Heart of Florida Health Center, Inc. (Defendant);

4.     Major Clint Bowen (Defendant);

5.     Deputy Chief Robert Douglas (Defendant);

6.     Captain Brian Spivey (Defendant);

7.     Captain Alesia Chisholm (Defendant);

8.     Monica Hopkins (Defendant);

9.     Dr. John Pearson (Defendant);

10.    Dr. Jose Rodriguez (Defendant);

11.    Nurse John Little (Defendant);

12.    Nurse Colleen Rutland (Defendant);

13.    Nurse Sandy Gomez (Defendant);

14.    Nurse Dorisvel Ramos (Defendant);

15.    ARNP Duane Cunningham (Defendant);

16.    Nurse Leslie Tyson (Defendant);

17.    Nurse Andrea Younes (Defendant);

18.    Officer N. Custodio (Defendant);

19.    Deputy Lareisha Gordon (Defendant);

20.    Deputy Iovino (Defendant).

21.    Each entity with publicly traded shares or debt potentially affected by the outcome:

**RESPONSE:** None of which Plaintiff is aware.

22.    Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**RESPONSE:** None.

23.    Each person arguably eligible for restitution:

**RESPONSE:** Plaintiff seeks damages, costs, and attorneys' fees.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: June 15, 2026

Respectfully submitted,

*/s/ James M. Slater*

James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

ROMANUCCI & BLANDIN
Sam Harton*
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000

Fax: (312) 458-1004
Email: sharton@rblaw.net
Attorneys for Plaintiff
*Pro hac vice forthcoming