**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors, <br> Plaintiff, <br><br> v. <br><br> Billy Woods, Sheriff of Marion County, Florida, in his official capacity; Heart of Florida Health Center, Inc.; Major Clint Bowen; Deputy Chief Robert Douglas; Captain Brian Spivey; Captain Alesia Chisholm; Monica Hopkins; Dr. John Pearson; Dr. Jose Rodriguez; Nurse John Little; Nurse Colleen Rutland; Nurse Sandy Gomez; Nurse Dorisvel Ramos; ARNP Duane Cunningham; Nurse Leslie Tyson; Nurse Andrea Younes; Officer N. Custodio; Deputy Gordon; Deputy Iovino;, <br><br> Defendants. | **Case No. 5:26-cv-00405** |

**MOTION FOR SPECIAL COUNSEL**

Sam A. Harton, Esquire, moves for special admission to represent Plaintiff Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors in this action. I am not a member of The Florida Bar. I am a member in good standing of a bar of a United States district court and the Supreme Court of Illinois; specifically, the Northern District of Illinois and the Supreme Court of Illinois. I have not abused the privilege of special admission by

maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

*Merchant v. Woods, et al.*, Case No. 5:23-CV-661-JSM-PRL, Middle District of Florida

*Barreto-Baerga Osceola County*, Florida, et al., Case No. 9:25-CV-98-PGB-LHP, Middle District of Florida (Appearance to be withdrawn)

*Laviano v. Centurion of Florida*, LLC, et al, 3:26-cv-03970, Northern District of Florida

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

June 17, 2026

Respectfully submitted,


/s/ Sam A. Harton

ROMANUCCI & BLANDIN, LLC
Sam A. Harton (Ill. Bar No. 6342112)~
321 North Clark St., Suite 900
Chicago, Illinois 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net

Counsel for Plaintiff

| TITLE OF COURTS | DATE OF ADMISSION |
|---|---|
| Northern District Court of Illinois | November 2022 |
| Central District Court of Illinois | November 2022 |
| Southern District Court of Illinois | June 2023 |
| Eastern District Court of Wisconsin | November 2022 |
| Northern District Court of Indiana | August 2023 |
| 7th Circuit Court of Appeals | June 2023 |
| Illinois State Supreme Court | November 2022 |

**Please note that Sam A. Harton, is in good standing in all the Courts listed above.**

4