# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Samantha Harton

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Samantha Harton was duly admitted to practice in said Court on (11/29/2022) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (01/08/2026 )

Thomas G. Bruton , Clerk,

By:
    Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ PETER J. JUDGE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
January 8, 2026