UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARILYN OAKIE, PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF JACOB OAKIE,
DECEASED, ON BEHALF OF THE
ESTATE AND SURVIVORS,

        Plaintiffs,

    v.                              **Case No.:  5:26-cv-00405-WFJ-PRL**

BILLY WOODS, et al.,

        Defendants,

_____/

## ORDER

The motion for special admission of Sam Harton, Esq. (Doc. 8), is **GRANTED**. To activate her e-filing access, counsel shall submit the *pro hac vice* e-file registration through PACER.[1] Counsel is deemed to be familiar with the Court's Local Rules.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, on June 18, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Counsel of Record

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.