AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the Middle District of Florida

| | |
|---|---|
| Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Billy Woods, Sheriff of Marion County, Florida, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:26-cv-405-WFJ-PRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deputy Gordon
Marion County Sheriff's Office
692 NW 30th Ave, Ocala, FL 34475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MEGAN A. MANN
CLERK OF COURT

Date:  June 3, 2026

K. Scott, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Filed:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-00405

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Deputy Gordon

was received by me on *(date)*   6/18/2026                  .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Crystal Henderson                , who is
designated by law to accept service of process on behalf of *(name of organization)*  Deputy Gordon
on *(date)* 6/26/2026            ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 132.00       for services, for a total of $ 132.00

I declare under penalty of perjury that this information is true.

*Jennifer Green*

Date: _____
_____
*Server's signature*

Jennifer Green
_____
*Printed name and title*


1332 SW 6th St , Ocala , FL 34471
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

**Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors**

*Plaintiff*

v.

**Billy Woods, Sheriff of Marion County, Florida, in his official capacity; Heart of Florida Health Center, Inc.; Major Clint Bowen; Deputy Chief Robert Douglas; Captain Brian Spivey; Captain Alesia Chisholm; Monica Hopkins; Dr. John Pearson; Dr. Jose Rodriguez; Nurse John Little; Nurse Colleen Rutland; Nurse Sandy Gomez; Nurse Dorisvel Ramos; ARNP Duane Cunningham; Nurse Leslie Tyson; Nurse Andrea Younes; Officer N. Custodio; Deputy Gordon; Deputy Iovino**

*Defendant*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 5:26-cv-00405

## AFFIDAVIT OF SERVICE

I, Jennifer Green, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 17, 2026, at 8:33 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Deputy Gordon in Marion County, FL on June 26, 2026 at 4:32 pm at Marion County Jail, 3290 NW 10th St, Ocala, FL 34475-4550 by leaving the following documents with Crystal Henderson who as Office Manager is authorized by appointment or by law to receive service of process for Deputy Gordon.

COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 35-44, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' to 5' 3".

Geolocation of Serve: https://google.com/maps?q=29.1944867,-82.174725

Photograph: See Exhibit 1

Total Cost: $132.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Jennifer Green*

Executed in

Marion County                                ,

FL        on    6/29/2026              .

Signature
Jennifer Green
102921-1, 5th Judicial Circuit
+1 (352) 434-8185
1332 SW 6th St , Ocala , FL 34471

Below are my previous attempts at serving Deputy Gordon:

Date / Time: June 19, 2026 8:28 am

Address: 692 NW 30th Ave, Ocala, FL 34475-5608

Geolocation: https://google.com/maps?q=29.1923825,-82.1753304

Description: I spoke with an employee. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. No additional contacts were made.



Exhibit 1a)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the Middle District of Florida

Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors, )
)
)
)

_____

*Plaintiff(s)*

v.

Billy Woods, Sheriff of Marion County, Florida, et al

_____

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)

Civil Action No.    5:26-cv-405-WFJ-PRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Deputy Iovino
Marion County Sheriff's Office
692 NW 30th Ave, Ocala, FL 34475

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MEGAN A. MANN
CLERK OF COURT

Date:    June 3, 2026    _____

K. Scott, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*

Filed:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-00405

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Deputy Iovino

was received by me on *(date)*   6/18/2026   .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Crystal Henderson , Office Manager , who is

designated by law to accept service of process on behalf of *(name of organization)*   Deputy Iovino
on *(date)* 6/26/2026  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 132.00 for services, for a total of $ 132.00

I declare under penalty of perjury that this information is true.

Date: _____

*Jennifer Green*
_____
*Server's signature*

Jennifer Green
_____
*Printed name and title*


1332 SW 6th St , Ocala , FL 34471
_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF FLORIDA

**Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors,**

*Plaintiff*

v.

**Billy Woods, Sheriff of Marion County, Florida, in his official capacity;; Heart of Florida Health Center, Inc.;; Major Clint Bowen;; Deputy Chief Robert Douglas;; Captain Brian Spivey;; Captain Alesia Chisholm;; Monica Hopkins;; Dr. John Pearson;; Dr. Jose Rodriguez;; Nurse John Little;; Nurse Colleen Rutland;; Nurse Sandy Gomez;; Nurse Dorisvel Ramos;; ARNP Duane Cunningham;; Nurse Leslie Tyson;; Nurse Andrea Younes;; Officer N. Custodio;; Deputy Gordon;; Deputy Iovino;**

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 5:26-cv-00405

## AFFIDAVIT OF SERVICE

I, Jennifer Green, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 17, 2026, at 8:33 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Deputy Iovino in Marion County, FL on June 26, 2026 at 4:25 pm at Marion County Jail, 3290 NW 10th St, Ocala, FL 34475-4550 by leaving the following documents with Crystal Henderson who as Office Manager is authorized by appointment or by law to receive service of process for Deputy Iovino.

COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 35-44, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' to 5' 3".

Geolocation of Serve: https://google.com/maps?q=29.1945133,-82.1746733
Photograph: See Exhibit 1

Total Cost: $132.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Jennifer Green*

Executed in

Marion County

FL     on     6/29/2026     .

Signature
Jennifer Green
102921-1, 5th Judicial Circuit
+1 (352) 434-8185
1332 SW 6th St , Ocala , FL 34471

Below are my previous attempts at serving Deputy Iovino:

Date / Time: June 19, 2026 8:29 am
Address: 692 NW 30th Ave, Ocala, FL 34475-5608
Geolocation: https://google.com/maps?q=29.1923723,-82.1753151
Description: I spoke with an employee. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. No additional contacts were made.



Exhibit 1a)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the Middle District of Florida

| | |
|---|---|
| Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Billy Woods, Sheriff of Marion County, Florida, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  5:26-cv-405-WFJ-PRL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nurse Dorisvel Ramos
Marion County Sheriff's Office
692 NW 30th Ave, Ocala, FL 34475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MEGAN A. MANN
*CLERK OF COURT*

K. Scott, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Date:   June 3, 2026

Filed:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-00405

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Nurse Dorisvel Ramos

was received by me on *(date)*  6/18/2026  .

☑ I personally served the summons on the individual at *(place)*  Marion County Jail, 3290 NW 10th
St, Ocala, FL 34475-4550      on *(date)*  6/26/2026   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 132.00 for services, for a total of $ 132.00

I declare under penalty of perjury that this information is true.

Date: _____

*Jennifer Green*

*Server's signature*

Jennifer Green

*Printed name and title*


1332 SW 6th St , Ocala , FL 34471

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the
MIDDLE DISTRICT OF FLORIDA OCALA DIVISION

**Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors**

*Plaintiff*

v.

**Billy Woods, Sheriff of Marion County, Florida, in his official capacity; Heart of Florida Health Center, Inc.; Major Clint Bowen; Deputy Chief Robert Douglas; Captain Brian Spivey; Captain Alesia Chisholm; Monica Hopkins; Dr. John Pearson; Dr. Jose Rodriguez; Nurse John Little; Nurse Colleen Rutland; Nurse Sandy Gomez; Nurse Dorisvel Ramos; ARNP Duane Cunningham; Nurse Leslie Tyson; Nurse Andrea Younes; Officer N. Custodio; Deputy Gordon; Deputy Iovino**

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 5:26-cv-00405

## AFFIDAVIT OF SERVICE

I, Jennifer Green, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 17, 2026, at 8:33 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Nurse Dorisvel Ramos in Marion County, FL on June 26, 2026 at 4:07 pm at Marion County Jail, 3290 NW 10th St, Ocala, FL 34475-4550 by personal service by handing the following documents to an individual identified as Nurse Dorisvel Ramos.

COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION
Race: Hispanic or Latino, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 3" to 5' 6".

Geolocation of Serve: https://google.com/maps?q=29.1946164,-82.174865

Photograph: See Exhibit 1

Total Cost: $132.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

_/s/ Jennifer Green_

Executed in

__Marion County__,

__FL__ on __6/29/2026__.

Signature
Jennifer Green
102921-1, 5th Judicial Circuit
+1 (352) 434-8185
1332 SW 6th St , Ocala , FL 34471

Below are my previous attempts at serving Nurse Dorisvel Ramos:

Date / Time: June 19, 2026 8:41 am

Address: 692 NW 30th Ave, Ocala, FL 34475-5608

Geolocation: https://google.com/maps?q=29.192455,-82.1750867

Description: I spoke with an employee. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. No additional contacts were made.



Exhibit 1a)