# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

| | | |
|---|---|---|
| **Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors** | ) ) ) | |
| *Plaintiff* | ) ) | Civil Action No. 5:26-cv-00405 |
| v. | ) ) | |
| **Billy Woods, et al.** | ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Jennifer Green, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 17, 2026, at 8:33 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Heart of Florida Health Center, Inc. in Marion County, FL on June 19, 2026 at 4:57 pm at 2553 E Silver Springs Blvd, Ocala, FL 34470-7009 by leaving the following documents with Tomeka Harris who as Office Manager is authorized by appointment or by law to receive service of process for Heart of Florida Health Center, Inc..

COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION

Additional Description:
CORPORATE SERVICE: I served and explained the contents to an employee of the defendant Corporation, failing to comply with F.S. 48.091 in the absence of the registered agent or any superior officers pursuant to F.S. 48.081(3)(a)

Race: Black or African American, Sex: Female, Est. Age: 45-54, Hair: Black, Glasses: Y, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.1894299,-82.1019472
Photograph: See Exhibit 1

Total Cost: $132.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


/s/ *Jennifer Green*

Executed in

Signature

Sumter County                                    ,

Jennifer Green
102921-1, 5th Judicial Circuit

FL        on      6/23/2026                .

+1 (352) 434-8185
1332 SW 6th St , Ocala , FL 34471

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the Middle District of Florida

| | | |
|---|---|---|
| Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors, | ) ) ) ) | |
| _____ *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 5:26-cv-405-WFJ-PRL |
| Billy Woods, Sheriff of Marion County, Florida, et al | ) ) ) | |
| _____ *Defendant(s)* | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Heart of Florida Health Center, Inc.
C/O Clay, Matthew, CEO
2553 E. Silver Spring Blvd.
OCALA, FL 34470

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MEGAN A. MANN
*CLERK OF COURT*

Date:  June 3, 2026  _____          _____
K. Scott, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

Filed:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:26-cv-00405

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Heart of Florida Health Center, Inc.

was received by me on *(date)*  6/18/2026  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Tomeka Harris  , who is

designated by law to accept service of process on behalf of *(name of organization)*  Heart of Florida Health

Center, Inc.  on *(date)*  6/19/2026  ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*    I served Tomeka Harris,  Office Manager.

My fees are $ _____ for travel and $  132.00  for services, for a total of $  132.00

I declare under penalty of perjury that this information is true.

Date: _____

*Jennifer Green*
_____
*Server's signature*

Jennifer Green
_____
*Printed name and title*

1332 SW 6th St , Ocala , FL 34471
_____
*Server's address*

Additional information regarding attempted service, etc:



Exhibit 1a)