UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARILYN OAKIE, PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF JACOB OAKIE,
DECEASED, ON BEHALF OF THE
ESTATE AND SURVIVORS,

        Plaintiffs,

     v.                                Case No.:  5:26-cv-00405-WFJ-PRL

BILLY WOODS, et al.,

        Defendants,

                               /

## ORDER

The motion for special admission of Paul M. McMahon, Esq. (Doc. 10), is **GRANTED**. To activate his e-filing access, counsel shall submit the *pro hac vice* e-file registration through PACER.[1] Counsel is deemed to be familiar with the Court's Local Rules.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, on July 7, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Counsel of Record

---

[1] Information regarding special admission to practice and submission of the *pro hac vice* e-file registration can be found on the Middle District of Florida's website, www.flmd.uscourts.gov/for-lawyers.