IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA (Ocala)

MARILYN OAKIE, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF JACOB OAKIE, DECEASED, ON BEHALF OF THE ESTATE AND SURVIVORS,

      Plaintiffs,

vs.

BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY; HEART OF FLORIDA HEALTH CENTER, INC.; MAJOR CLINT BOWEN; DEPUTY CHIEF ROBERT DOUGLAS; CAPTAIN BRIAN SPIVEY; CAPTAIN ALESIA CHISHOLM; MONICA HOPKINS; DR. JOHN PEARSON; DR. JOSE RODRIGUEZ; NURSE JOHN LITTLE; NURSE COLLEEN RUTLAND; NURSE SANDY GOMEZ; NURSE DORISVEL RAMOS; ARNP DUANE CUNNINGHAM; NURSE LESLIE TYSON; NURSE ANDREA YOUNES; OFFICER N. CUSTODIO; DEPUTY GORDON; DEPUTY IOVINO;

      Defendants.

_____/

CASE NO. 5:26-cv-00405
(WFJ)(PRL)

## NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES

Defendants, HEART OF FLORIDA HEALTH CENTER, INC., DR. JOHN

PEARSON, DR. JOSE RODRIGUEZ, JOHN LITTLE, RN, COLLEEN

CASE NO: 5:26-cv-00405-WFJ-PRL

RUTLAND, RN, SANDY GOMEZ, RN, DORISVEL RAMOS, RN, DUANE CUNNINGHAM, ARNP, LESLIE TYSON, RN, and ANDREA YOUNES, RN, hereby give notice that Howard L. Citron, Esq. of the law firm of **La Cava Jacobson, P.A.**, will be appearing as counsel for same in the above-styled cause of action.  Copies of all pleadings and papers filed in this action should be served upon them at the address list below.

     Primary Email:    hlc.pleadings@lacavajacobson.com

     Secondary Email:  hcitron@lacavajacobson.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 8th day of July, 2026, we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.

     Respectfully submitted,

     */s/ Howard L. Citron*
     Howard L. Citron, ESQ
     Florida Bar No: 333300
     hlc.pleadings@lacavajacobson.com
     LACAVA JACOBSON, P.A.
     550 West Cypress Creek, Suite 150
     Fort Lauderdale, FL 33309
     Telephone: (954) 765-1001
     Facsimile:  (954) 765-1005
     *Attorneys for Defendants Heart of Florida Health Center, Inc., Dr. John Pearson, Dr. Jose Rodriguez, John Little, RN, Colleen Rutland, RN, Sandy Gomez, RN, Dorisvel Ramos, RN, Duane Cunningham, ARNP, Leslie Tyson, RN, and Andrea Younes, RN*

2

**CASE NO: 5:26-cv-00405-WFJ-PRL**

## SERVICE LIST

James Murray Slater, Esq.
Slater Legal PLLC
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
*Counsel for Plaintiff*

Paul M. McCahon, Esq.
Sam Horton, Esq.
Romanucci & Blandin, LLC
321 N Clark St
Suite 900
Chicago, IL 60654
*Counsel for Plaintiff*

4922-7845-2924, v. 1