Filed:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-00405-WFJ-PRL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Billy Woods, Sheriff of Marion County, Florida

was received by me on *(date)*   6/29/2026                 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   **Christie Van Vleet**                   , who is

designated by law to accept service of process on behalf of *(name of organization)*  Billy Woods, Sheriff of

Marion County, Florida                         on *(date)* 6/30/2026      ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $  132.00   for services, for a total of $ 132.00

I declare under penalty of perjury that this information is true.

Date: 6/30/2026                  [signature] *Server's signature*

LaVette Gulley
_____
*Printed name and title*


15 Fir Trail Crse, Ocala, FL 34472-4220
_____
*Server's address*

Additional information regarding attempted service, etc:

Additional Description:
PUBLIC AGENCY/OFFICER SERVICE: I served  Christie Van Vleet as General Council pursuant to F.S. 48.111(1)(a)

Directions agent stated there are a couple of deputies that no longer work at the sheriff department and also how the front of the summons is written she could not accept for personnel at hospitals or the doctor in all persons needed to be served separately
Race: White, Sex: Female, Est. Age: 45-54, Hair: Multi, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.192506164,-82.1749897644
Photograph: See Exhibit 1


Total Cost: $132.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Signature
LaVette Gulley
10518-19, Fifth Judicial Circuit
+1 (321) 460-0118
15 Fir Trail Crse, Ocala, FL 34472-4220

Executed in
County: Marion ,
State: FL on Date: 6|30|2026

# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

**Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors**

*Plaintiff*

v.

**Billy Woods, Sheriff of Marion County, Florida, in his official capacity; Heart of Florida Health Center, Inc.; Major Clint Bowen; Deputy Chief Robert Douglas; Captain Brian Spivey; Captain Alesia Chisholm; Monica Hopkins; Dr. John Pearson; Dr. Jose Rodriguez; Nurse John Little; Nurse Colleen Rutland; Nurse Sandy Gomez; Nurse Dorisvel Ramos; ARNP Duane Cunningham; Nurse Leslie Tyson; Nurse Andrea Younes; Officer N. Custodio; Deputy Gordon; Deputy Iovino**

*Defendant*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 5:26-cv-00405-WFJ-PRL

## AFFIDAVIT OF SERVICE

I, LaVette Gulley, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 29, 2026, at 1:53 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Billy Woods, Sheriff of Marion County, Florida in Marion County, FL on June 30, 2026 at 12:35 pm at 692 NW 30th Ave, Ocala, FL 34475-5608 by leaving the following documents with Christie Van Vleet who as General Council is authorized by appointment or by law to receive service of process for Billy Woods, Sheriff of Marion County, Florida.

COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION

Additional Description:
PUBLIC AGENCY/OFFICER SERVICE: I served  Christie Van Vleet as General Council pursuant to F.S. 48.111(1)(a)

Directions agent stated there are a couple of deputies that no longer work at the sheriff department and also how the front of the summons is written she could not accept for personnel at hospitals or the doctor in all persons needed to be served separately
Race: White, Sex: Female, Est. Age: 45-54, Hair: Multi, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=29.192506164,-82.1749897644
Photograph: See Exhibit 1


Total Cost: $132.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

County: _____,

State: _____ on Date: _____.

Signature
LaVette Gulley
10518-19, Fifth Judicial Circuit
+1 (321) 460-0118
15 Fir Trail Crse, Ocala, FL 34472-4220



Exhibit 1a)

Exhibit 1b)

