# UNITED STATES DISTRICT COURT

for the
Middle District of Florida

| | |
|---|---|
| **Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors** <br><br> *Plaintiff* <br><br> v. <br><br> **Billy Woods, Sheriff of Marion County, Florida, et al** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 5:26-cv-00405-WFJ-PRL |

## AFFIDAVIT OF SERVICE

I, Jennifer Green, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on June 17, 2026, at 8:33 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Officer N. Custodio in Marion County, FL on July 7, 2026 at 1:16 pm at 3290 NW 10th St, Ocala, FL 34475-4550 by leaving the following documents with Diane Williams who as Office Manager is authorized by appointment or by law to receive service of process for Officer N. Custodio.

COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION
Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=29.0122863,-82.047526
Photograph: See Exhibit 1

Total Cost: $259.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Jennifer Green*
_____

Executed in

Sumter County
_____,

FL        on      7/8/2026              .
_____      _____

Signature
Jennifer Green
102921-1, 5th Judicial Circuit
+1 (352) 434-8185
1332 SW 6th St , Ocala , FL 34471


Below are my previous attempts at serving Officer N. Custodio:

Date / Time: June 19, 2026 8:46 am
Address: 692 NW 30th Ave, Ocala, FL 34475-5608
Geolocation: https://google.com/maps?q=29.1922267,-82.1747833
Description: I spoke with an employee. They stated that they are not authorized to accept service on behalf of the business. Observed no relevant details during this attempt. No additional contacts were made.The server spoke to the attorney for Marion County Sheriff's Office, Trevor P. He stated that the within name has to be served at the work location. He refused to accept documents.

Date / Time: July 3, 2026 3:18 pm
Address: Marion County Jail, 3290 NW 10th St, Ocala, FL 34475-4550
Geolocation: https://google.com/maps?q=29.194457,-82.174813
Description: I spoke with the office manager/administrator. They stated that they are not authorized to accept service on behalf of the business. The within name was not at work and should return on Monday.Observed no relevant details during this attempt. No additional contacts were made.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the Middle District of Florida

| | | |
|---|---|---|
| Marilyn Oakie, as Personal Representative for the Estate of Jacob Oakie, Deceased, on behalf of the Estate and Survivors, | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.  5:26-cv-405-WFJ-PRL |
| Billy Woods, Sheriff of Marion County, Florida, et al | ) ) ) | |
| _Defendant(s)_ | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Officer N. Custodio
Marion County Sheriff's Office
692 NW 30th Ave, Ocala, FL 34475

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James M. Slater
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MEGAN A. MANN
CLERK OF COURT

Date:  June 3, 2026 _____              K. Scott, Deputy Clerk _____
                                                         _Signature of Clerk or Deputy Clerk_

Filed:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:26-cv-00405-WFJ-PRL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer N. Custodio

was received by me on *(date)* 6/18/2026 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diane Williams , who is
designated by law to accept service of process on behalf of *(name of organization)* Officer N. Custodio
on *(date)* 7/7/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
I served the documents to Diane Williams, Project Manager.

My fees are $ _____ for travel and $ 259.00 for services, for a total of $ 259.00

I declare under penalty of perjury that this information is true.

Date: 7/8/2026

*Jennifer Green*
*Server's signature*

Jennifer Green
*Printed name and title*

1332 SW 6th St , Ocala , FL 34471
*Server's address*

Additional information regarding attempted service, etc:



Exhibit 1a)