UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARILYN OAKIE, AS PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF JACOB OAKIE,
DECEASED, ON BEHALF OF THE
ESTATE AND SURVIVORS,

     Plaintiff,

v.                             CASE NO.: 5:26-cv-00405-WFJ-PRL

BILLY WOODS, SHERIFF OF
MARION COUNTY, FLORIDA, IN
HIS OFFICIAL CAPACITY, ET AL,

     Defendants.
_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Pursuant to Local Rule 2.02(a), William B. Armistead, Esq., of Coppins Monroe, P.A., hereby gives notice as Lead Counsel in the above-style action on behalf of Defendant, BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY. All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the undersigned.

Respectfully submitted this 9th day of July 2026.

/s/     William B. Armistead

 William B. Armistead, Esq.
(FBN: 88535)
Brandon W. White, Esq.
(FBN: 84788)
warmistead@coppinsmonroe.com
bwhite@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420    Fax: 850-422-2730
ATTORNEYS FOR DEFENDANT,
BILLY WOODS, SHERIFF OF MARION
COUNTY, FLORIDA, IN HIS OFFICIAL
CAPACITY

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

/s/    *William B. Armistead*
Attorney

2