UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARILYN OAKIE, AS PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF JACOB OAKIE,
DECEASED, ON BEHALF OF THE
ESTATE AND SURVIVORS,

                                CASE NO. 5:26-cv-00405-WFJ-PRL

          PLAINTIFF,

v.

BILLY WOODS, SHERIFF OF
MARION COUNTY, FLORIDA, IN
HIS OFFICIAL CAPACITY, ET AL,

          DEFENDANTS,

_____/

## AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY DEFENDANT BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY

Defendant Billy Woods, Sheriff of Marion County, Florida, in his official capacity ("Sheriff Woods"), pursuant to Federal Rule of Civil Procedure 6(b), hereby moves for an extension of the deadline by which he must respond to the Complaint in this matter [Doc. 1], and incorporates the following memorandum in support.

1. On June 3, 2026, Plaintiff filed her Complaint in this Court, naming 19 Defendants; amongst them, Sheriff Woods. [Doc. 1].

2.     On June 19, 2026, the Complaint and associated summons were served on Sheriff Woods, thereby establishing a deadline for his response to the Complaint of July 10, 2026.

3.     Following that service, the undersigned were retained to represent Sheriff Woods and have been in communication with Plaintiff's counsel regarding waivers of service by certain other Defendants that the undersigned have also been retained to represent.

4.     Such waivers of service would impose a response deadline of August 18, 2026.

5.     Extending Sheriff Woods' deadline to August 18, 2026, would bring his response and any other associated deadlines into line with those other certain Defendants' and would preserve counsels' and the judiciary's resources by requiring fewer and more consistent filings.

6.     The foregoing constitutes good cause for the extension sought, and thus the extension is appropriate under Rule 6(b).

Wherefore Sheriff Woods respectfully requests the Court enter an order extending his time to respond to the Complaint to August 18, 2026.

## LOCAL RULE 3.01(g) CERTIFICATE

I certify that I conferred in good faith with counsel for Plaintiff, Sam A. Harton, Esq., by telephone call this 9th day of July 2026, and Plaintiff agrees to the relief sought in this motion.

/s/ Brandon W. White

Respectfully submitted this 9th day of July 2026.

**/s/ Brandon W. White**

 William B. Armistead, Esq.
(FBN: 88535)
Brandon W. White, Esq.
(FBN: 84788)
warmistead@coppinsmonroe.com
bwhite@coppinsmonroe.com
kwillis@coppinsmonroe.com
kflemming@coppinsmonroe.com

COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420    Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5(b), this document is filed electronically, and service shall be through the Court's transmission facilities on all persons appearing before this Court.

**/s/ Brandon W. White**