UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARILYN OAKIE, PERSONAL
REPRESENTATIVE FOR THE
ESTATE OF JACOB OAKIE,
DECEASED, ON BEHALF OF THE
ESTATE AND SURVIVORS,

      Plaintiffs,

    v.                           **Case No.:  5:26-cv-00405-WFJ-PRL**

BILLY WOODS, et al.,

      Defendants,

_____/

## ORDER

This cause is before the Court on Defendant Billy Woods's Agreed Motion for Extension of Time to Respond to Complaint by Defendant Billy Woods, Sheriff of Marion County, Florida, in His Official Capacity. (Doc. 20). The motion notes that Plaintiff does not oppose the relief sought. *Id.* at 3. Upon due consideration, Defendant's Motion (Doc. 20) is **GRANTED** to the extent his response to the complaint is due **on or before August 18, 2026.**

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, on July 15, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Counsel of Record