UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARILYN OAKIE, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF JACOB OAKIE, DECEASED, ON BEHALF OF THE ESTATE AND SURVIVORS,

CASE NO. 5:26-cv-00405-WFJ-PRL

PLAINTIFF,

v.

BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY, ET AL,

DEFENDANTS,
_______________________________________/

**NOTICE OF FILING DOCUMENTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**

Defendant Billy Woods, Sheriff of Marion County, Florida, in his official capacity ("Sheriff Woods"), Captain Brian Spivey ("Spivey"), Officer N. Custodio ("Custodio"), Deputy Gordon ("Gordon"), and Deputy Iovino ("Iovino") (each, a "Defendant" and together, the "Defendants"), file the following documents in support of their Motion to Dismiss Plaintiff's Amended Complaint [Doc. 30]:

| Exhibit | Description (Bates #, if applicable) |
|---|---|
| 1. | Jacob Oakie MCSO Medical File Documents (36-218) |

Respectfully submitted this 31st day of August 2026.

**/s/ Brandon W. White**

CM COPPINS MONROE

William B. Armistead, Esq.
(FBN: 88535)
Brandon W. White, Esq.
(FBN: 84788)
warmistead@coppinsmonroe.com
bwhite@coppinsmonroe.com
kwillis@coppinsmonroe.com
kflemming@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Ste. 202
Tallahassee, FL 32309
Office: 850-422-2420 Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY, CAPTAIN BRIAN SPIVEY, OFFICER N.CUSTODIO, DEPUTY GORDON, AND DEPUTY IOVINO.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5(b), this document is filed electronically, and service shall be through the Court's transmission facilities on all persons appearing before this Court.

**/s/ Brandon W. White**