

**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB: [redacted] Tue**

## DEMOGRAPHICS

| | |
|---|---|
| **Account Number** | A0215018 |
| **Address** | Unknown Address |
| **Birthdate** | [redacted] |
| **Sex** | Male |

## CONTACT INFORMATION

**Phone Numbers**

| Description | Number | Comments |
|---|---|---|
| Emergency | (352) 499-0069 | FATHER |

**E-Mail Address**

## MEDICAL

**Blood Type**

**Smoking Status** Unknown if ever smoked

**Allergies**

| Allergy | Start Date | Severity | Reaction |
|---|---|---|---|
| NKDA | 11-16-2022 | | |

**Current Problems** No current problems on file.

**Active Medications** No medications on file.

**Past Medical History**

Printed: 06-11-2026 12:24 PM Printed By:
ADMINKS

---

OAKIE, JACOB DANIEL
06-20-2024 Thu 11:14:00 PM
ENCOUNTER
Dictation : INTAKE RECEIVING AND SCREENING:

Name: JACOB DANIEL OAKIE
Inmate Number: A0215018
DOB: [redacted]
Date/Time: 06-20-2024 Thu / 23:14
Race: W
Sex: Male

Intake Refused - No

Are you currently serving or have you ever served in the US Armed Services?:
No
COVID-19 SCREENING/ASSESSMENT:
Has the inmate traveled outside the country, to New York, California, Washington State, or any other designated COVID-19 high-risk area in the last 14 days?
No
Has the inmate been in close contact with anyone DIAGNOSED with or named as a COVID-19 suspect, or in close contact with anyone with an unexplained respiratory illness or death?
No
Have you been on a cruise ship in the last 14 days?
No
Does inmate show signs or symptoms?
No
Most Recent Incarceration:
Where - MARION COUNTY JAIL
When - 2023
Prior Incarceration:
Have you ever been incarcerated here?
YES - 2023
Previous SP:
Yes
Interpreter Used:
No
CRITICAL OBSERVATION:
Urgent/Emergent Medical Referral - NO Indication
Mental Status - Responsiveness:
Verbal
Alert
Orientation:
Person, Place and Time
Urgent/Emergent Security Referral:
No
Urgent/Emergent Mental Health Referral:
No
COMMUNICABLE DISEASE:
Possible MRSA - No
Varicella (Chicken Pox) - No
Herpes Zoster (Shingles) - No
Lice/Pediculosis - No
Jaundice - No
Needlemarks - No
Other - No
Mobility Restrictions:
NONE noted.

---

Physical Aids:
  No
Deaf:
  No
Blind:
  No
HISTORY:
  Medical/Surgical:
    Recent Major Surgical History - No
    Recent Medical Hospitalizations - YES - UF THE VILLAGES - ER VISIT - SYNCOPE - LAST WEEK - WILL REQUEST RECORDS
    Transplant Surgery - No
MEDICATIONS:
  None
ALLERGIES:
  NKDA
SUBSTANCE ABUSE:
  ALCOHOL USE:
    Do you drink alcohol? - NO
  DRUG USE:
    Do you use drugs? - No
INFECTIOUS DISEASE:
  Have you ever had hepatitis? - NO
    Have you been exposed to anyone with Hep A? - NO
    Have you been vaccinated for Hep A? - No
    Would you like to receive a Hep A vaccine? - No
    Abdominal/Stomach Pain? - NO
    Nausea/Vomitting? - NO
    Diarrhea? - No
    Pale/clay colored stool or dark colored urine? - NO
    Skin/Eyes yellow (jaundice)? - No

    Auto Immune Disease? - no
HIV/AIDS:
  Do you have HIV infection or AIDS - No
STD's:
  Do you have or are you currently being treated for an STD?
    No
TB Symptoms:
  Do you have -
    Weight Loss - No
    Night Sweats - NO
    Fever - NO
    Persistent Cough (> 2 weeks) - NO
    Coughing Blood - NO
TB Skin Test:
  Prior + PPD - Inmate denies
CHRONIC ILLNESSES:
  Asthma -
    Do you have asthma? NO
CARDIOVASCULAR DISEASE:
  Have you ever had any problems with your heart? - No
CEREBROVASCULAR DISEASE:
  Have you ever had?
    CVA (Stroke)? - No
    TIA (Mini-Stroke)? - No
DIABETES:
  Have you ever had diabetes or a problem with high blood sugar? - No
ENDO:
  Have you ever been diagnosed with a Thyroid Condition? - No
HYPERTENSION:

---

Have you ever had high blood pressure or hypertension? - NO

EPILEPSY/SEIZURE:

Have you ever had a seizure or convulsion? - NO

GASTROINTESTINAL:

Have you ever had a GI Bleed? - No
Have you ever been told you have cirrhosis? - No

CANCER:

Do you currently have cancer? - No
Are you currently being treated for cancer? - No

DIALYSIS:

Are you currently on dialysis? - No

COPD/Emphysema:

Do you have COPD or emphysema? - NO

MENTAL HEALTH:

Do you have a history of mental health disorder? - No
Have you been diagnosed with schizophrenia? - No
Have you been diagnosed as bipolar? - No
Have you been diagnosed with major depression? - No
History of suicide attempts? - YES
Last Attempt - 20 YEARS OLD - HANG
Do you feel hopeless or helpless? - No
Are you thinking about hurting yourself? - No
Are you thinking about suicide now? - No
Family/Friends - history of suicide? - No
Recent significant loss? - YES
History of psych hospitalization? - No
History of psychotropic medications? - NO
History of head injury? - No
History of hallucinations? - No
History of delusions? - No
Are you thinking about hurting others? - No
History of mental retardation? - No
History of developmental disability? - No
History of learning disability? - No

VITAL SIGNS:

| | |
|---|---|
| Weight | 112 lbs |
| Height | 5 ft. 10 in. |
| BMI | 16.1 |
| BSA (Mosteller) | 1.58 |
| BSA (DuBois) | 1.63 |
| Blood Pressure | 115/85 mmHg |
| Temperature | 97.9 �F / 36.61 �C |
| Pulse | 106 /minute |
| Respiration | 18 /minute |
| Pulse Oxygen | 97% |

EXAMINATIONS:

General Appearance - NAD, Appears hydrated, Good Hygiene
Oral Cavity/E.N.T. - Cavities Missing Teeth
Skin - Tattoos

LT HAND PAIN AND DIFFICULTY WITH ROM - SINCE LAST WEEK AND SYNCOPAL EPISODE AND FALL FROM BIKE - PT NOTED TO BE MOVING AND USING HAND DURING INTERACTION WITH NURSE - NO REDNESS, BRUISING, DISCOLORATION, SWELLING, OR DEFORMITY. CAP REFIL < 3 SEC.

SUICIDE PREVENTION SCREENING GUIDELINES FORM:

Under current Baker Act? OR Baker Act within 72 hours? - No

1. Does the inmate lack close family or friends in the community - YES
2. Has the inmate experience a loss of job, family member or a significant other in the past six (6) months? - NO
3. Does the inmate have any serious financial, family, medical or legal problems? - YES
4. Does the inmate have any family members, close friends, significant other or parent that has committed suicide? - NO

---

5. Does the inmate have a psychiatric history? - NO
6. Does the inmate have a history of alcohol / drug abuse? - NO
7. Does the inmate hold a position of respect in the community (Professional for public official) Is the alleged crime shocking in nature? - NO
8. Has the inmate verbalized thoughts of suicide? - NO
9. Has the inmate attempted suicide in the past? - YES
   Method - HANG
10. Does the inmate express feeling of hopelessness and that there is nothing to look forward to in the future? - NO
11. Does the inmate show signs of depression? - NO
12. Does the inmate appear overly angry, fearful or anxious? - YES
13. Does the inmate appear unusually embarrassed or ashamed? - NO
14. Inmate exhibiting bizarre behavior? - NO
15. Is the inmate under the influence of drugs or alcohol? - NO
16. OBSERVATIONS OF OFFICER(S) - Does the arresting, transporting or security officer believe that the inmate is a suicide risk? - NO
17. No prior arrests? - NO

TOTAL - 4
DISPOSITION - Mental Health Referral due to SA
Inmate placed on list for Mental Health SP

VICTIMIZATION:
Victimization Documentation completed
DISPOSITION:
Placement - General Population
CONSENT:
Consent for Treatment Signed - Yes
ACCESS TO CARE:
Access to Care Reviewed - YES
GRIEVANCE PROCESS:
Grievance Process Explained - YES
INSURANCE:
Do you have insurance? - YES
Type - Medicaid
REFERRALS:
Inmate instructed to seek medical or mental health care as needed.
WAIVER:
Inmate Worker Medical Waiver performed
Inmates Outside Contacts:
Emergency Contact - MOM - MERRYAND - 480- 318- 2071
ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically Approved by Brytnee Lolli on 06-20-2024 11:26:51 PM.

B Lolli

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:16:31 PM

---

OAKIE, JACOB DANIEL
07-04-2024 Thu 12:23:00 PM
ENCOUNTER
Dictation : HEALTH EVALUATION AND ASSESSMENT:

Inmate Name: JACOB DANIEL OAKIE
DOB: [redacted]
Date: 07-04-2024 Thu

COVID SCREENING & ASSESSMENT

Has the inmate been in close contact with anyone diagnosed with or named as a Covid-19 suspect, or in close contact with anyone with an unexplained respiratory illness or death?

No
HISTORY OF CURRENT ILLNESS OR PAST MEDICAL CONDITIONS:
High Blood Pressure - No
Heart Attack/Angina - No
Heart Condition - No
Strokes - No
Seizures - No
Head Trauma - No
Severe Headaches - No
Dizziness/Vertigo - No
Vision Problems/Glasses - No
Dental Problems - YES -
Cavities
Missing teeth
Hearing Problems - No
Anemia - No
COPD/Emphysema - No
Asthma - No
Chronic Bronchitis - No
Pneumonia - No
Hay Fever/Allergies - No
Diabetes - No
Thyroid - No
Gastritis - No
Ulcers - No
Bleeding - No
GB/Pancreas - No
Liver/Hepatitis - No
To your knowledge, have you been exposed to anyone with Hep A? - No
Have you ever been vaccinated for Hep A? - No
Would you like to receive a Hep A vaccine? - No
Are you currently experiencing abdominal or stomach pain? - No
Are you currently experiencing any nausea/vomiting? - No
Are you currently experiencing diarrhea? - No
Are you having any pale or clay colored stool or dark Urine? - No
Skin/Eyes yellow (jaundice)? - No
Kidney Stones - No
Bladder Infections - No
Arthritis - No
Hernias - No
Joint/Muscle Pain - No
Back/Neck Pain - No
Psychiatric History - YES - MH - PSY scheduled
History of suicide attempts
Not on medication
Suicidal - YES - History of attempt by hanging

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:16:32 PM

---

Alcoholism - No
Drug Abuse - YES - History of Opiate use
Tobacco Use - No

COMMUNICABLE/CONTAGIOUS DISEASES:
Tuberculosis - No
HIV Positive - No
AIDS - No
Gonorrhea/Syphilis - No
Lice, Crabs, Scabies - No

IMMUNIZATIONS:
MMR Date - CHILDHOOD
Last Tetanus - UNKNOWN
DPT - UNKNOWN

TB ASSESSMENT SCREENING:
Coughing up blood - No
Prolonged Cough - No
Night Sweats - No
Fever - No
Weight Loss - YES - BMI 15.5, Weight checks initiated
Easily Fatigued - No
Denies signs & symptoms - YES
Other - N/A

TB SKIN TEST:
Prior Positive PPD - No
PPD Plant -
Lot # - 68122
Location - Left Forearm
Date Given - 2024-07-04
Given By - EBAIN, RN

PPD Read order initiated to occur in 48-72 hours.

ALLERGIES:
NKDA

VITAL SIGNS:

| | |
|---|---|
| Weight | 108 lbs 4 oz |
| Height | 5 ft. 10 in. |
| BMI | 15.5 |
| BSA (Mosteller) | 1.56 |
| BSA (DuBois) | 1.61 |
| Blood Pressure | 98/69 mmHg |
| Temperature | 98 �F / 36.67 �C |
| Pulse | 103 /minute |
| Respiration | 16 /minute |
| VAS Pain Level | 0 |
| Pulse Oxygen | 97%General: |

Gait steady. Normal ROM all planes. No deformities, pain or bleeding. Well developed. Good hygiene.

Neuro:
Alert and oriented x 3. Normal mental status. No signs or symptoms of withdrawal. No neuro deficits noted.

Skin: Tattoos, left shoulder, BUE
Warm and dry. No bruising, rash, lesions, needlemarks, abrasions, lacerations or infestations.

Head:
Normocephalic. Atraumatic.

Eyes:
Normal vision. PERRL. Sclera white. Conjunctiva clear.

Ears:
Canals clear. TMs firm and pink. Normal hearing.

Throat:
Mucosa pink and moist. Tonsils not enlarged. Open airway.

Neck:
Full ROM. No lymphadenopathy. No JVD. No thyroid enlargement.
Chest:
Lungs clear to auscultation. Non-labored breathing. No cough. No breast masses/lumps.
Heart:
Regular rate and rhythm. No murmurs or adventitious sounds.
Abdomen:
Positive bowel sounds all four quadrants. No bulges or hernias. No guarding or tenderness with palpation.
GU:
No flank tenderness or bladder distention. No dysuria.
Back:
Normal ROM all planes. No palpable muscle spasms noted.
Extremities:
Pedal pulses equal bilaterally. Full ROM all planes. No edema, cyanosis or injury noted.
Genitals:
No injuries or lesions.
Rectal:
Deferred
Dental:
Dentures/Partials - No
Condition of Teeth - Fair (1/2 Decayed)
Dental Hygiene Instructions Given - Yes
Intake Reviewed:
Yes
History of Substance Abuse:
History of Drug Abuse - YES -
Full Work Clearance:
No
Restrictions:
Inside Work Only
MAIN Jail Only
Accommodations:
None
Cleared for Work:
Cleared by - EBAIN, RN
LIVING WILL:
Living will Explained? - YES
Living Will Accepted & Signed? - No
ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically Approved by Evelyn Bain, RN on 07-04-2024 12:30:56 PM.

Electronically Approved by Jose Rodriguez on 07-11-2024 11:37:59 AM.

E Bain

HEART OF FLORIDA HEALTH CENTER

Corporate Office
2553 E Silver Springs Blvd
Ocala, FL 34470
(352) 732-6599
(352) 732-4816 (Fax)

PREA Reassessment & Comprehensive Education Brochure

Inmate Name: Jacob Oakie

Inmate #: A 0215018 A 0215018

Date: 7/4/24

| | | |
|---|---|---|
| 1. While incarcerated, have you ever been victim of a sexual assault? | ☒ No | ☐ Yes |
| 2 Do you wish to identify as Lesbian, gay, bi-sexual, transgender or intersex? | ☒ No | ☐ Yes, circle all that apply |
| 3. Do you have a mental, physical or developmental disability that would put you at a greater risk of sexual victimization? | ☒ No | ☐ Yes, Explain: |
| 4. Are you concerned about your ability to defend yourself while incarcerated based on: your size, age, mental status, first time incarcerated, or sexual preference? | ☒ No | ☐ Yes |
| If you answered YES to any above statement, proceed to question 5. | ☒ No | ☐ Yes |
| 5. Have you previously disclosed the above information to staff during your CURRENT INCARCERATION? | ☒ No | ☐ Yes |

PREA Brochure has been received, reviewed and any/all questions have been answered.

Inmate Signature: [signature]

If inmate answers "No" to question #5 please contact the PREA Coordinator and the Classifications Supervisor and/or the Jail Watch Commander.

---

OAKIE, JACOB DANIEL
07-04-2024 Thu 01:52:00 PM
ENCOUNTER
Dictation : CHART REVIEW:

Resident Name: JACOB DANIEL OAKIE
ID#:
DOB: [redacted]
Location: 101-A MCJ-BLDG1-D-A-101-A

DateTime: 07-04-2024 Thu / 13:52

Date:
2024-07-04

Chart Review For:

Other - BMI 15.5, Weight checks initiated, Please advise
Comments:

Requesting Provider:
Dr. Rodriguez
Electronic Signature:
Electronically Approved by Evelyn Bain, RN on 07-04-2024 01:55:10 PM.

E Bain

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:16:39 PM

---

OAKIE, JACOB DANIEL
07-05-2024 Fri 02:05:00 PM
ENCOUNTER

Dictation : Nurse Progress Note

After weighing IM on 7/5/24 his BMI is 15.1. Was seen on 7/4/24 and weight was 108.4 lbs with BMI of 15.5. Called infirmary talked to Maria and gave information of the BMI. Maria stated to this nurse she was going to place IM on 3000 calorie diet. Im is currently on weight checks for 30 days.

Patricia Babbitt

JA NKDA

HEART OF FLORIDA HEALTH CENTER

# INMATE MEDICAL REQUEST FORM

❑DENTAL ❑MEDICAL ❑MENTAL HEALTH

(Please check one of the above)

Print Only | Print Only | Print Only

Date: 6/27/2024 Facility/Institution: Marion County Jail

Name: Jacob Daniel Oakie D.O.B.: [redacted]

I.D. # A0 ~~2~~1 5018 Oakie Pod/Section DA

Problem: (in your own words)
I'm hypoglicimic and I'm losing weight.
Can I please get a ~~fo~~ food bag please,
thank you

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Disposition: SIC

Person Triaging: CRuttand (Name) Date: 6.27.24 Time: 331p

**FOR STAFF USE ONLY**

S:

O :

A :

P : IM placed on 3000 calorie diet 7/5/24

Date: 7/5/24 [signature] MEDICAL SERVICES SIGNATURE

OCC033

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:16:42 PM

---

OAKIE, JACOB DANIEL
07-06-2024 Sat 06:37:00 AM
ENCOUNTER
Dictation : NURSE PROGRESS NOTE:

Date: 07-06-2024 Sat
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

IM submitted sick call request 6/27/24 for "I'm hypoglycemic and I'm losing weight." IM has been placed on 3000 calorie diet as of 7/5/24.

Electronically Approved by Christine Brown, RN on 07-06-2024 06:39:30 AM.

C Brown

---

OAKIE, JACOB DANIEL
07-06-2024 Sat 06:28:00 PM
ENCOUNTER
Dictation : TUBERCULOSIS SKIN TEST - RESULTS:

Resident Name: JACOB DANIEL OAKIE
ID#:
DOB: [redacted]
Location: 101-A MCJ-BLDG1-D-A-101-A

DateTime: 07-06-2024 Sat / 18:28

Insertion Date:
2024-07-04

Read Results mm:
0

Read Results +/-:
Negative

Read Date:
2024-07-06

Chest X-Ray?:
N

Comments Blank:

ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically Approved by Elizabeth Jones,RN, RN on 07-06-2024 06:29:20 PM.

E Jones

HEART OF FLORIDA HEALTH CENTER

# INMATE MEDICAL REQUEST FORM

☐DENTAL ☑MEDICAL ☐MENTAL HEALTH

(Please check one of the above)

Print Only — Print Only — Print Only

Date: 07/18/24 Facility/Institution: Marion County Sheriff Office

Name: Jacob oakie D.O.B.: [redacted]

I.D. # A00215018 Pod/Section D/A 101A

Problem: (in your own words)

Really bad ear Infection it hurting really bad I need medicen now Its hurting horribly

**DO NOT WRITE BELOW THIS LINE**

**STAFF SECTION**

Disposition: [signature]

Person Triaging: [signature] LPN (Name) Date: 7/18/24 Time: 1512

**FOR STAFF USE ONLY**

S:

O :

A :

P :

Date: 7-19-24 [signature]
MEDICAL SERVICES SIGNATURE

OCC033

---

OAKIE, JACOB DANIEL
07-19-2024 Fri 12:46:00 PM
ENCOUNTER
Dictation : NURSING EVALUATION TOOLS:

Patient Name: JACOB DANIEL OAKIE
Date / Time: 07-19-2024 Fri / 12:46
Inmate #: A0215018
DOB: [redacted]

Type of Visit - SICK CALL

Subjective:
Allergies:
NKDA

Complaint - Really bad ear infection its hurting really bad I need medicine now its hurting horribly
Onset -
3 days
History - IM states he has a cold. C/O nasal congestion, cough and body aches. IM states that his Left ear is painful, and intermittently drains fluid. IM states around the left ear and left side of jaw is swollen/painful. This writer assessed the left ear . No swelling ,redness, or drainage noted. Both ears appear to be clean and free of drainage. ;eft jaw line and neck area have no notable swelling. IM prescribed Mucus DM and Ibuprofen . IM instructed to return if no changes in 3 days. IM agreed and verbalized understanding of instruction given.

Vital Signs:

| | |
|---|---|
| Weight | 104 lbs |
| Height | 5 ft. 10 in. |
| BMI | 14.9 |
| BSA (Mosteller) | 1.53 |
| BSA (DuBois) | 1.58 |
| Blood Pressure | 96/62 mmHg |
| Temperature | 97.8 �F / 36.56 �C |
| Pulse | 88 /minute |
| Respiration | 18 /minute |
| Pulse Oxygen | 98% |

General:
Alert and oriented x 3.
Responsive.
Skin:
Warm.
Dry.
Skin Color:
Normal.
Lungs:
Clear bilaterally.
Abdomen:
Soft.
Normal bowel sounds.
Associated Symptoms:
None
Elimination:
NORMAL STOOLS.
NORMAL URINARY FLOW.
Extremities:
Pedal pulses palpable bilaterally.
Pedal pulses palpable bilaterally.
Pain:

---

EAR.

Pain Rating:

8

Pain Description:

INTERMITTENT.
PRESSURE.
SHARP.

Assessment:

Alteration in: Comfort
Alteration in: Health Maintenance
Alteration in: Homeostasis
Potential for: Altered Sensory Perception
Potential for: Infection

Plan:

Referral NOT required
OTC Medications Given - YES- Ibuprofen 400 mg BID X15 days PRN Mucus relief DM 400-20 MG BID X7 days
Instructed to return if condition worsens.
Patient understands education/instructions given.

Charges:

Nurse Visit
OTC Medication

Electronically Approved by Colleen Rutland, LPN on 07-19-2024 01:01:23 PM.

C Rutland

---

OAKIE, JACOB DANIEL
07-20-2024 Sat 11:50:00 AM
ENCOUNTER
Dictation : NURSE PROGRESS NOTE:

Date: 07-20-2024 Sat
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

Subjective:
IM stated left ear pain has increased since yesterday. Charge nurse, L Tyson RN, contacted . IM being sent to infirmary .
Electronically Approved by Colleen Rutland, LPN on 07-20-2024 12:23:18 PM.

C Rutland

---

OAKIE, JACOB DANIEL
07-20-2024 Sat 02:03:00 PM
ENCOUNTER
Dictation : NURSING EVALUATION TOOLS:

Patient Name: JACOB DANIEL OAKIE
Date / Time: 07-20-2024 Sat / 14:03
Inmate #: A0215018
DOB: [redacted]

Type of Visit - WALK-IN

SUBJECTIVE:Earache
Allergies:
NKDA

Complaint - Earache
Vital Signs:

| | |
|---|---|
| Blood Pressure | 98/63 mmHg |
| Temperature | 97.4 ◆F / 36.33 ◆C |
| Pulse | 100 /minute |
| Respiration | 18 /minute |
| Pulse Oxygen | 98% |

General:
Alert and oriented x 3.
Responsive.
Skin:
Warm.
Dry.
Skin Color:
Normal.
Lungs:
Clear bilaterally.
Abdomen:
Soft.
Normal bowel sounds.
Associated Symptoms:
None
Elimination:
NORMAL STOOLS.
Extremities:
Pedal pulses palpable bilaterally.
Pain:
EAR.
Pain Rating:
4
Pain Description:
INTERMITTENT.
Assessment:
Alteration in: Comfort
Alteration in: Homeostasis
Alteration in: Neurological Status
Plan:referral clinic for earache continue with pain med. No drainage from ears, ears
Electronic Signature:
Electronically Approved by Mbayo Umba, RN on 07-20-2024 02:13:50 PM. clean.
.
REFERRAL - Routine referral to HCP electronically created
OTC Medications Given - YES
Instructed to return if condition worsens.
Patient understands education/instructions given.

---

Charges:
Nurse Visit

Mbayo Umba

---

OAKIE, JACOB DANIEL
07-22-2024 Mon 10:50:00 AM
ENCOUNTER
Dictation : S/C 12,
C/O PROVIDER SICK CALL VISIT:

Resident Name: JACOB DANIEL OAKIE
ID#: [redacted]
DOB:
Location: 101-A MCJ-BLDG1-D-A-101-A

DateTime: 07-22-2024 Mon / 11:04
EARACHE
Chief Complaint:
JACOB DANIEL OAKIE, 39 year old W Male complains of -not being able to hear out of left ear, with head pressure and cough x 2 weeks.

Past Medical History:
NA

Review of Symptoms:
Headache:
Negative.
Vision Changes:
Negative.
Chest Pain:
Negative.
Shortness of Breath:
Negative.
Leg Swelling:
Negative.
Abdominal Pain:
Negative.
Nausea/Vomiting:
Negative.
Diarrhea:
Negative.
Constipation:
Negative.
Hemoptysis:
Negative.
Hematuria:
Negative.
Left ear discomfort-positive
head congestion/cough-positive

Vital Signs:

| | |
|---|---|
| Weight | 103 lbs 8 oz |
| Height | 5 ft. 10 in. |
| BMI | 14.8 |
| BSA (Mosteller) | 1.52 |
| BSA (DuBois) | 1.57 |
| Blood Pressure | 99/64 mmHg |
| Temperature | 99.1 �F / 37.28 �C |
| Pulse | 104 /minute |
| Respiration | 16 /minute |

---

Pulse Oxygen 96%

PE

General Appearance:
Oriented x 3. Steady gait. Speech clear. Responses appropriate.
Eyes:
PERRL.
Ears: bl tympanic membrane intact.
Oral:
MM moist.
Chest:
Clear bilaterally.
Heart.
RRR. No murmur, rub, gallop.
Abdomen:
Non-tender. Soft.
Neurologic:
MAEW.
Skin:
Warm, dry, pink, no lesions.
Extremities:
No rashes, lesions, clubbing, cyanosis, or edema.

ASSESSMENT
COMMON COLD

PLAN
tylenol given in the clinic 650mg po x 1 dose.

Cetirizine 10mg Tablet, 10MG #10, Sig: DOT
Take 1 Tablet by mouth 1 time per day for 10 days

CONT NSAID and cough med

PATIENT EDUCATED TO INCREASE WATER INTAKE

POC DISCUSSED WITH THE PATIENT WITH OPPORTUNITY TO ASK QUESTIONS

FU
PRN

Electronically Approved by Sandy Gomez, DNP, ARNP on 07-22-2024 11:22:42 AM.

S Gomez

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:17:05 PM

---

OAKIE, JACOB DANIEL
07-22-2024 Mon 04:10:00 PM
ENCOUNTER
Dictation : NURSING EVALUATION TOOLS:

Patient Name: JACOB DANIEL OAKIE
Inmate #: A0215018
DOB: [redacted]
Date of Report: 2024-07-22
Date / Time Seen:07-22-2024 Mon / 16:10

Type of Visit - SIGNAL 46

Subjective:
Allergies:
NKDA

Complaint - C/O DIZZINESS, NAUSEA /VOMITING AND EAR ACHE.
Onset -
< 1 hour
History - C/O DIZZINESS, NAUSEA/VOMITING, AND EAR ACHE. INMATE SWEATING PROFUSELY WHEN THIS NURSE ARRIVED TO D POD, INMATE STATING " I'M NOT FEELING WELL"

Vital Signs:

| | |
|---|---|
| Blood Pressure | 107/55 mmHg |
| Temperature | 97.4 �F / 36.33 �C |
| Pulse | 119 /minute |
| Respiration | 18 /minute |
| Pulse Oxygen | 97% |

WT= 104.6

General:
Alert and oriented x 3.
Responsive.

Skin:
SWEATING PROFUSELY

Skin Color:
Normal.

Lungs:
Clear bilaterally.

Abdomen:
Soft.
Normal bowel sounds.

Associated Symptoms:
NAUSEA/VOMITING REPORTED....NO VOMITING WITNESS WHILE IN THE INFIRMARY

Elimination:
NORMAL STOOLS.

Extremities:
Pedal pulses palpable bilaterally.

Pain:
POST HEAD AND LEFT EAR

Pain Rating:
8

Pain Description:
SHARP.

Assessment:
Alteration in: Comfort
Potential for: Fluid/Electrolyte Deficit
Potential for: Altered Nutritional Intake

---

Plan:
Transported to Infirmary.
NURSE OBSERVATION 23 HOURS
STAT BLOOD SUGAR ...137MG/DL
WT CHECKED = 104.6
Electronic Signature:
Electronically Approved by Dorisvel Ramos, RN, RN on 07-22-2024 04:25:01 PM.

D Ramos

---

OAKIE, JACOB DANIEL
07-22-2024 Mon 07:28:00 PM
ENCOUNTER
Dictation : DAILY INFIRMARY CARE SHEET:

Resident Name: JACOB DANIEL OAKIE
ID#:
DOB: [redacted]
Location: 104-A MCJ-BLDG1-INF-A-104-A

DateTime: 07-22-2024 Mon / 19:28

Diet and % Consumed:
Good

Fluid Intake - Oral/IV:
Ad Lib

Cardiovascular:
Regular rate and rhythm.

Lungs:
CTA
Breath sounds normal.

Skin:
Pink and dry.
Warm to touch.

Neuro/Orientation:
Alert and O x 3.

Eliminiation:
Voiding.
Clear
Regular BM's.

Meds Taken:
Yes
Pain:
6/10
Dull- states body aches
Comments Blank:Patient is a infirmary admission from last shift for a signal 46 with dizziness. Patient seen in the clinic today. Patient states having a cough, dizziness, and chills at this time.
Nurse/Clinician:
J.Little RN

Vitals:

| | |
|---|---|
| Height | 5 ft. 10 in. |
| BMI | 0 |
| BSA (Mosteller) | 0 |
| BSA (DuBois) | 0 |
| Blood Pressure | 104/66 mmHg |
| Temperature | 99.7 �F / 37.61 �C |
| Pulse | 67 /minute |
| Respiration | 16 /minute |

---

Pulse Oxygen 99%

Electronic Signature:

Electronically Approved by John Little, RN on 07-22-2024 07:30:39 PM.

J Little

OAKIE, JACOB DANIEL
07-23-2024 Tue 08:00:00 AM
ENCOUNTER
Dictation : VERBAL ORDER RECEIVED FROM D.CUNNIGHAM ARNP FOR :
CBC/CMP STAT
BLOOD CULTURE X2 Q 15 MIN APART
STAT IV FLUIDS, NSS 0.9% 1000 ML FULL DRIP THEN DECREASE RATE TO 125 ML/HR X24 HOURS.
BENADRY 50 MG IM X1 DOSE NOW
KEEP INMATE NPO
DECOREL FORTE PLUS BID X5 DAYS
MOTRIN 400 MG PO BID X5 DAYS
ZOFRAN BID PRN X7 DAYS
CXR TO BE DONE TODAY
INMATE TO BE ADMITTED IN ISOLATION

D Ramos

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:17:16 PM

---

OAKIE, JACOB DANIEL
07-23-2024 Tue 08:15:00 AM
ENCOUNTER
Dictation : DAILY INFIRMARY CARE SHEET

JACOB DANIEL OAKIE
[redacted]
A0215018
07-23-2024 Tue

Allergies:
NKDA
Vital Signs:

| | |
|---|---|
| Blood Pressure | 99/57 mmHg |
| Temperature | 101.8 �F / 38.78 �C |
| Pulse | 112 /minute |
| Respiration | 22 /minute |
| Pulse Oxygen | 95% |

Care Log:
Cardio - Fast rate.
Diet - NPO exept for ice chips and sips of water.
Elimination - Voiding.
Fluid Intake - Ad Lib
Lungs - Coarse rhonchi bilaterally.
Meds Taken - Yes
Neuro - Alert and O x 3.
Pain - 0/10
Skin - Pink and dry.
Additional Findings - Patient vomited x 1. Patient assessed by Mr. Cunningham in morning rounds. Stat cmp done, cbc with diff, and blood cultures x 2 done. Right AC #22g iv cannula placed, 1 liter NSS 0.9% given, then IVF, Nss 0.9% @125cc post NSS bolus. NPO except for sips of water and ice chips. Cx-ray today.
Nurse/Clinician - L.Fraser RN

Electronic Signature:
Electronically Approved by Lucille Fraser,RN on 07-23-2024 12:46:58 PM.

L Fraser

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:17:19 PM

---

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:28:00 AM
ENCOUNTER
Dictation : INFIRMARY ADMISSION NOTE:

Date: 07-23-2024 Tue
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

Current Medications:
Cetirizine 10mg Tablet 10MG
Ibuprofen 200mg Tablet 200MG
Mucus Relief Dm 400-20 Tb 400MG-20MG

SUBJECTIVE:Order Type - Infirmary Admission
Instructions -
Acute admission: fever, N&V
Patient c/o progressing cold s/s and left ear pain w/ weakness, N&V starting overnight with fever.

Vital Signs:

| | |
|---|---|
| Blood Pressure | 99/57 mmHg |
| Temperature | 101.8 �F / 38.78 �C |
| Pulse | 112 /minute |
| Respiration | 18 /minute |
| Pulse Oxygen | 95% |

OBJ:

General Appearance:
Oriented x 3. Steady gait. Speech clear. Responses appropriate.
HEENT:
PERRL. congestion, cough,
Chest:
Clear bilaterally. cough. Diminished right base.
Heart.
Tachycardia. No murmur, rub, gallop. Normal pedal pulses.
Abdomen:
Non-tender. Soft.
Neurologic:
MAEW. CN2-12 grossly intact.
Skin:
Warm, dry, pink, no lesions.
Extremities:
No rashes, lesions, clubbing, cyanosis, or edema.

Assessment:
N&V, fever, cough, ear pain.

Plan:
Admit
CBC, CMP stat
BCX x 2
IVF bolus, and infusion.

---

Medications per order.
CXray
Benedryl 50mg IV x 1 now
Zofran PRN BiD x 7 days.
0.9% NSS 1000ml IV Bag, #1, Sig: 1L NS bolus now, then 125/cc hr x 24 hours.

CATEGORY - ORDER - Diagnostics - In House Diagnostics - X-Ray
INSTRUCTIONS -
Diagnostics:
X-Ray of - Chest 2 V RE: Cough, fever, dim bases.
REQUESTED START DATE 07/23/2024
REQUESTED END DATE 07/23/2024
IMPLEMENTATION STATUS Pending
USER DCUNNINGA

Electronically Approved by Duane Cunningham, APRN on 07-23-2024 09:41:15 AM.

D Cunningham

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:17:22 PM

---

OAKIE, JACOB DANIEL
07-23-2024 Tue 04:51:00 PM
ENCOUNTER
Dictation : INFIRMARY NURSING PROGRESS NOTE:

Cx-ray done, result pending. Patient house alone, on NPO status. Patient may have ice chips or sips or water as per Mr. Cunningham, APRN. Patient denies any n/v this afternoon.

1.8 liters of IVF.
80cc of sips of water.

Electronic Signature:
Electronically Approved by Lucille Fraser,RN

L Fraser

---

OAKIE, JACOB DANIEL
07-23-2024 Tue 07:16:00 PM
ENCOUNTER
Dictation : DAILY INFIRMARY CARE SHEET:

Resident Name: JACOB DANIEL OAKIE
ID#: [redacted]
DOB:
Location: 103-A MCJ-BLDG1-INF-A-103-A

DateTime: 07-23-2024 Tue / 19:17
Diet and % Consumed:
Fair
Fluid Intake - Oral/IV:
Adequate

Lungs:
CTA
Breath sounds normal.

Skin:
Pink and dry.
Warm to touch.

Neuro/Orientation:
Alert and O x 3.

Eliminiation:
Voiding.
Clear
Bowel sounds normal x 4.

Meds Taken:
Yes

Pain:
6/10
Intermittent
Patient states body aches
Comments Blank:Patient is a infirmary admission for dizziness and vomiting. Patient is on NPO status and housed alone. Patient has been reported having fever. 22 gauge IV in place to right AC with NS running at 125cc/hr. IV site is clean, dry, and intact.
Nurse/Clinician:
J.Little RN

Vitals:

| | |
|---|---|
| Height | 5 ft. 10 in. |
| BMI | 0 |
| BSA (Mosteller) | 0 |
| BSA (DuBois) | 0 |
| Blood Pressure | 100/62 mmHg |
| Temperature | 99.8 �F / 37.67 �C |
| Pulse | 94 /minute |
| Respiration | 16 /minute |
| Pulse Oxygen | 98% |

Electronic Signature:
Electronically Approved by John Little, RN on 07-23-2024 07:19:18 PM.

---

OAKIE, JACOB DANIEL
07-24-2024 Wed 09:01:00 AM
ENCOUNTER
Dictation : DAILY INFIRMARY CARE SHEET:

Resident Name: JACOB DANIEL OAKIE
ID#:
DOB: [redacted]
Location: 103-A MCJ-BLDG1-INF-A-103-A

DateTime: 07-24-2024 Wed / 08:30

Diet and % Consumed:
Good

Fluid Intake - Oral/IV:
Ad Lib

Cardiovascular:
Regular rate and rhythm.

Lungs:
Breath sounds normal.
CTA
Wet, non-productive cough

Skin:
Pink and dry.
Warm to touch.

Neuro/Orientation:
Alert and O x 3.

Meds Taken:
Yes

Elimination:
Voiding.
Clear
Regular BM's.
Bowel sounds normal x 4.

Pain:
0/10

Comments Blank:
Normal Saline at 125ml/hr. He had a CBC/CMP/Blood cx drawn and are pending, CXR pending, After making rounds with the provider this am the provider decided to add a Hepatitis panel to his lab work that was just done. He also started him on IV Phenergan since the patient was dry heavy while we were in the cell.

Nurse/Clinician:
L. Tyson RN

Vitals:

| | |
|---|---|
| Blood Pressure | 126/81 mmHg |
| Temperature | 102.1 F |

---

| | |
|---|---|
| Pulse | 95 /minute |
| Respiration | 18 /minute |
| VAS Pain Level | 0 |
| Pulse Oxygen | 98% |

Electronically Approved by Leslie Tyson, RN on 07-24-2024 09:21:13 AM.

Leslie Tyson

---

OAKIE, JACOB DANIEL
07-24-2024 Wed 09:14:00 AM
ENCOUNTER
Dictation : INFIRMARY PROGRESS NOTE:

Date: 07-24-2024 Wed
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

CURRENT MEDICATIONS:
Cetirizine 10mg Tablet 10MG, Decorel Forte Plus, Ibuprofen 200mg Tablet 200MG, Mucus Relief Dm 400-20 Tb 400MG-20MG, Zofran 4 mg

SUBJECTIVE:
Patient seen during AM rounds w/ continued fever, nausea, vomiting.

CX-ray without acute findings

Patient not compliant with NPO status with only sips of water. He is drinking more per nursing report.

CMP results with 180 BG and elevated LFTs, decreased chloride.

VS per shift, reviewed.

Report of dark colored liquid vomit noted in redbag.

General Appearance:
Alert, Awake, Active, Oriented x 4

.
HEENT:
Normocephalic and atraumatic. PERLA. EOMI. Sclera non-iciteric. Warm to touch.

Cardiovascular:
RRR. S1 and S2 WNL. No murmurs.
Lungs:
Clear to auscultation.
Abdomen:
Soft, non-tender. Positive bowel sounds. No hepatosplenomegaly. No masses. Mild, generalized discomfort on deep palpation.

Extremities:
No edema, color change, cyanosis or clubbing.
Neuro:
No gross deficit

assessment.
N&V
elevated LFTs
Fever
Cold symptoms, cough

---

Plan:
NPO x 24 hours with sips of water only with meds or to wet mouth with ice chips
0.9% NSS 1000ml IV Bag, #7, Sig: NS IVF 125cc/hr x 7 days while not tolerating oral fluids/food.
contact provider to stop as needed.
Protonix IV 40mg Vial, 40MG #14, Sig: IV 1 time per day for 14 days
Phenergan, 25 mg #9, Sig: 25mg IM/IV TID x 3 days PRN nausea.

CATEGORY - ORDER - Lab Labs
INSTRUCTIONS -
Collect specimen for
Hepatitis Panel (4), 322744 Call lab to use available blood if possible.
REQUESTED START DATE 07/24/2024
REQUESTED END DATE 07/24/2024
IMPLEMENTATION STATUS Pending
USER DCUNNINGA

CATEGORY - ORDER - Lab Labs
INSTRUCTIONS -
Collect specimen for stool FOBT x 2.
REQUESTED START DATE 07/24/2024
REQUESTED END DATE 07/24/2024
IMPLEMENTATION STATUS Pending
USER DCUNNINGA

Electronically Approved by Duane Cunningham, APRN on 07-24-2024 09:24:47 AM.
Addendum:

CATEGORY - ORDER - Blood Sugar Blood Sugar BID x 3 Days
INSTRUCTIONS -

REQUESTED START DATE 07/24/2024
REQUESTED END DATE 07/26/2024
PATTERN BID x 3 Days (BS)
IMPLEMENTATION STATUS Pending
USER DCUNNINGA

Electronically Approved by Duane Cunningham, APRN on 07-24-2024 09:26:01 AM.

D Cunningham

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:17:36 PM

---

OAKIE, JACOB DANIEL
07-24-2024 Wed 03:37:00 PM
ENCOUNTER
Dictation : BLOOD SUGAR:

Name JACOB DANIEL OAKIE
ID#
Date 07-24-2024 Wed

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
0.9% NSS 1000ml IV Bag, NS IVF 125cc/hr x 7 days while not tolerating oral fluids/food. contact provider to stop as needed.
Cetirizine 10mg Tablet, 10MG, DOT Take 1 Tablet by mouth 1 time per day for 10 days
Decorel Forte Plus, Take 1 Tablet by mouth 2 times per day for 5 days
Ibuprofen 200mg Tablet, 200MG, Take 2 Tablets by mouth 2 times per day for 15 days as needed
Mucus Relief Dm 400-20 Tb, 400MG-20MG, Take 2 Tablets by mouth 2 times per day for 7 days
Phenergan, 25 mg, 25mg IM/IV TID x 3 days PRN nausea.
Zofran, 4 mg, 1 tab PO BID PRN x 7 days.

BLOOD SUGAR READING:
153

On Sliding Scale Insulin?:
No

PENDING DOSES:
Medication Dosage Directions Med. Taken No Because Comments

COMMENTS:
None

ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically Approved by Maria Kuntz, LPN on 07-24-2024 03:38:20 PM.

M Kuntz

---

OAKIE, JACOB DANIEL
07-24-2024 Wed 03:46:00 PM
ENCOUNTER
Dictation : BLOOD SUGAR:

Name JACOB DANIEL OAKIE
ID#
Date 07-24-2024 Wed

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
0.9% NSS 1000ml IV Bag, NS IVF 125cc/hr x 7 days while not tolerating oral fluids/food. contact provider to stop as needed.
Cetirizine 10mg Tablet, 10MG, DOT Take 1 Tablet by mouth 1 time per day for 10 days
Decorel Forte Plus, Take 1 Tablet by mouth 2 times per day for 5 days
Ibuprofen 200mg Tablet, 200MG, Take 2 Tablets by mouth 2 times per day for 15 days as needed
Mucus Relief Dm 400-20 Tb, 400MG-20MG, Take 2 Tablets by mouth 2 times per day for 7 days
Phenergan, 25 mg, 25mg IM/IV TID x 3 days PRN nausea.
Zofran, 4 mg, 1 tab PO BID PRN x 7 days.
BLOOD SUGAR READING:
153
On Sliding Scale Insulin?:
No
PENDING DOSES:
Medication Dosage Directions Med. Taken No Because Comments
COMMENTS:
None

ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically Approved by Maria Kuntz, LPN on 07-24-2024 03:47:11 PM.

M Kuntz

---

OAKIE, JACOB DANIEL
07-24-2024 Wed 08:18:00 PM
ENCOUNTER
Dictation : DAILY INFIRMARY CARE SHEET:

Resident Name: JACOB DANIEL OAKIE
ID#:
DOB: [redacted]
Location: 103-A MCJ-BLDG1-INF-A-103-A

DateTime: 07-24-2024 Wed / 20:18

Diet and % Consumed:
Poor - NPO

Fluid Intake - Oral/IV:
NPO
IVFs - NS 0.9% 125 mL/hr

Cardiovascular:
Regular rate and rhythm.

Lungs:
CTA, breath even and unlabored, non-productive cough

Skin:
Pink and dry.

Neuro/Orientation:
Alert and O x 3. speech clear, decreased hearing left ear, follows commands, ambulatory with steady gait

Eliminiation:
Voiding.
Bowel sounds normal x 4.

Meds Taken:
Yes

Pain:
0/10

Comments: admitted for N/V along with fever and weakness, currently NPO and receiving IVFs, RUE PIV flushed and patent, changed tegaderm and hung new bag of IVFs, collected blood specimen for Hepatitis panel, performed Covid home test = Negative, ABD soft / generalized mild tenderness with palpation, received Zofran and Phenergan during prior shift, I/M denies vomiting since phenergan was administered, will start Protonix IV 7/25/24, c/o dizziness with ambulation

Nurse/Clinician:
A. Younes RN

Vitals:

| | |
|---|---|
| Blood Pressure | 115/69 mmHg |
| Temperature | 101.8 �F / 38.78 �C |
| Pulse | 100 /minute |

---

| | |
|---|---|
| Respiration | 17 /minute |
| VAS Pain Level | 0 |
| Pulse Oxygen | 96% |

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-24-2024 08:26:13 PM.

Andrea Younes

---

OAKIE, JACOB DANIEL
07-25-2024 Thu 03:52:40 AM
ENCOUNTER
Dictation : BLOOD SUGAR:

Name JACOB DANIEL OAKIE
ID#
Date 07-25-2024 Thu

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
0.9% NSS 1000ml IV Bag, NS IVF 125cc/hr x 7 days while not tolerating oral fluids/food. contact provider to stop as needed.
Decorel Forte Plus, Take 1 Tablet by mouth 2 times per day for 5 days
Ibuprofen 200mg Tablet, 200MG, Take 2 Tablets by mouth 2 times per day for 15 days as needed
Phenergan, 25 mg, 25mg IM/IV TID x 3 days PRN nausea.
Protonix IV 40mg Vial, 40MG, IV 1 time per day for 14 days
Zofran, 4 mg, 1 tab PO BID PRN x 7 days.

BLOOD SUGAR READING:
146

On Sliding Scale Insulin?:
No

PENDING DOSES:
Medication Dosage Directions Med. Taken No Because Comments:

COMMENTS:
None

ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-25-2024 03:53:16 AM.

Andrea Younes

---

OAKIE, JACOB DANIEL
07-25-2024 Thu 05:14:00 AM
ENCOUNTER
Dictation : NURSE PROGRESS NOTE:

Date: 07-25-2024 Thu
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

I/M standing up next to toilet, non-productive cough, spitting in toilet, inmate states he was vomiting and needs water, no emesis in toilet nor was the flushing of the toilet heard prior, informed inmate of findings and reminded him of the NPO order, inmate spit in toilet and stated "see I'm throwing up", provided education on the difference between vomiting and spitting, encouraged I/M to get back in bed d/t Hx of reported dizziness, pointed out the biohazard bag next to the bed which was provided in cause of vomiting, I/m stated he didn't want to use the red bag or get back in bed, fall risk education given verbally, I/m not receptive, witnessed inmate drinking water from faucet

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-25-2024 05:24:40 AM.

Andrea Younes

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:17:52 PM

---

OAKIE, JACOB DANIEL
07-25-2024 Thu 01:41:00 PM
ENCOUNTER
Dictation : DAILY INFIRMARY CARE SHEET:

Resident Name: JACOB DANIEL OAKIE
ID#:
DOB: [redacted]
Location: 103-A MCJ-BLDG1-INF-A-103-A

DateTime: 07-25-2024 Thu / 07:30

Diet and % Consumed:
Good

Fluid Intake - Oral/IV:
Ad Lib

Cardiovascular:
Regular rate and rhythm.

Lungs:
Breath sounds normal.
CTA
Wet, non-productive cough

Skin:
Pink and dry.
Warm to touch.

Neuro/Orientation:
Alert and O x 3.

Meds Taken:
Yes

Elimination:
Voiding.
Clear
Regular BM's.
Bowel sounds normal x 4.

Pain:
0/10

Comments Blank:
Normal Saline at 125ml/hr. into a 22 in the Right AC. Is is an Accu check BID.He had a CBC/CMP/Blood cx drawn and are pending, CXR pending, Hepatitis panel pending. He is COVID NEGATIVE.

Nurse/Clinician:
L. Tyson RN

Vitals:

| | |
|---|---|
| Blood Pressure | 134/81 mmHg |
| Temperature | 102.9 �F / 39.39 �C |
| Pulse | 100 /minute |
| Respiration | 18 /minute |
| VAS Pain Level | 0 |

---

Pulse Oxygen 94%

A Re-check Of Temp ! Hr. Later at 08:45 was 100.4 degrees Fahrenheit
Electronically Approved by Leslie Tyson, RN on 07-25-2024 01:54:31 PM.

Leslie Tyson

---

OAKIE, JACOB DANIEL
07-25-2024 Thu 08:51:00 PM
ENCOUNTER
Dictation : DAILY INFIRMARY CARE SHEET:

Resident Name: JACOB DANIEL OAKIE
ID#:
DOB: [redacted]
Location: 103-A MCJ-BLDG1-INF-A-103-A

DateTime: 07-25-2024 Thu / 19:00

Diet and % Consumed:
Fair

Fluid Intake - Oral/IV:
Ad Lib

Cardiovascular:
Regular rate and rhythm.

Lungs:
CTA
non-productive cough

Skin:
Pink and dry.

Neuro/Orientation:
Alert and O x 3. speech clear, decreased hearing left ear, follows commands, ambulatory with steady gait

Eliminiation:
Voiding.
Bowel sounds normal x 4.

Meds Taken:
Yes

Pain:
0/10

Comments: ABD soft / generalized mild tenderness with palpation, nausea with no vomiting, taking Zofran, FSBS = 155, RUE PIV flushed and patent, IVFs infusing at 125 mL/hr, non-productive cough, CXR with no acute findings, receiving Decorel Forte Plus, Covid negative, preliminary blood cultures negative, stool specimen needed for hemoccult, hat in toilet, I/M educated on reason for collection device

Nurse/Clinician:
A. Younes RN

Vitals:

| | |
|---|---|
| Blood Pressure | 121/72 mmHg |
| Temperature | 101.2 �F / 38.44 �C |
| Pulse | 98 /minute |
| Respiration | 17 /minute |

---

VAS Pain Level 0
Pulse Oxygen 96%

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-25-2024 08:58:20 PM.

Andrea Younes

HEART OF FLORIDA HEALTH CENTER

Corporate Office
2553 E Silver Springs Blvd #101
Ocala, FL 34470
(352) 732-6599
(352) 732-4816 (Fax)

## REFUSAL OF TREATMENT FORM

☒Medical ☐Mental Health

Institution: Marion County Jail

Resident's Name: Jacob Oakie ID#: A0215018

DOB: [redacted]

I, Jacob Oakie (Name of Inmate) have, this day, knowing that I have a condition requiring medical care as indicated below:

- ___ A. Refused medication.
- ___ B. Refused dental care.
- ___ C. Refused an outside medical appointment.
- ___ D. Refused laboratory services.
- ___ E. Refused X-Ray Services.
- ___ F. Refused other diagnostic tests.
- ___ G. Refused physical examination.
- _X_ H. Other (please specify)

IV / IVFS

Reason for Refusal "I want to go back to the pod"

Potential Consequences Explained Dehydration

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare. I have read this form and certify that I understand its contents.

Andrea Yanes RN
Witness Signature

D. Cunningham NP MCJ 7/27/24

Patient Signature

Provider Signature

[signature] RN
Witness Signature

7-26-2024
Date

0158
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

---

OAKIE, JACOB DANIEL
07-26-2024 Fri 02:01:00 AM
ENCOUNTER
Dictation : NURSE PROGRESS NOTE:

Date: 07-26-2024 Fri
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

I/M non-compliant with safety education regarding IV / IV tubing and pole, secured IV tubing multiple times with tape to RUE and untangled IV tubing from pole, inmate stated several times he wanted to go back to his pod, informed of the process of being discharge from the infirmary and he would need to speak with the provider in the morning, inmate continued for several hours yelling he wanted to leave the infirmary while hitting the glass, at 01:58 a.m. inmate knocked on the glass to alert medical he removed his RUE PIV, covered site with gauze/tape, refusal form completed regarding IV access

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-26-2024 02:10:12 AM.

Andrea Younes

---

OAKIE, JACOB DANIEL
07-26-2024 Fri 03:30:00 AM
ENCOUNTER
Dictation : hemoccult positive

Date: 07-26-2024 Fri
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

Inmate had a bowel movement, scant amount / dark / slimy, obtained stool specimen, hemoccult positive (blue)
verbal education given on the importance of a PIV, when asked if he would allow IV insertion the inmate did not respond, asked a second time and was met with silence, C.O. Custodio asked inmate if he was going to let a nurse place a IV and was ignored by the inmate

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-26-2024 03:39:19 AM.

Andrea Younes

---

OAKIE, JACOB DANIEL
07-26-2024 Fri 04:33:29 AM
ENCOUNTER
Dictation : BLOOD SUGAR:

Name JACOB DANIEL OAKIE
ID#
Date 07-26-2024 Fri

ALLERGIES:
NKDA

CURRENT MEDICATIONS:
0.9% NSS 1000ml IV Bag, NS IVF 125cc/hr x 7 days while not tolerating oral fluids/food. contact provider to stop as needed.
Decorel Forte Plus, Take 1 Tablet by mouth 2 times per day for 5 days
Ibuprofen 200mg Tablet, 200MG, Take 2 Tablets by mouth 2 times per day for 15 days as needed
Phenergan, 25 mg, 25mg IM/IV TID x 3 days PRN nausea.
Protonix IV 40mg Vial, 40MG, IV 1 time per day for 14 days
Zofran, 4 mg, 1 tab PO BID PRN x 7 days.
BLOOD SUGAR READING:
206
On Sliding Scale Insulin?:
No
PENDING DOSES:
Medication Dosage Directions Med. Taken No Because Comments

COMMENTS:
None

ELECTRONIC SIGNATURE:

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-26-2024 04:34:14 AM.

Andrea Younes

---

OAKIE, JACOB DANIEL
07-26-2024 Fri 04:37:00 AM
ENCOUNTER
Dictation : weight 104.6 lb

Date: 07-26-2024 Fri
Inmate Name: JACOB DANIEL OAKIE
Date of Birth: [redacted]
ID Number: A0215018

Allergies:
NKDA

weekly weight obtained, 104.6 lb on standing scale

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-26-2024 04:37:54 AM.

Andrea Younes

---

OAKIE, JACOB DANIEL
07-26-2024 Fri 05:43:00 AM
ENCOUNTER
Dictation : NURSING EVALUATION TOOLS:

Patient Name: JACOB DANIEL OAKIE
Date / Time: 07-26-2024 Fri / 05:43
Inmate #: A0215018
DOB: [redacted]

Type of Visit - WALK-IN

Subjective:
Allergies:
NKDA

Complaint - use of force - pepper spray

Onset -
< 1 hour

Vital Signs:

| | |
|---|---|
| Blood Pressure | 158/98 mmHg |
| Temperature | 97.3 �F / 36.28 �C |
| Pulse | 104 /minute |
| Respiration | 16 /minute |
| Pulse Oxygen | 97% |

General:
Not answering questions, follows commands, PERRLA, bilateral pupils 3mm, bilateral sclera irritated

Skin:
Warm.
Dry.
Skin Color:
Normal.
Lungs:
Clear bilaterally. breaths even and unlabored, non-productive cough

Abdomen:
Normal bowel sounds.
Soft.
generalized mild tenderness to palpation

Associated Symptoms:
None
Elimination:
NORMAL URINARY FLOW.
dark, scant stool
Extremities:
Pedal pulses palpable bilaterally. full ROM BUE/BLE

Pain:
No
Pain Rating:
0
Pain Description:
N/A

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:18:13 PM

---

Comments: use of force via pepper spray, received 15 minute shower, during assessment I/M would not answer questions, he did follow commands, no injury noted, bilateral sclera irritated, VSS on RA

Assessment:
Alteration in: Comfort
Plan:
Referral NOT required
OTC Medications Given - NO

Electronic Signature:
Electronically Approved by Andrea Younes, RN on 07-26-2024 05:46:38 AM.

Andrea Younes

OAKIE, JACOB DANIEL #:A0215018 6/11/2026 12:18:15 PM

---

OAKIE, JACOB DANIEL
07-26-2024 Fri 08:20:00 AM
ENCOUNTER

Dictation : INFIRMARY NURSING NOTE: Patient transported to Advent Healthcare.

Patient transported to Advent Health hospital as per Dr. Rodriguez for altered mental status, elevated wbcs, r/o sepsis. Patient awake but confused at this time. Covid test negative on 07/25/24. VSS: 97.4, 152/93, 114, 22, 97%. Blood sugar 238.

Electronic Signature:
Electronically Approved by Lucille Fraser,RN on 07-26-2024 08:27:11 AM.

L Fraser

LABS/X-RAYS/EKG

InterRadiology, Inc.
medical-imaging-solutions

**Healthcare Corrections X-Ray**
P.O. Box 12512
Tallahassee, FL 32317-2512
Phone (844) 651-6971

FINAL-RADIOLOGY-REPORT

| | | | |
|---|---|---|---|
| Patient Name: | **OAKIE JACOB D** | Date of Exam: | **7/23/2024** |
| Patient ID: | **A0215018** | Ordering Physician: | **CUNNINGHAM DWAYNE APRN** |
| D.o.b. [Gender]: | [redacted] **[M]** | Type of Exam: | **CHEST 2V COUGH FEVER DIM BASES** |
| Facility Name: | **marionfl** | Tech Name: | **No information provided** |
| Facility Fax Number: | **No Info ...** | Exam Read: | **7/24/2024 2:17:54 AM AZ MST** |

Reason for Exam: No information provided

**Procedure:** 1

**Findings:** Technique: Chest, 2 views Comparison: None. Findings: The cardiomediastinal silhouette is normal. Pulmonary vascularity is unremarkable. There are no focal infiltrates. The costophrenic angles are sharp with no pleural effusion. The bony mineralization is normal.

**Impression:** Impression: 1. No radiographic evidence of acute cardiopulmonary disease.

D. Cunningham APRN DWC MCS 7/27/24

Naiyer Imam

Interpreting Physician: Dr. Naiyer Imam, MD

THIS REPORT IS BASED SOLELY UPON THE RADIOGRAPHIC EXAMINATION CORRELATION WITH THE CLINICAL EXAMINATION IS ESSENTIAL.

The Protected Health Information contained in the above document is highly confidential. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare service to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as such.

**Lab Results** **07-23-2024 Tue 09:36:00 AM**



**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB: [redacted] Tue**

## LAB DETAILS

| | |
|---|---|
| **Date / Time** | 07-23-2024 16:11 |
| **Sending Application** | 1100 |
| **Sending Facility** | TA |
| **Receiving Application** | UMC |
| **Receiving Facility** | TA009292 |
| **Processing ID** | Production |
| **HL7 Version** | 2.3 |

## PATIENT OVERVIEW

| | |
|---|---|
| **Paient Name** | OAKIE, JACOB DANIEL |
| **Paient ID** | A0215018 |
| **Birth Date** | [redacted] |
| **Sex** | M |
| **SSN** | |

## LAB INFORMATION

| | |
|---|---|
| **Lab ID** | 09296885 |
| **Bill Code** | 00 |
| **Status of Specimen** | F |

## COMMON ORDER INFORMATION

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A535A97, LAB | |
| **Filler Order Number** | 205M1000020^LAB - LAB | |
| **Date/Time of Transaction** | 07-23-2024 00:00 | |
| **Ordering Provider** | CUNNINGHA, D | ID:1730448374 |

## OBSERVATION REQUEST

| | |
|---|---|
| **Order Sequence Number** | 1 |
| **Order Control Number** | LB173_00A535A97, LAB |

| | |
|---|---|
| **Filler Order Number** | 205M1000020, LAB |
| **Observation Date/Time** | 07-23-2024 09:36 |
| **Specimen Received Date/Time** | 07-23-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A535A97 |
| **Results Report Date/Time +** | 07-23-2024 16:11 |
| **Order Result Status** | F - |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Glucose | | 180 | Above high normal | mg/dL | 70-100 | Final | 07-23-2024 15:53 | 01 | |
| BUN | 15.0 | | | mg/dL | 7.0-18.0 | Final | 07-23-2024 15:53 | 01 | |
| Creatinine | 1.0 | | | mg/dL | 0.6-1.3 | Final | 07-23-2024 15:53 | 01 | |
| eGFR | 98.20 | | | | | Final | 07-23-2024 15:53 | 01 | |

**Note**

GFR calculated based on CKD-EPI Creatinine equation (2009) formula.

| Age (years) | Average GFR |
|---|---|
| 20 - 29 | 116 mL/min/1.73 m 2 |
| 30 - 39 | 107 mL/min/1.73 m 2 |
| 40 - 49 | 99 mL/min/1.73 m 2 |
| 50 - 59 | 93 mL/min/1.73 m 2 |
| 60 - 69 | 85 mL/min/1.73 m 2 |
| 70+ | 75 mL/min/1.73 m 2 |

| | |
|---|---|
| Acceptable GFR: | =>60 mL/min/1.73 m 2 |
| Chronic Kidney Disease | <60 mL/min/1.73 m 2 |
| Kidney Failure: | <15 mL/min/1.73 m 2 |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| BUN/Creatinin | 15 | | | | | Final | 07-23-2024 | 01 | |

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| e Ratio | | | | | | | 15:53 | | |
| Sodium | 135 | | | mmol/L | 133-143 | Final | 07-23-2024 15:53 | 01 | |
| Potassium | 4.0 | | | mmol/L | 3.6-5.2 | Final | 07-23-2024 15:53 | 01 | |
| Chloride | | 93 | Below low normal | mmol/L | 98-112 | Final | 07-23-2024 15:53 | 01 | |
| Carbon Dioxide, Total | 26.0 | | | mmol/L | 21.0-32.0 | Final | 07-23-2024 15:53 | 01 | |
| Calcium | 9.3 | | | mg/dL | 8.8-10.5 | Final | 07-23-2024 15:53 | 01 | |
| Protein, Total | 7.3 | | | g/dL | 6.4-8.2 | Final | 07-23-2024 15:53 | 01 | |
| Albumin | 4.10 | | | g/dL | 3.10-4.70 | Final | 07-23-2024 15:53 | 01 | |
| Globulin, Total | 3.2 | | | g/dL | | Final | 07-23-2024 15:53 | 01 | |
| A/G Ratio | 1 | | | | | Final | 07-23-2024 15:53 | 01 | |
| Bilirubin, Total | 0.60 | | | mg/dL | 0.00-1.00 | Final | 07-23-2024 15:53 | 01 | |
| Alkaline Phosphatase | 123 | | | Units/L | 30-136 | Final | 07-23-2024 15:53 | 01 | |
| AST (SGOT) | | 38 | Above high normal | Units/L | 7-37 | Final | 07-23-2024 15:53 | 01 | |
| ALT (SGPT) | | 80 | Above high normal | Units/L | 20-65 | Final | 07-23-2024 15:53 | 01 | |

## PERFORMING LAB INFO

| | |
|---|---|
| **Performing Lab ID** | 01 |
| **Performing Lab Name** | AdventHealth Lab |
| **Address** | 1500 SW 1st Avenue |
| **City, State Zip** | Ocala, FL 344786000 |
| **Phone** | 7265 |
| **Contact** | Pantazis, Cooley MD |

**PERFORMING LAB**

| | |
|---|---|
| **Performing Lab** | 01 |

**Lab Results** 07-23-2024 Tue 09:53:00 AM



**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB: 11-27-1984 Tue**

## LAB DETAILS

| | |
|---|---|
| **Date / Time** | 07-24-2024 08:18 |
| **Sending Application** | 1100 |
| **Sending Facility** | TA |
| **Receiving Application** | UMC |
| **Receiving Facility** | TA009292 |
| **Processing ID** | Production |
| **HL7 Version** | 2.3 |

## PATIENT OVERVIEW

| | |
|---|---|
| **Paient Name** | OAKIE, JACOB DANIEL |
| **Paient ID** | A0215018 |
| **Birth Date** | [redacted] |
| **Sex** | M |
| **SSN** | [redacted] |

## LAB INFORMATION

| | |
|---|---|
| **Lab ID** | 09296885 |
| **Bill Code** | 03 |
| **Status of Specimen** | F |

## COMMON ORDER INFORMATION

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173 00A535DE3, LAB | |
| **Filler Order Number** | 20572702550^LAB - LAB | |
| **Date/Time of Transaction** | 07-24-2024 00:00 | |
| **Ordering Provider** | CUNNINGHA, D | ID:1730448374 |

## OBSERVATION REQUEST

| | |
|---|---|
| **Order Sequence Number** | 1 |
| **Order Control Number** | LB173 00A535DE3, LAB |

| | |
|---|---|
| **Filler Order Number** | 20572702550, LAB |
| **Observation Date/Time** | 07-23-2024 09:53 |
| **Specimen Received Date/Time** | 07-24-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173 00A535DE3 |
| **Results Report Date/Time +** | 07-24-2024 08:18 |
| **Order Result Status** | F - |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| WBC | | 22.3 | Above upper panic limits | x10E3/uL | 3.4-10.8 | Final | 07-24-2024 06:49 | 01 | |
| RBC | 4.55 | | | x10E6/uL | 4.14-5.80 | Final | 07-24-2024 06:49 | 01 | |
| Hemoglobin | | 12.9 | Below low normal | g/dL | 13.0-17.7 | Final | 07-24-2024 06:49 | 01 | |
| Hematocrit | 38.5 | | | % | 37.5-51.0 | Final | 07-24-2024 06:49 | 01 | |
| MCV | 85 | | | fL | 79-97 | Final | 07-24-2024 06:49 | 01 | |
| MCH | 28.4 | | | pg | 26.6-33.0 | Final | 07-24-2024 06:49 | 01 | |
| MCHC | 33.5 | | | g/dL | 31.5-35.7 | Final | 07-24-2024 06:49 | 01 | |
| RDW | 12.6 | | | % | 11.6-15.4 | Final | 07-24-2024 06:49 | 01 | |
| Platelets | 430 | | | x10E3/uL | 150-450 | Final | 07-24-2024 06:49 | 01 | |
| Neutrophils | 92 | | | % | Not Estab. | Final | 07-24-2024 06:49 | 01 | |
| Lymphs | 3 | | | % | Not Estab. | Final | 07-24-2024 06:49 | 01 | |
| Monocytes | 4 | | | % | Not Estab. | Final | 07-24-2024 06:49 | 01 | |
| Eos | 0 | | | % | Not Estab. | Final | 07-24-2024 06:49 | 01 | |

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Basos | 0 | | | % | Not Estab. | Final | 07-24-2024 06:49 | 01 | |
| Immature Cells | | | | | | Not Obtained | 07-24-2024 06:49 | 01 | |
| Neutrophils (Absolute) | | 20.3 | Above high normal | x10E3/uL | 1.4-7.0 | Final | 07-24-2024 06:49 | 01 | |
| Lymphs (Absolute) | 0.8 | | | x10E3/uL | 0.7-3.1 | Final | 07-24-2024 06:49 | 01 | |
| Monocytes(Absolute) | | 1.0 | Above high normal | x10E3/uL | 0.1-0.9 | Final | 07-24-2024 06:49 | 01 | |
| Eos (Absolute) | 0.0 | | | x10E3/uL | 0.0-0.4 | Final | 07-24-2024 06:49 | 01 | |
| Baso (Absolute) | 0.1 | | | x10E3/uL | 0.0-0.2 | Final | 07-24-2024 06:49 | 01 | |
| Immature Granulocytes | 1 | | | % | Not Estab. | Final | 07-24-2024 06:49 | 01 | |
| Immature Grans (Abs) | | 0.2 | Above high normal | x10E3/uL | 0.0-0.1 | Final | 07-24-2024 06:49 | 01 | |

**Note**

(An elevated percentage of Immature Granulocytes has not been found to be clinically significant as a sole clinical predictor of disease. Does NOT include bands or blast cells. Pregnancy associated physiological leukocytosis may also show increased immature granulocytes without clinical significance.)

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| NRBC | | | | | | Not Obtained | 07-24-2024 06:49 | 01 | |
| Hematology Comments: | | | | | | Not Obtained | 07-24-2024 06:49 | 01 | |

**PERFORMING LAB INFO**

| | |
|---|---|
| **Performing Lab ID** | 01 |
| **Performing Lab Name** | Labcorp Tampa |
| **Address** | 5610 W LaSalle Street |
| **City, State Zip** | Tampa, FL 336071770 |
| **Phone** | 5227 |
| **Contact** | Farrier, Sean MD |

**PERFORMING LAB**

| | |
|---|---|
| **Performing Lab** | 01 |

**Lab Results** **07-23-2024 Tue 10:12:00 AM**



**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB:** [redacted] **Tue**

## LAB DETAILS

| | |
|---|---|
| **Date / Time** | 07-25-2024 09:10 |
| **Sending Application** | 1100 |
| **Sending Facility** | TA |
| **Receiving Application** | UMC |
| **Receiving Facility** | TA009292 |
| **Processing ID** | Production |
| **HL7 Version** | 2.3 |

## PATIENT OVERVIEW

| | |
|---|---|
| **Paient Name** | OAKIE, JACOB DANIEL |
| **Paient ID** | A0215018 |
| **Birth Date** | [redacted] |
| **Sex** | M |
| **SSN** | [redacted] |

## LAB INFORMATION

| | |
|---|---|
| **Lab ID** | 09296885 |
| **Bill Code** | 03 |
| **Status of Specimen** | P |

## COMMON ORDER INFORMATION

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A536210, LAB | |
| **Filler Order Number** | 20572702710^LAB - LAB | |
| **Date/Time of Transaction** | 07-24-2024 00:00 | |
| **Ordering Provider** | CUNNINGHA, D | ID:1730448374 |

## OBSERVATION REQUEST

| | |
|---|---|
| **Order Sequence Number** | 1 |
| **Order Control Number** | LB173_00A536210, LAB |

| | |
|---|---|
| **Filler Order Number** | 20572702710, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Specimen Received Date/Time** | 07-24-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-25-2024 09:10 |
| **Diagnostic Service Section** | 01 - |
| **Order Result Status** | P - |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Blood Culture, Routine | Preliminary report | | | | | Preliminary | 07-24-2024 03:44 | 01 | |

**COMMON ORDER INFORMATION**

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A536210, LAB | |
| **Filler Order Number** | 20572702710^LAB - LAB | |
| **Date/Time of Transaction** | 07-24-2024 00:00 | |
| **Ordering Provider** | CUNNINGHA, D | ID:1730448374 |

**OBSERVATION REQUEST**

| | |
|---|---|
| **Order Sequence Number** | 2 |
| **Order Control Number** | LB173_00A536210, LAB |
| **Filler Order Number** | 20572702710, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Action Code** | G - Generated order; reflex order |
| **Specimen Received Date/Time** | 07-24-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-25-2024 09:10 |
| **Order Result Status** | P - Preliminary: A verified early result is available, final results not yet obtained |
| **Parent Result** | 008300 |
| **Parent Order** | 008300 |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Result 1 | Comment | | | | | Preliminary | 07-25-2024 03:44 | 01 | |

**Note** No growth detected at this time.

**PERFORMING LAB INFO**

| | |
|---|---|
| **Performing Lab ID** | 01 |
| **Performing Lab Name** | Labcorp Tampa |
| **Address** | 5610 W LaSalle Street |
| **City, State Zip** | Tampa, FL 336071770 |
| **Phone** | 5227 |
| **Contact** | Farrier, Sean MD |

**PERFORMING LAB**

| | |
|---|---|
| **Performing Lab** | 01 |

**Lab Results** **07-23-2024 Tue 10:12:00 AM**



**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB:** [redacted] **Tue**

## LAB DETAILS

| | |
|---|---|
| **Date / Time** | 07-25-2024 09:10 |
| **Sending Application** | 1100 |
| **Sending Facility** | TA |
| **Receiving Application** | UMC |
| **Receiving Facility** | TA009292 |
| **Processing ID** | Production |
| **HL7 Version** | 2.3 |

## PATIENT OVERVIEW

| | |
|---|---|
| **Paient Name** | OAKIE, JACOB DANIEL |
| **Paient ID** | A0215018 |
| **Birth Date** | [redacted] |
| **Sex** | M |
| **SSN** | [redacted] |

## LAB INFORMATION

| | |
|---|---|
| **Lab ID** | 09296885 |
| **Bill Code** | 03 |
| **Status of Specimen** | P |

## COMMON ORDER INFORMATION

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A536210, LAB | |
| **Filler Order Number** | 20572746170^LAB - LAB | |
| **Date/Time of Transaction** | 07-23-2024 00:00 | |
| **Ordering Provider** | Cunningha, D | ID:1730448374 |

## OBSERVATION REQUEST

| | |
|---|---|
| **Order Sequence Number** | 1 |
| **Order Control Number** | LB173_00A536210, LAB |

| | |
|---|---|
| **Filler Order Number** | 20572746170, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Specimen Received Date/Time** | 07-23-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-25-2024 09:10 |
| **Diagnostic Service Section** | 01 - |
| **Order Result Status** | P - |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Blood Culture, Routine | Preliminary report | | | | | Preliminary | 07-23-2024 03:44 | 01 | |

**COMMON ORDER INFORMATION**

| | |
|---|---|
| **Order Control** | RE - Observations/Performed Service to follow |
| **Placer Order Number** | LB173_00A536210, LAB |
| **Filler Order Number** | 20572746170^LAB - LAB |
| **Date/Time of Transaction** | 07-23-2024 00:00 |
| **Ordering Provider** | Cunningha, D ID:1730448374 |

**OBSERVATION REQUEST**

| | |
|---|---|
| **Order Sequence Number** | 2 |
| **Order Control Number** | LB173_00A536210, LAB |
| **Filler Order Number** | 20572746170, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Action Code** | G - Generated order; reflex order |
| **Specimen Received Date/Time** | 07-23-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-25-2024 09:10 |
| **Order Result Status** | P - Preliminary: A verified early result is available, final results not yet obtained |
| **Parent Result** | 008300 |
| **Parent Order** | 008300 |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Result 1 | Comment | | | | | Preliminary | 07-25-2024 03:44 | 01 | |

**Note** No growth detected at this time.

**PERFORMING LAB INFO**

| | |
|---|---|
| **Performing Lab ID** | 01 |
| **Performing Lab Name** | Labcorp Tampa |
| **Address** | 5610 W LaSalle Street |
| **City, State Zip** | Tampa, FL 336071770 |
| **Phone** | 5227 |
| **Contact** | Farrier, Sean MD |

**PERFORMING LAB**

| | |
|---|---|
| **Performing Lab** | 01 |

**Lab Results** **07-24-2024 Wed 07:48:00 PM**



**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB:** [redacted] **Tue**

## LAB DETAILS

| | |
|---|---|
| **Date / Time** | 07-26-2024 08:19 |
| **Sending Application** | 1100 |
| **Sending Facility** | TA |
| **Receiving Application** | UMC |
| **Receiving Facility** | TA009292 |
| **Processing ID** | Production |
| **HL7 Version** | 2.3 |

## PATIENT OVERVIEW

| | |
|---|---|
| **Paient Name** | OAKIE, JACOB DANIEL |
| **Paient ID** | A0215018 |
| **Birth Date** | [redacted] |
| **Sex** | M |
| **SSN** | [redacted] |

## LAB INFORMATION

| | |
|---|---|
| **Lab ID** | 09296885 |
| **Bill Code** | 03 |
| **Status of Specimen** | F |

## COMMON ORDER INFORMATION

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A549782, LAB | |
| **Filler Order Number** | 20772756890^LAB - LAB | |
| **Date/Time of Transaction** | 07-26-2024 00:00 | |
| **Ordering Provider** | Cunningha, D | ID:1730448374 |

## OBSERVATION REQUEST

| | |
|---|---|
| **Order Sequence Number** | 1 |
| **Order Control Number** | LB173_00A549782, LAB |

| | |
|---|---|
| **Filler Order Number** | 20772756890, LAB |
| **Observation Date/Time** | 07-24-2024 19:48 |
| **Specimen Received Date/Time** | 07-26-2024 00:00 |
| **Placer Field 1** | LB173_00A54 |
| **Filler Field 1** | LB173_00A549782 |
| **Results Report Date/Time +** | 07-26-2024 08:19 |
| **Order Result Status** | F - |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Hep A Ab, IgM | Negative | | | | Negative | Final | 07-26-2024 05:37 | 01 | |
| HBsAg Screen | Negative | | | | Negative | Final | 07-26-2024 05:37 | 01 | |
| Hep B Core Ab, IgM | Negative | | | | Negative | Final | 07-26-2024 05:37 | 01 | |
| HCV Ab | Non Reactive | | | | Non Reactive | Final | 07-26-2024 05:37 | 01 | |

**COMMON ORDER INFORMATION**

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A549782, LAB | |
| **Filler Order Number** | 20772756890^LAB - LAB | |
| **Date/Time of Transaction** | 07-26-2024 00:00 | |
| **Ordering Provider** | Cunningha, D | ID:1730448374 |

**OBSERVATION REQUEST**

| | |
|---|---|
| **Order Sequence Number** | 2 |
| **Order Control Number** | LB173_00A549782, LAB |
| **Filler Order Number** | 20772756890, LAB |
| **Observation Date/Time** | 07-24-2024 19:48 |
| **Action Code** | G - Generated order; reflex order |
| **Specimen Received Date/Time** | 07-26-2024 00:00 |
| **Placer Field 1** | LB173_00A54 |
| **Filler Field 1** | LB173_00A549782 |
| **Results Report Date/Time +** | 07-26-2024 08:19 |

**Order Result Status** F - Final results; results stored and verified. Can only be changed with a corrected result.

**Parent Result** 144035

**Parent Order** 144000

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Interpretation: | Comment | | | | | Final | 07-26-2024 05:37 | 01 | |

**Note**

```
Not infected with HCV unless early or acute infection is
suspected (which may be delayed in an immunocompromised
individual), or other evidence exists to indicate HCV infection.
```

**PERFORMING LAB INFO**

**Performing Lab ID** 01

**Performing Lab Name** Labcorp Tampa

**Address** 5610 W LaSalle Street

**City, State Zip** Tampa, FL 336071770

**Phone** 5227

**Contact** Farrier, Sean MD

**PERFORMING LAB**

**Performing Lab** 01

**Lab Results** **07-23-2024 Tue 10:12:00 AM**



**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB:** [redacted] **Tue**

### LAB DETAILS

| | |
|---|---|
| **Date / Time** | 07-29-2024 08:08 |
| **Sending Application** | 1100 |
| **Sending Facility** | TA |
| **Receiving Application** | UMC |
| **Receiving Facility** | TA009292 |
| **Processing ID** | Production |
| **HL7 Version** | 2.3 |

### PATIENT OVERVIEW

| | |
|---|---|
| **Paient Name** | OAKIE, JACOB DANIEL |
| **Paient ID** | A0215018 |
| **Birth Date** | [redacted] |
| **Sex** | M |
| **SSN** | [redacted] |

### LAB INFORMATION

| | |
|---|---|
| **Lab ID** | 09296885 |
| **Bill Code** | 03 |
| **Status of Specimen** | F |

### COMMON ORDER INFORMATION

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A536210, LAB | |
| **Filler Order Number** | 20572702710^LAB - LAB | |
| **Date/Time of Transaction** | 07-24-2024 00:00 | |
| **Ordering Provider** | CUNNINGHA, D | ID:1730448374 |

### OBSERVATION REQUEST

| | |
|---|---|
| **Order Sequence Number** | 1 |
| **Order Control Number** | LB173_00A536210, LAB |

| | |
|---|---|
| **Filler Order Number** | 20572702710, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Specimen Received Date/Time** | 07-24-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-29-2024 08:08 |
| **Diagnostic Service Section** | 01 - |
| **Order Result Status** | F - |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Blood Culture, Routine | Final report | | | | | Final | 07-29-2024 07:49 | 01 | |

**COMMON ORDER INFORMATION**

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A536210, LAB | |
| **Filler Order Number** | 20572702710^LAB - LAB | |
| **Date/Time of Transaction** | 07-24-2024 00:00 | |
| **Ordering Provider** | CUNNINGHA, D | ID:1730448374 |

**OBSERVATION REQUEST**

| | |
|---|---|
| **Order Sequence Number** | 2 |
| **Order Control Number** | LB173_00A536210, LAB |
| **Filler Order Number** | 20572702710, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Action Code** | G - Generated order; reflex order |
| **Specimen Received Date/Time** | 07-24-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-29-2024 08:08 |
| **Order Result Status** | F - Final results; results stored and verified. Can only be changed with a corrected result. |
| **Parent Result** | 008300 |
| **Parent Order** | 008300 |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Result 1 | Comment | | | | | Final | 07-29-2024 07:49 | 01 | |

**Note** No aerobic or anaerobic growth in five days.

**PERFORMING LAB INFO**

| | |
|---|---|
| **Performing Lab ID** | 01 |
| **Performing Lab Name** | Labcorp Tampa |
| **Address** | 5610 W LaSalle Street |
| **City, State Zip** | Tampa, FL 336071770 |
| **Phone** | 5227 |
| **Contact** | Farrier, Sean MD |

**PERFORMING LAB**

| | |
|---|---|
| **Performing Lab** | 01 |

**Lab Results** 07-23-2024 Tue 10:12:00 AM



**JACOB DANIEL OAKIE**
**ID: A0215018**
**Gender: Male**
**DOB:** [redacted] **Tue**

### LAB DETAILS

| | |
|---|---|
| **Date / Time** | 07-29-2024 09:07 |
| **Sending Application** | 1100 |
| **Sending Facility** | TA |
| **Receiving Application** | UMC |
| **Receiving Facility** | TA009292 |
| **Processing ID** | Production |
| **HL7 Version** | 2.3 |

### PATIENT OVERVIEW

| | |
|---|---|
| **Paient Name** | OAKIE, JACOB DANIEL |
| **Paient ID** | A0215018 |
| **Birth Date** | [redacted] |
| **Sex** | M |
| **SSN** | [redacted] |

### LAB INFORMATION

| | |
|---|---|
| **Lab ID** | 09296885 |
| **Bill Code** | 03 |
| **Status of Specimen** | F |

### COMMON ORDER INFORMATION

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A536210, LAB | |
| **Filler Order Number** | 20572746170^LAB - LAB | |
| **Date/Time of Transaction** | 07-23-2024 00:00 | |
| **Ordering Provider** | Cunningha, D | ID:1730448374 |

### OBSERVATION REQUEST

| | |
|---|---|
| **Order Sequence Number** | 1 |
| **Order Control Number** | LB173_00A536210, LAB |

| | |
|---|---|
| **Filler Order Number** | 20572746170, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Specimen Received Date/Time** | 07-23-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-29-2024 09:07 |
| **Diagnostic Service Section** | 01 - |
| **Order Result Status** | F - |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Blood Culture, Routine | Final report | | | | | Final | 07-29-2024 09:07 | 01 | |

**COMMON ORDER INFORMATION**

| | | |
|---|---|---|
| **Order Control** | RE - Observations/Performed Service to follow | |
| **Placer Order Number** | LB173_00A536210, LAB | |
| **Filler Order Number** | 20572746170^LAB - LAB | |
| **Date/Time of Transaction** | 07-23-2024 00:00 | |
| **Ordering Provider** | Cunningha, D | ID:1730448374 |

**OBSERVATION REQUEST**

| | |
|---|---|
| **Order Sequence Number** | 2 |
| **Order Control Number** | LB173_00A536210, LAB |
| **Filler Order Number** | 20572746170, LAB |
| **Observation Date/Time** | 07-23-2024 10:12 |
| **Action Code** | G - Generated order; reflex order |
| **Specimen Received Date/Time** | 07-23-2024 00:00 |
| **Placer Field 1** | LB173_00A53 |
| **Filler Field 1** | LB173_00A536210 |
| **Results Report Date/Time +** | 07-29-2024 09:07 |
| **Order Result Status** | F - Final results; results stored and verified. Can only be changed with a corrected result. |
| **Parent Result** | 008300 |
| **Parent Order** | 008300 |

**RESULTS**

**Results**

| Test Name | Normal Results | Abnormal Results | Flags | Units | Reference Range | Status | Date | Lab | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Result 1 | Comment | | | | | Final | 07-29-2024 09:07 | 01 | |

**Note** No aerobic or anaerobic growth in five days.

**PERFORMING LAB INFO**

| | |
|---|---|
| **Performing Lab ID** | 01 |
| **Performing Lab Name** | Labcorp Tampa |
| **Address** | 5610 W LaSalle Street |
| **City, State Zip** | Tampa, FL 336071770 |
| **Phone** | 5227 |
| **Contact** | Farrier, Sean MD |

**PERFORMING LAB**

**Performing Lab** 01

MARS



OAKIE, JACOB DANIEL, #A0215018, Federal ID: @ Discharge

Male, 41 years old, DOB [redacted]

Allergies: NKDA

Current Problems:

**Details**

| Dose/Treatment Date | Dose/Treatment Shift | Documented Date/Time | Administered? | Medication/Order | Reason | Comments | User | Last Modified Date/Time |
|---|---|---|---|---|---|---|---|---|
| 07-04-2024 | 0700 | 07-04-2024 12:23 PM | YES | 14 Day History and Physical - ROUTINE (NEW) | | | ENESBITT | 07-04-2024 12:23 PM |
| 07-05-2024 | 0700 | 07-05-2024 01:57 PM | YES | Weight Checks | | | PBABBITT | 07-05-2024 01:57 PM |
| 07-19-2024 | 0700 | 07-19-2024 11:53 AM | YES | Weight Checks | | | CRUTLAND | 07-19-2024 11:53 AM |
| 07-19-2024 | 0700 | 07-19-2024 12:45 PM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | CRUTLAND | 07-19-2024 12:45 PM |
| 07-19-2024 | 0700 | 07-19-2024 12:46 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | CRUTLAND | 07-19-2024 12:46 PM |
| 07-19-2024 | 1600 | 07-20-2024 12:27 AM | NO | Ibuprofen 200mg Tablet (ADVIL) 200MG | PRN Dose Not Needed | | SYSTEM | 07-20-2024 12:27 AM |
| 07-19-2024 | 1600 | 07-20-2024 12:27 AM | MISSED | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | SYSTEM | 07-20-2024 12:27 AM |
| 07-20-2024 | 0700 | 07-20-2024 09:24 AM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | CRUTLAND | 07-20-2024 09:24 AM |
| 07-20-2024 | 0700 | 07-20-2024 09:24 AM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | CRUTLAND | 07-20-2024 09:24 AM |
| 07-20-2024 | 1600 | 07-20-2024 04:39 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | CRUTLAND | 07-20-2024 04:39 PM |
| 07-20-2024 | 1600 | 07-20-2024 04:39 PM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | CRUTLAND | 07-20-2024 04:39 PM |
| 07-21-2024 | 0700 | 07-21-2024 01:43 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | CRUTLAND | 07-21-2024 01:43 PM |
| 07-21-2024 | 0700 | 07-21-2024 01:43 PM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | CRUTLAND | 07-21-2024 01:43 PM |
| 07-21-2024 | 1600 | 07-21-2024 05:42 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | CRUTLAND | 07-21-2024 05:42 PM |
| 07-21-2024 | 1600 | 07-21-2024 05:42 PM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | CRUTLAND | 07-21-2024 05:42 PM |
| 07-22-2024 | 0700 | 07-22-2024 08:26 AM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | ALOPEZ1 | 07-22-2024 08:26 AM |
| 07-22-2024 | 0700 | 07-22-2024 08:26 AM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | ALOPEZ1 | 07-22-2024 08:26 AM |
| 07-22-2024 | 1600 | 07-22-2024 04:04 PM | NO | Ibuprofen 200mg Tablet (ADVIL) 200MG | Refused to take | | ALOPEZ1 | 07-22-2024 04:04 PM |
| 07-22-2024 | 1600 | 07-22-2024 04:04 PM | NO | Mucus Relief Dm 400-20 Tb 400MG-20MG | Refused to take | | ALOPEZ1 | 07-22-2024 04:04 PM |

**Details**

| Dose/Treatment Date | Dose/Treatment Shift | Documented Date/Time | Administered? | Medication/Order | Reason | Comments | User | Last Modified Date/Time |
|---|---|---|---|---|---|---|---|---|
| 07-23-2024 | 0700 | 07-23-2024 01:51 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | LFRASER | 07-23-2024 01:51 PM |
| 07-23-2024 | 0700 | 07-23-2024 01:51 PM | YES | Decorel Forte Plus | | | LFRASER | 07-23-2024 01:50 PM |
| 07-23-2024 | 0700 | 07-23-2024 10:19 AM | NO | Mucus Relief Dm 400-20 Tb 400MG-20MG | Med not available | | JDRISCOLL | 07-23-2024 10:19 AM |
| 07-23-2024 | 0700 | 07-23-2024 10:19 AM | NO | Cetirizine 10mg Tablet (ZYRTEC) 10MG | Med not available | | JDRISCOLL | 07-23-2024 10:19 AM |
| 07-23-2024 | 0700 | 07-23-2024 10:53 AM | YES | 0.9% NSS 1000ml IV Bag (NSS Solution) | | | DRAMOS | 07-23-2024 10:53 AM |
| 07-23-2024 | 0700 | 07-23-2024 10:54 AM | YES | Diphenhydramine hcl Inj. 50mg/ml (Benadryl) 50 mg/ml | | | DRAMOS | 07-23-2024 10:54 AM |
| 07-23-2024 | 1600 | 07-23-2024 09:37 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | SSNOW | 07-23-2024 09:37 PM |
| 07-23-2024 | 1600 | 07-23-2024 09:37 PM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | SSNOW | 07-23-2024 09:37 PM |
| 07-23-2024 | 1600 | 07-23-2024 09:37 PM | YES | Zofran 4 mg | | | SSNOW | 07-23-2024 09:37 PM |
| 07-23-2024 | 1600 | 07-23-2024 09:37 PM | YES | Decorel Forte Plus | | | SSNOW | 07-23-2024 09:37 PM |
| 07-24-2024 | 0500 BS | 07-24-2024 03:37 PM | YES | Blood Sugar BID x 3 Days | | | MKUNTZ | 07-24-2024 03:37 PM |
| 07-24-2024 | 0700 | 07-24-2024 07:42 AM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | MKUNTZ | 07-24-2024 07:42 AM |
| 07-24-2024 | 0700 | 07-24-2024 07:42 AM | YES | Mucus Relief Dm 400-20 Tb 400MG-20MG | | | MKUNTZ | 07-24-2024 07:42 AM |
| 07-24-2024 | 0700 | 07-24-2024 07:42 AM | YES | Cetirizine 10mg Tablet (ZYRTEC) 10MG | | | MKUNTZ | 07-24-2024 07:42 AM |
| 07-24-2024 | 0700 | 07-24-2024 07:42 AM | YES | Zofran 4 mg | | | MKUNTZ | 07-24-2024 07:42 AM |
| 07-24-2024 | 0700 | 07-24-2024 07:42 AM | YES | Decorel Forte Plus | | | MKUNTZ | 07-24-2024 07:42 AM |
| 07-24-2024 | 0700 | 07-25-2024 12:25 AM | MISSED | 0.9% NSS 1000ml IV Bag (NSS Solution) | | | SYSTEM | 07-25-2024 12:25 AM |
| 07-24-2024 | 0700 | 07-25-2024 12:25 AM | NO | Phenergan 25 mg | PRN Dose Not Needed | | SYSTEM | 07-25-2024 12:25 AM |
| 07-24-2024 | 1600 | 07-24-2024 02:28 PM | YES | Phenergan 25 mg | | | MKUNTZ | 07-24-2024 02:28 PM |
| 07-24-2024 | 1600 | 07-24-2024 07:17 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | CHARRIS | 07-24-2024 07:17 PM |
| 07-24-2024 | 1600 | 07-24-2024 07:17 PM | YES | Zofran 4 mg | | | CHARRIS | 07-24-2024 07:17 PM |
| 07-24-2024 | 1600 | 07-24-2024 07:17 PM | YES | Decorel Forte Plus | | | CHARRIS | 07-24-2024 07:17 PM |
| 07-24-2024 | 1700 BS | 07-24-2024 03:46 PM | YES | Blood Sugar BID x 3 Days | | | MKUNTZ | 07-24-2024 03:46 PM |
| 07-24-2024 | 2200 | 07-24-2024 09:45 PM | NO | Phenergan 25 mg | PRN Not Needed | | CHARRIS | 07-24-2024 09:45 PM |
| 07-24-2024 | PRN | 07-24-2024 08:02 PM | YES | COVID 19 Test | | Negative | AYOUNES | 07-24-2024 08:18 PM |
| 07-25-2024 | 0500 BS | 07-25-2024 03:52 AM | YES | Blood Sugar BID x 3 Days | | BG = 146 | AYOUNES | 07-25-2024 03:52 AM |

**Details**

| Dose/Treatment Date | Dose/Treatment Shift | Documented Date/Time | Administered? | Medication/Order | Reason | Comments | User | Last Modified Date/Time |
|---|---|---|---|---|---|---|---|---|
| 07-25-2024 | 0700 | 07-25-2024 08:39 AM | NO | Protonix IV 40mg Vial (PROTONIX) 40MG | Med not available | | JDRISCOLL | 07-25-2024 08:39 AM |
| 07-25-2024 | 0700 | 07-25-2024 08:39 AM | NO | Phenergan 25 mg | PRN Not Needed | | JDRISCOLL | 07-25-2024 08:39 AM |
| 07-25-2024 | 0700 | 07-25-2024 08:40 AM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | JDRISCOLL | 07-25-2024 08:40 AM |
| 07-25-2024 | 0700 | 07-25-2024 08:40 AM | YES | Zofran 4 mg | | | JDRISCOLL | 07-25-2024 08:40 AM |
| 07-25-2024 | 0700 | 07-25-2024 08:40 AM | YES | Decorel Forte Plus | | | JDRISCOLL | 07-25-2024 08:40 AM |
| 07-25-2024 | 0700 | 07-25-2024 08:40 AM | YES | 0.9% NSS 1000ml IV Bag (NSS Solution) | | | JDRISCOLL | 07-25-2024 08:40 AM |
| 07-25-2024 | 1600 | 07-25-2024 04:36 PM | NO | Phenergan 25 mg | PRN Not Needed | | JDRISCOLL | 07-25-2024 04:36 PM |
| 07-25-2024 | 1600 | 07-25-2024 07:33 PM | YES | Ibuprofen 200mg Tablet (ADVIL) 200MG | | | CHARRIS | 07-25-2024 07:33 PM |
| 07-25-2024 | 1600 | 07-25-2024 07:33 PM | YES | Zofran 4 mg | | | CHARRIS | 07-25-2024 07:33 PM |
| 07-25-2024 | 1600 | 07-25-2024 07:33 PM | YES | Decorel Forte Plus | | | CHARRIS | 07-25-2024 07:33 PM |
| 07-25-2024 | 2200 | 07-25-2024 09:57 PM | NO | Phenergan 25 mg | PRN Not Needed | | CHARRIS | 07-25-2024 09:57 PM |
| 07-26-2024 | 0500 BS | 07-26-2024 04:33 AM | YES | Blood Sugar BID x 3 Days | | BG = 206 | AYOUNES | 07-26-2024 04:33 AM |
| 07-26-2024 | 0700 | 07-26-2024 04:38 AM | YES | Weight Checks | | 104.6 lb | AYOUNES | 07-26-2024 04:38 AM |
| 07-26-2024 | 0700 | 07-26-2024 07:42 AM | NO | Ibuprofen 200mg Tablet (ADVIL) 200MG | TOC | | JDRISCOLL | 07-26-2024 07:42 AM |
| 07-26-2024 | 0700 | 07-26-2024 07:42 AM | NO | Zofran 4 mg | TOC | | JDRISCOLL | 07-26-2024 07:42 AM |
| 07-26-2024 | 0700 | 07-26-2024 07:42 AM | NO | Decorel Forte Plus | TOC | | JDRISCOLL | 07-26-2024 07:42 AM |
| 07-26-2024 | 0700 | 07-26-2024 07:42 AM | NO | 0.9% NSS 1000ml IV Bag (NSS Solution) | TOC | | JDRISCOLL | 07-26-2024 07:42 AM |
| 07-26-2024 | 0700 | 07-26-2024 07:42 AM | NO | Protonix IV 40mg Vial (PROTONIX) 40MG | TOC | | JDRISCOLL | 07-26-2024 07:42 AM |
| 07-26-2024 | 0700 | 07-26-2024 07:42 AM | NO | Phenergan 25 mg | TOC | | JDRISCOLL | 07-26-2024 07:42 AM |
| 07-26-2024 | 1600 | 07-26-2024 03:47 PM | NO | Phenergan 25 mg | TOC | | JDRISCOLL | 07-26-2024 03:47 PM |
| 07-26-2024 | 1600 | 07-26-2024 08:03 PM | NO | Ibuprofen 200mg Tablet (ADVIL) 200MG | TOC | | SSNOW | 07-26-2024 08:03 PM |
| 07-26-2024 | 1600 | 07-26-2024 08:03 PM | NO | Zofran 4 mg | TOC | | SSNOW | 07-26-2024 08:03 PM |
| 07-26-2024 | 1600 | 07-26-2024 08:03 PM | NO | Decorel Forte Plus | TOC | | SSNOW | 07-26-2024 08:03 PM |
| 07-26-2024 | 2200 | 07-26-2024 08:04 PM | NO | Phenergan 25 mg | TOC | | SSNOW | 07-26-2024 08:04 PM |
| 07-27-2024 | 0700 | 07-28-2024 01:38 PM | NO | 0.9% NSS 1000ml IV Bag (NSS Solution) | TOC | | JDRISCOLL | 07-28-2024 01:39 PM |
| 07-27-2024 | 0700 | 07-28-2024 01:38 PM | NO | Protonix IV 40mg Vial (PROTONIX) 40MG | TOC | | JDRISCOLL | 07-28-2024 01:38 PM |
| 07-27-2024 | 0700 | 07-28-2024 01:40 PM | NO | Decorel Forte Plus | TOC | | JDRISCOLL | 07-28-2024 01:40 PM |

**Details**

| Dose/Treatment Date | Dose/Treatment Shift | Documented Date/Time | Administered? | Medication/Order | Reason | Comments | User | Last Modified Date/Time |
|---|---|---|---|---|---|---|---|---|
| 07-27-2024 | 0700 | 07-28-2024 12:28 AM | NO | Ibuprofen 200mg Tablet (ADVIL) 200MG | TOC | | SYSTEM | 07-28-2024 01:40 PM |
| 07-27-2024 | 0700 | 07-28-2024 12:28 AM | NO | Zofran 4 mg | TOC | | SYSTEM | 07-28-2024 01:38 PM |
| 07-27-2024 | 1600 | 07-28-2024 12:28 AM | NO | Ibuprofen 200mg Tablet (ADVIL) 200MG | PRN Dose Not Needed | | SYSTEM | 07-28-2024 12:28 AM |
| 07-27-2024 | 1600 | 07-28-2024 12:28 AM | NO | Zofran 4 mg | PRN Dose Not Needed | | SYSTEM | 07-28-2024 12:28 AM |
| 07-27-2024 | 1600 | 07-28-2024 12:28 AM | MISSED | Decorel Forte Plus | | | SYSTEM | 07-28-2024 12:28 AM |
| 07-28-2024 | 0700 | 07-28-2024 01:39 PM | NO | Zofran 4 mg | TOC | | JDRISCOLL | 07-28-2024 01:39 PM |
| 07-28-2024 | 0700 | 07-28-2024 01:39 PM | NO | Protonix IV 40mg Vial (PROTONIX) 40MG | TOC | | JDRISCOLL | 07-28-2024 01:39 PM |
| 07-28-2024 | 0700 | 07-28-2024 01:40 PM | NO | 0.9% NSS 1000ml IV Bag (NSS Solution) | TOC | | JDRISCOLL | 07-28-2024 01:40 PM |
| 07-28-2024 | 0700 | 07-29-2024 12:26 AM | NO | Ibuprofen 200mg Tablet (ADVIL) 200MG | PRN Dose Not Needed | | SYSTEM | 07-29-2024 12:26 AM |

**Legend**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| White | Outside Prescription/Order's start and end date | Green | Dose/Treatment was administered | Red | Dose/Treatment was NOT administered | Blue | Future Dose/Treatment to be administered | Yellow | Missed Dose/Treatment |
| Purple | Treat ONCE during this time | Silver | Dose/Treatment is NOT to be administered | Orange | PRN - Dispense/Treat as needed | Pink | Dose previously dispensed (KOP) | | |
| Yes | YES | No | NO | Kop | KOP | M | MISSED | R | REVOKED |
| IC | IN CELL | MP | MED PASS | T | TARGET | | | | |

| | | |
|---|---|---|
| **Dose/Treatment Date** - Expected date for the dose/treatment. | **Dose/Treatment Shift** - Expected shift for the dose/treatment. | **Documented Date/Time** - Most recent date and time the dose/treatment administered value was changed. |
| **Administered?** - Was the dose/treatment administered? | **Medication/Order** - Description of the medication/order to be administered. | **Reason** - Documentation of why the dose/treatment could not be administered. |
| **Comments** - Notes from the user about the dose/treatment. | **User** - Most recent user to update the dose/treatment administered value. | **Last Modified Date/Time** - Most recent date and time any value on the dose/treatment was changed. |

# ORDERS

6/11/2026 12:22:42 PM

---

OAKIE, JACOB DANIEL
06-20-2024 Thu 11:14:38 PM
OAKIE, JACOB DANIEL
Thu 06-20-2024
Order: 14 Day History and Physical - ROUTINE (NEW)
Implementation Status: Ended
End Status: Completed
Entered by: BLOLLI
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Thu 06-20-2024
Requested Start Shift: 0700
Requested End Date: Thu 06-20-2024
Requested End Shift: 0700
Actual Start Date: Thu 07-04-2024
Actual Start Shift: 0700
Actual End Date: Thu 07-04-2024 12:00 AM
Actual End Shift: 0700
Assigned to:
Requesting Provider: Lolli, B
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Complete 14 day history and physical

Comments:

OAKIE, JACOB DANIEL
06-20-2024 Thu 11:24:59 PM
OAKIE, JACOB DANIEL
Thu 06-20-2024
Order: Mental Health -History
Implementation Status: Ended
End Status: Released
Entered by: BLOLLI
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Thu 06-20-2024
Requested Start Shift: 0700
Requested End Date: Thu 06-20-2024
Requested End Shift: 0700
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Lolli, B
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Mental Health Referral Codes:
MHSPX

Comments:

6/11/2026 12:22:43 PM

---

*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-04-2024 Thu 12:26:30 PM
OAKIE, JACOB DANIEL
Thu 07-04-2024
Order: PPD Read
Implementation Status: Ended
End Status: Completed
Entered by: ENESBITT
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Sat 07-06-2024
Requested Start Shift: 0700
Requested End Date: Mon 07-08-2024
Requested End Shift: 0700
Actual Start Date: Sat 07-06-2024
Actual Start Shift: 0700
Actual End Date: Sat 07-06-2024 12:00 AM
Actual End Shift: 0700
Assigned to:
Requesting Provider: Rodriguez, J
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:

Comments:

OAKIE, JACOB DANIEL
07-04-2024 Thu 12:26:40 PM
OAKIE, JACOB DANIEL
Thu 07-04-2024
Order: Annual Physical
Implementation Status: Ended
End Status: Released
Entered by: ENESBITT
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Fri 07-04-2025
Requested Start Shift: 0700
Requested End Date: Fri 07-04-2025
Requested End Shift: 0700
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Rodriguez, J
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:

6/11/2026 12:22:44 PM

---

Complete annual physical.

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-04-2024 Thu 12:55:18 PM
OAKIE, JACOB DANIEL
Thu 07-04-2024
Order: Weight Checks
Implementation Status: Ended
End Status: Released
Entered by: ENESBITT
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Fri 07-05-2024
Requested Start Shift: 0700
Requested End Date: Fri 08-02-2024
Requested End Shift: 0700
Actual Start Date: Fri 07-05-2024
Actual Start Shift: 0700
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Rodriguez, J
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Weight check 1x per week x 30 days

Comments:
BMI 15.5
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-05-2024 Fri 03:12:54 PM
OAKIE, JACOB DANIEL
Fri 07-05-2024
Order: Regular Diet
Implementation Status: Ended
End Status: Released
Entered by: MKUNTZ
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Fri 07-05-2024
Requested Start Shift: 0700
Requested End Date: Wed 10-02-2024
Requested End Shift: 0700
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Rodriguez, J

6/11/2026 12:22:45 PM

---

Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Order Regular Diet for patient -
Special Diet:
Regular Diet 3,000 calories

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-19-2024 Fri 12:43:30 PM
OAKIE, JACOB DANIEL
Fri 07-19-2024
Order: Nurse - Sick Call Visit - ROUTINE
Implementation Status: Ended
End Status: Released
Entered by: CRUTLAND
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Fri 07-19-2024
Requested Start Shift: 0700
Requested End Date: Fri 07-19-2024
Requested End Shift: 0700
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Rodriguez, J
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-20-2024 Sat 02:07:09 PM
OAKIE, JACOB DANIEL
Sat 07-20-2024
Order: NP/PA Sick Call Visit - EXPEDITED
Implementation Status: Ended
End Status: Completed
Entered by: MUMBA
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Sat 07-20-2024
Requested Start Shift: 0700
Requested End Date: Sat 07-20-2024
Requested End Shift: 0700
Actual Start Date: Mon 07-22-2024

6/11/2026 12:22:46 PM

---

Actual Start Shift: 0700
Actual End Date: Mon 07-22-2024 12:00 AM
Actual End Shift: 0700
Assigned to:
Requesting Provider: Rodriguez, J
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Earache

Comments:

OAKIE, JACOB DANIEL
07-20-2024 Sat 02:07:56 PM
OAKIE, JACOB DANIEL
Sat 07-20-2024
Order: NP/PA Sick Call - ROUTINE
Implementation Status: Ended
End Status: Completed
Entered by: MUMBA
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Sat 07-20-2024
Requested Start Shift: 0700
Requested End Date: Sat 07-20-2024
Requested End Shift: 0700
Actual Start Date: Sat 07-20-2024
Actual Start Shift: 0700
Actual End Date: Sat 07-20-2024 12:00 AM
Actual End Shift: 0700
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
earache

Comments:

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:28:24 AM
OAKIE, JACOB DANIEL
Tue 07-23-2024
Order: Infirmary Admission
Implementation Status: Ended
End Status: Released
Entered by: DCUNNINGA
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Tue 07-23-2024

6/11/2026 12:22:47 PM

---

Requested Start Shift: PRN
Requested End Date: Tue 07-23-2024
Requested End Shift: PRN
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Acute admission: fever, N&V

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:34:33 AM
OAKIE, JACOB DANIEL
Tue 07-23-2024
Order: Labs
Implementation Status: Ended
End Status: Released
Entered by: LFRASER
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Tue 07-23-2024
Requested Start Shift: PRN
Requested End Date: Tue 07-23-2024
Requested End Shift: PRN
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Collect specimen for
Comprehensive Metabolic Panel, 322000
CBC With Differential/Platelet, 005009

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:35:52 AM
OAKIE, JACOB DANIEL
Tue 07-23-2024
Order: Labs
Implementation Status: Ended
End Status: Released

6/11/2026 12:22:47 PM

---

Entered by: LFRASER
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Tue 07-23-2024
Requested Start Shift: PRN
Requested End Date: Tue 07-23-2024
Requested End Shift: PRN
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Collect specimen
Aerobic/ ANAEROBIC Bacterial Culture, 008649
BLOOD CULTURE X2

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:39:03 AM
OAKIE, JACOB DANIEL
Tue 07-23-2024
Order: Diagnostics - X-Ray
Implementation Status: Ended
End Status: Completed
Entered by: DCUNNINGA
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Tue 07-23-2024
Requested Start Shift: PRN
Requested End Date: Tue 07-23-2024
Requested End Shift: PRN
Actual Start Date: Tue 07-23-2024
Actual Start Shift: PRN
Actual End Date: Tue 07-23-2024 12:00 AM
Actual End Shift: PRN
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Diagnostics:
X-Ray of - Chest 2 V RE: Cough, fever, dim bases.

Comments:

OAKIE, JACOB DANIEL

6/11/2026 12:22:48 PM

---

07-24-2024 Wed 09:19:33 AM
OAKIE, JACOB DANIEL
Wed 07-24-2024
Order: Labs
Implementation Status: Ended
End Status: Completed
Entered by: DCUNNINGA
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Wed 07-24-2024
Requested Start Shift: PRN
Requested End Date: Wed 07-24-2024
Requested End Shift: PRN
Actual Start Date: Wed 07-24-2024
Actual Start Shift: PRN
Actual End Date: Wed 07-24-2024 12:00 AM
Actual End Shift: PRN
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Collect specimen for
Hepatitis Panel (4), 322744 Call lab to use available blood if possible.

Comments:

OAKIE, JACOB DANIEL
07-24-2024 Wed 09:23:11 AM
OAKIE, JACOB DANIEL
Wed 07-24-2024
Order: Labs
Implementation Status: Ended
End Status: Released
Entered by: DCUNNINGA
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Wed 07-24-2024
Requested Start Shift: PRN
Requested End Date: Wed 07-24-2024
Requested End Shift: PRN
Actual Start Date:
Actual Start Shift:
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:
Collect specimen for stool FOBT x 2.

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

6/11/2026 12:22:49 PM

---

OAKIE, JACOB DANIEL
07-24-2024 Wed 09:25:36 AM
OAKIE, JACOB DANIEL
Wed 07-24-2024
Order: Blood Sugar BID x 3 Days
Implementation Status: Ended
End Status: Released
Entered by: DCUNNINGA
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Wed 07-24-2024
Requested Start Shift: 0500 BS
Requested End Date: Fri 07-26-2024
Requested End Shift: 1700 BS
Actual Start Date: Wed 07-24-2024
Actual Start Shift: 0500 BS
Actual End Date: Sun 07-28-2024 12:00 AM
Actual End Shift:
Assigned to:
Requesting Provider: Cunningham, D
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

Instructions:

Comments:
*** Order Canceled due to Released on: 7/28/2024 8:41:01 PM***

OAKIE, JACOB DANIEL
07-24-2024 Wed 03:25:50 PM
OAKIE, JACOB DANIEL
Wed 07-24-2024
Order: COVID 19 Test
Implementation Status: Ended
End Status: Discontinued
Discontinue Date: Wed 07-24-2024
Discontinued By: AYOUNES
Entered by: YSMITH
Approval Status: Pending
Approved/Rejected by:
Approved/Rejected on:
Requested Start Date: Wed 07-24-2024
Requested Start Shift: PRN
Requested End Date: Wed 07-24-2024
Requested End Shift: PRN
Actual Start Date:
Actual Start Shift:
Actual End Date: Wed 07-24-2024 12:00 AM
Actual End Shift: PRN
Assigned to:
Requesting Provider: Rodriguez, J
Supervising Department: Medical/Mental Health
Implementation Department: Medical/Mental Health

6/11/2026 12:22:49 PM

---

Instructions:
COVID Test 139900

Comments:
in house covid test completed = Negative

PRESCRIPTIONS

6/11/2026 12:23:34 PM

---

OAKIE, JACOB DANIEL
07-19-2024 Fri 12:44:52 PM

PRESCRIPTION:
Medication: Ibuprofen 200mg Tablet 200MG
Pattern: BID x 15 Days (PRN)
Number: 60
Sig: Take 2 Tablets by mouth 2 times per day for 15 days as needed
Refill: 0
Requested Start Date: 07-19-2024 Fri
Requested End Date: 08-02-2024 Fri
NDC Number: 00904791540
Provider: J Rodriguez

OAKIE, JACOB DANIEL
07-19-2024 Fri 12:45:37 PM

PRESCRIPTION:
Medication: Mucus Relief Dm 400-20 Tb 400MG-20MG
Pattern: BID x 7 Days
Number: 28
Sig: Take 2 Tablets by mouth 2 times per day for 7 days
Refill: 0
Requested Start Date: 07-19-2024 Fri
Requested End Date: 07-25-2024 Thu
NDC Number: 00904577152
Provider: J Rodriguez

OAKIE, JACOB DANIEL
07-22-2024 Mon 11:20:38 AM

PRESCRIPTION:
Medication: Cetirizine 10mg Tablet 10MG
Pattern: QAM x 10 days
Number: 10
Sig: DOT
Take 1 Tablet by mouth 1 time per day for 10 days
Refill: 0
Requested Start Date: 07-23-2024 Tue
Requested End Date: 08-01-2024 Thu
NDC Number: 16571040210
Provider: S Gomez

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:38:13 AM

PRESCRIPTION:
Medication: 0.9% NSS 1000ml IV Bag
Pattern: QAM x 1 day
Number: 1
Sig: 1L NS bolus now, then 125/cc hr x 24 hours.
Refill: 0

6/11/2026 12:23:35 PM

---

Requested Start Date: 07-23-2024 Tue
Requested End Date: 07-23-2024 Tue
NDC Number: 0338004904
Provider: D Cunningham

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:39:43 AM

PRESCRIPTION:
Medication: Diphenhydramine hcl Inj. 50mg/ml 50 mg/ml
Pattern: One Time Only (0700)
Number: 1
Sig: 50mg IM/IV x 1 now
Refill: 0
Requested Start Date: 07-23-2024 Tue
Requested End Date: 07-23-2024 Tue
NDC Number: 0641-0376-21
Provider: D Cunningham

OAKIE, JACOB DANIEL
07-23-2024 Tue 09:40:22 AM

PRESCRIPTION:
Medication: Zofran 4 mg
Pattern: BID x 7 Days (PRN)
Number: 14
Sig: 1 tab PO BID PRN x 7 days.
Refill: 0
Requested Start Date: 07-23-2024 Tue
Requested End Date: 07-30-2024 Tue
Provider: D Cunningham

OAKIE, JACOB DANIEL
07-23-2024 Tue 10:53:37 AM

PRESCRIPTION:
Medication: Decorel Forte Plus
Pattern: BID x 5 Days
Number: 10
Sig: Take 1 Tablet by mouth 2 times per day for 5 days
Refill: 0
Requested Start Date: 07-23-2024 Tue
Requested End Date: 07-27-2024 Sat
Provider: D Cunningham

OAKIE, JACOB DANIEL
07-24-2024 Wed 09:21:24 AM

PRESCRIPTION:

6/11/2026 12:23:36 PM

---

Medication: 0.9% NSS 1000ml IV Bag
Pattern: UNIVERSAL
Number: 7
Sig: NS IVF 125cc/hr x 7 days while not tolerating oral fluids/food.
contact provider to stop as needed.
Refill: 0
Requested Start Date: 07-24-2024 Wed
Requested End Date: 07-30-2024 Tue
NDC Number: 0338004904
Provider: D Cunningham

OAKIE, JACOB DANIEL
07-24-2024 Wed 09:22:15 AM

PRESCRIPTION:
Medication: Protonix IV 40mg Vial 40MG
Pattern: QAM x 14 Days
Number: 14
Sig: IV 1 time per day for 14 days
Refill: 0
Requested Start Date: 07-25-2024 Thu
Requested End Date: 08-07-2024 Wed
NDC Number: 00008092355
Provider: D Cunningham

OAKIE, JACOB DANIEL
07-24-2024 Wed 09:24:10 AM

PRESCRIPTION:
Medication: Phenergan 25 mg
Pattern: TID x 3 Days (PRN)
Number: 9
Sig: 25mg IM/IV TID x 3 days PRN nausea.
Refill: 0
Requested Start Date: 07-24-2024 Wed
Requested End Date: 07-26-2024 Fri
Provider: D Cunningham

# OUTSIDE PROVIDER RECORDS

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB: [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

## 06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER

### Reason for Visit

**Chief Complaint**

- Leg Pain (Right leg cramping)

**Visit Diagnosis**

| Name | Is ED? |
|---|---|
| Leg cramps (primary) | Yes |

### Visit Information

**Admission Information**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 06/14/2024 0606 | Admit Date/Time: | 06/14/2024 0608 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Non-health Care Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | The Villages Public Safety Department | Primary Service: | Emergency Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | UF AND SHANDS GAINESVILLE SERVICE AREA | Unit: | UF Health Spanish Plaines Hospital - ER |
| Admit Provider: | | Attending Provider: | Echague Colman, Ramon A | Referring Provider: | |

**ED Disposition**

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| Discharge | Good | Echague Colman, Ramon A | Fri Jun 14, 2024 11:29 AM | discharge to home/self care. |

**Discharge Information**

| | | |
|---|---|---|
| Date/Time: 06/14/2024 1255 | Disposition: Discharge To Home Or Self Care | Destination: Home |
| Provider: Echague Colman, Ramon A | Unit: UF Health Spanish Plaines Hospital - ER | |

### ED Provider Note

**ED Provider Notes by Echague Colman, Ramon A at 6/14/2024 0608**

| | | |
|---|---|---|
| Author: Echague Colman, Ramon A | Service: Emergency Medicine | Author Type: Physician |
| Filed: 06/14/24 1805 | Date of Service: 06/14/24 0606 | Status: Signed |
| Editor: Echague Colman, Ramon A (Physician) | | |

Dr. J Rodriquez M.D
06/25/24

### History

**Chief Complaint**
Patient presents with
- Leg Pain
  *Right leg cramping*

This is a 39 y.o. male who presents to the ED c/o right leg pain. Patient states while riding his bicycle his right leg started cramping and locked up. Patient was recently seen at Brownwood for dehydration.

The history is provided by the patient.

**Allergies**

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**ED Provider Note (continued)**

| Allergen | Reactions |
|---|---|
| • Fluticasone | |
| • Penicillins | |

No past medical history on file.

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ORTHOPEDIC SURGERY | | |

No family history on file.

## Social History

| | |
|---|---|
| Socioeconomic History | |
| • **Marital status:** | Single |
| Tobacco Use | |
| • **Smoking status:** | Never |
| • **Smokeless tobacco:** | Never |
| Vaping Use | |
| • **Vaping Use:** | Never used |
| Substance and Sexual Activity | |
| • Alcohol use: | Yes |
| Alcohol/week: | 1.0 - 5.0 standard drink of alcohol |
| Types: | 1 - 5 Shots of liquor per week |
| • Drug use: | Yes |
| Types: | Methamphetamines |
| • Sexual activity: | Never |

**Review of Systems**
**Constitutional:** Negative for fever.
**HENT:** Negative for nasal congestion and sore throat.
**Respiratory:** Negative for shortness of breath.
**Cardiovascular:** Negative for chest pain.
**Gastrointestinal:** Negative for nausea and vomiting.
**Genitourinary:** Negative for dysuria.
**Musculoskeletal:** Positive for myalgias. Negative for arthralgias.
**Neurological:** Negative for dizziness.
**Psychiatric/Behavioral:** Negative for anxiety.

**Physical Exam**

| ED Triage Vitals [06/14/24 0621] | |
|---|---|
| BP | 106/66 |
| Pulse | 89 |
| Resp | 18 |
| Temp | 36.5 °C (97.7 °F) |

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742863, DOB: [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**ED Provider Note (continued)**

| | |
|---|---|
| Temp src | Oral |
| Height | 1.778 m (5' 10") |
| Weight | 59 kg (130 lb) |
| SpO2 | 98 % |
| BMI (Calculated) | 18.69 |

BP 105/75 | Pulse 79 | Temp 36.5 °C (97.7 °F) (Oral) | Resp 18 | Ht 1.778 m (5' 10") | Wt 59 kg (130 lb) | SpO2 99% | BMI 18.65 kg/m²

**Physical Exam**
Vitals reviewed.
Constitutional:
General: He is not in acute distress.
Appearance: He is not toxic-appearing.
HENT:
Head: Normocephalic and atraumatic.
Mouth/Throat:
Mouth: Mucous membranes are moist.
Eyes:
Conjunctiva/sclera: Conjunctivae normal.
Pupils: Pupils are equal, round, and reactive to light.
Cardiovascular:
Rate and Rhythm: Normal rate and regular rhythm.
Pulmonary:
Effort: No respiratory distress.
Breath sounds: Normal breath sounds.
Abdominal:
General: Bowel sounds are normal. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness.
Musculoskeletal:
General: No deformity.
Cervical back: Normal range of motion.
Right lower leg: Tenderness (calf) present. No swelling.
Comments: Negative Homan's
Skin:
General: Skin is warm.
Neurological:
General: No focal deficit present.
Mental Status: He is alert and oriented to person, place, and time.
Psychiatric:
Mood and Affect: Mood normal.
Behavior: Behavior normal.

**Differential DDx:** electrolyte imbalance, hypokalemia, hypomagnesemia, homeless 06/14/24 0636

**ED Workup:**

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB: [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**ED Provider Note (continued)**

Procedures

**LAB AND DIAGNOSTIC RESULTS:**
**Recent Results (from the past 24 hour(s))**
**Comprehensive Metabolic Panel**
**Collection Time: 06/14/24 7:07 AM**

| Result | Value | Ref Range |
|---|---|---|
| Glucose | 93 | 74 - 106 MG/DL |
| Urea Nitrogen | 22 (H) | 7 - 18 MG/DL |
| Creatinine | 0.89 | 0.70 - 1.30 mg/dL |
| Calcium | 9.5 | 8.5 - 10.1 MG/DL |
| Sodium | 137 | 136 - 145 MMOL/L |
| Potassium | 3.8 | 3.5 - 5.1 MMOL/L |
| Chloride | 103 | 98 - 107 MMOL/L |
| CO2 | 29 | 21 - 32 MMOL/L |
| Alkaline Phosphatase | 85 | 45 - 117 IU/L |
| Total Bilirubin | 0.2 | 0.1 - 1.0 MG/DL |
| Albumin | 3.8 | 3.4 - 5.0 G/DL |
| Total Protein | 7.1 | 6.4 - 8.2 G/DL |
| ALT | 75 (H) | 16 - 61 IU/L |
| AST | 57 (H) | 15 - 37 IU/L |
| Anion Gap | 9 | 5 - 15 MMOL/L |
| BUN/Creatinine Ratio | 24.7 | 7.8 - 25.0 (CALC) |
| Calc Total Globuin | 3.3 | 2.1 - 3.8 G/DL |
| Albumin/Globulin Ratio | 1.2 | 1.0 - 1.9 (CALC) |
| EGFR (CKD-EPI) | 112 | >=60 ML/MIN/1.73 M2 |

**Magnesium**
**Collection Time: 06/14/24 7:07 AM**

| Result | Value | Ref Range |
|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 MG/DL |

**CBC with Differential panel result**
**Collection Time: 06/14/24 7:07 AM**

| Result | Value | Ref Range |
|---|---|---|

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB:[redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**ED Provider Note (continued)**

| | | |
|---|---|---|
| WBC | 12.8 (H) | 4.5 - 11.0 x10E3/uL |
| RBC | 5.16 | 4.30 - 5.90 x10E6/uL |
| Hemoglobin | 14.9 | 13.9 - 16.3 G/DL |
| Hematocrit | 47.0 | 39.0 - 55.0 % |
| MCV | 91.1 | 80.0 - 100.0 FL |
| MCH | 28.9 | 23.4 - 34.6 PG |
| MCHC | 31.7 | 31.0 - 37.0 G/DL |
| Platelet Count | 295 | 150 - 400 x10E3/uL |
| MPV | 8.8 | 7.2 - 11.1 FL |
| Neutrophils % | 74.6 (H) | 36.0 - 66.0 % |
| Lymphs % | 16.9 (L) | 24.0 - 44.0 % |
| Monocytes % | 6.2 | 5.2 - 10.8 % |
| Eos % | 1.2 | <=7.0 % |
| Basos % | 0.5 | 0.0 - 1.5 % |
| RDW-CV | 13.5 | 11.5 - 14.5 % |
| RDW-SD | 45.9 | FL |
| nRBC % | 0.0 | % |
| Absolute NRBC Count | 0.00 | x10E3/uL |
| Immature Granulocytes % | 0.6 | % |
| Immature Granulocytes Absolute | 0.08 | x10E3/uL |
| Lymphocytes Absolute | 2.16 | 1.00 - 3.40 x10E3/uL |
| Monocytes Absolute | 0.79 | 0.20 - 0.80 x10E3/uL |
| Eosinophils Absolute | 0.15 | <=0.40 x10E3/uL |
| Basophils Absolute | 0.07 | <=0.10 x10E3/uL |
| Neutrophils Absolute | 9.51 (H) | 1.80 - 6.80 x10E3/uL |

**ED Course & Re-Evaluation**

**ED Course** as of 06/14/24 1805
Fri Jun 14, 2024
1132 11:32 AM Rechecked the patient who feels improved at this time. Discussed medical results and plan for discharge with the patient. Patient understands and agrees with the plan.

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**ED Provider Note (continued)**

All questions answered. [TD]

**ED Course User Index**
[TD] Dickson, Tiffany

**MDM**
Decide to obtain history from someone other than the patient: No

External record review: Yes - The review of the records selected below is documented in the ED Note : ( External ED visit: )

Used Risk Assessment Tool: No

Discussion of management with other physicians or appropriate source: None

**Medication Treatment Plan & Referrals**
Medications given this encounter:
Medications
0.9 % NaCl bolus 1,000 mL (0 mLs Intravenous
Stopped 6/14/24 1254)

Prescription or prescription strength OTC medications considered? No

**SDOH**
Diagnosis/treatment significantly limited by social determinants of health? No

**ED Disposition**
ED Disposition: Discharge

**ED Clinical Impression**
ED Clinical Impression:
Leg cramps

**ED Patient Status**
Patient Status:
The patient condition on admission/discharge/transfer is: Stable

**ED Medical Evaluation Initiated**
Medical Evaluation Initiated:
Yes, filed at 06/14/24 0836 by Echague Colman, Ramon A

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB: [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**ED Provider Note (continued)**

**Attestations:**
I, Tiffany Dickson, acting as scribe for and in the presence of Dr. Ramon Echague Colman. I attest that I chaperoned Dr. Ramon Echague Colman during all patient interactions that took place during this encounter.

I, Dr. Ramon Echague Colman, MD have reviewed and confirmed the information stated by the scribe and made corrections and edits as appropriate. I have personally provided the services documented by the scribe.

Echague Colman, Ramon A
06/14/24 1805

Electronically signed by Echague Colman, Ramon A at 06/14/24 1805

**ED Notes**

**ED Triage Notes by Bergman, Kimberly, RN at 6/14/2024 0819**

Author: Bergman, Kimberly, RN Service: Emergency Medicine Author Type: Registered Nurse
Filed: 06/14/24 0621 Date of Service: 06/14/24 0619 Status: Signed
Editor: Bergman, Kimberly, RN (Registered Nurse)

Pt brought in by VFR. Pt called EMS from the side of the road while riding his bike from Bushnell. Pt reports right leg cramping. Pt was seen at Brownwood ED on 06/08 for dizziness and dehydration. Hx right meniscus repair.

Electronically signed by Bergman, Kimberly, RN at 06/14/24 0621

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER**
**ED Record**

**Lab Results**

CBC and Differential (Final result) Result time 06/14/24 08:06:36

**Final result**

**Narrative:**
The following orders were created for panel order CBC and Differential.

| Procedure | Abnormality | Status |
|---|---|---|
| CBC with Differential pa...[717635520] | Abnormal | Final result |

Please view results for these tests on the individual orders.

Comprehensive Metabolic Panel (Final result)

| Collection Time | Result Time | Glucose | Urea Nitrogen | CREATININE | CALCIUM | NA | K | CL | CO2 | ALK PHOS | BILI TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB: [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER**
**ED Record (continued)**

**Lab Results (continued)**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/24 07:07:00 | 06/14/24 07:47:44 | 93 | 22 ^ | 0.89 | 9.5 | 137 | 3.8 | 103 | 29 | 85 | 0.2 NOTE: The use of the total bilirubin test is not recommended for patients undergoing treatment with eltrombopag due to the potential for falsely elevated results while taking this drug. If a total bilirubin test is required, please contact the lab. The test will be sent to a reference laboratory using different methodology. |

Previous Results

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER**
**ED Record (continued)**

**Lab Results (continued)**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/08/24 01:19:00 | 06/08/24 01:46:44 | 103 | 15 | 0.79 | **7.6 ˅** | 144 | 3.7 | 107 | 31 | 62 | 0.3 NOTE The use of the total bilirubin test is not recommended for patients undergoing treatment with eltrombopag due to the potential for falsely elevated results while taking this drug. If a total bilirubin test is required, please contact the lab. The test will be sent to a reference laboratory using different methodology |

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER**
**ED Record (continued)**

**Lab Results (continued)**

| Collection Time | Result Time | Albumin | PROTEIN | ALT | AST | ANION GAP | BUN/Creatinine Ratio | Calc Total Globulin | Albumin/Globulin Ratio | EGFR |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/24 07:07:00 | 06/14/24 07:47:44 | 3.8 | 7.1 | 75 ^ | 57 ^ | 9 | 24.7 | 3.3 | 1.2 | 112 |
| Previous Results | | | | | | | | | | |
| 06/08/24 01:19:00 | 06/08/24 01:46:44 | 3.3 ▾ | 6.1 ▾ | 44 | 38 ^ | 10 | 19.0 | 2.8 | 1.2 | 118 |

**Final result**

Magnesium (Final result)

| Collection Time | Result Time | MG |
|---|---|---|
| 06/14/24 07:07:00 | 06/14/24 07:42:26 | 2.4 |

**Final result**

ⓘ CBC with Differential panel result (Final result)

| Collection Time | Result Time | WBC | RBC | HGB | HCT | MCV | MCH | MCHC | Platelet Count | MPV | NEUTRO PCT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/24 07:07:00 | 06/14/24 08:06:36 | 12.8 ^ | 5.16 | 14.9 | 47.0 | 91.1 | 28.9 | 31.7 | 295 | 8.8 | 74.6 ^ |
| Previous Results | | | | | | | | | | | |
| 06/08/24 01:19:00 | 06/08/24 01:32:32 | 8.3 | 4.46 | 13.0 ▾ | 41.3 | 92.2 | 29.0 | 31.5 | 256 | 8.2 | 60.0 |

| Collection Time | Result Time | Lymphs % | MONO PCTS | Eos % | Basos % | RDWCV | RDWSD | NRBCP | Absolute NRBC Count | Immature Granulocytes % | Immature Granulocytes Absolute |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/14/24 07:07:00 | 06/14/24 08:06:36 | 16.9 ▾ | 6.2 | 1.2 | 0.5 | 13.5 | 45.9 | 0.0 | 0.00 | 0.8 | 0.08 |
| Previous Results | | | | | | | | | | | |
| 06/08/24 01:19:00 | 06/08/24 01:32:32 | 29.2 | 7.8 | 2.1 | 0.5 | 13.1 | 44.3 | | | 0.4 | 0.03 |

| Collection Time | Result Time | LYMPHS ABS | MONOS ABS | EOS ABS | BASOS ABS | CFNEUTROAB |
|---|---|---|---|---|---|---|
| 06/14/24 07:07:00 | 06/14/24 08:06:36 | 2.16 | 0.79 | 0.15 | 0.07 | 9.51 ^ |
| Previous Results | | | | | | |
| 06/08/24 01:19:00 | 06/08/24 01:32:32 | 2.44 | 0.64 | 0.17 | 0.04 | 4.96 |

**Final result**

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER**
**ED Record (continued)**

**Lab Results (continued)**

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**Lab Results**

**CBC and Differential (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24CV166H00138 | Blood | — | 06/14/24 0707 |

**CBC and Differential**

**CBC with Differential panel result (Abnormal)** Resulted: 06/14/24 0806, Result status: Final result

Ordering provider: Echague Colman, Ramon A 06/14/24 0645 Order status: Completed
Filed by: Reyes, Marisa P, MT 06/14/24 0806 Collected by: Bergman, Kimberly, RN 06/14/24 0707
Resulting lab: CFH VILLAGES CLIA number: 10D0665684

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 12.8 | 4.5 - 11.0 x10E3/uL | H ^ | CFH Villages |
| RBC | 5.16 | 4.30 - 5.90 x10E6/uL | — | CFH Villages |
| Hemoglobin | 14.9 | 13.9 - 16.3 G/DL | — | CFH Villages |
| Hematocrit | 47.0 | 39.0 - 55.0 % | — | CFH Villages |
| MCV | 91.1 | 80.0 - 100.0 FL | — | CFH Villages |
| MCH | 28.9 | 23.4 - 34.8 PG | — | CFH Villages |
| MCHC | 31.7 | 31.0 - 37.0 G/DL | — | CFH Villages |
| Platelet Count | 295 | 150 - 400 x10E3/uL | — | CFH Villages |
| MPV | 8.8 | 7.2 - 11.1 FL | — | CFH Villages |
| Neutrophils % | 74.6 | 36.0 - 66.0 % | H ^ | CFH Villages |
| Lymphs % | 16.9 | 24.0 - 44.0 % | L v | CFH Villages |
| Monocytes % | 6.2 | 5.2 - 10.8 % | — | CFH Villages |
| Eos % | 1.2 | <=7.0 % | — | CFH Villages |
| Basos % | 0.5 | 0.0 - 1.5 % | — | CFH Villages |
| RDW-CV | 13.5 | 11.5 - 14.5 % | — | CFH Villages |
| RDW-SD | 45.9 | FL | — | CFH Villages |
| nRBC % | 0.0 | % | — | CFH Villages |
| Absolute NRBC Count | 0.00 | x10E3/uL | — | CFH Villages |
| Immature Granulocytes % | 0.6 | % | — | CFH Villages |
| Immature Granulocytes Absolute | 0.08 | x10E3/uL | — | CFH Villages |
| Lymphocytes Absolute | 2.16 | 1.00 - 3.40 x10E3/uL | — | CFH Villages |
| Monocytes Absolute | 0.79 | 0.20 - 0.80 x10E3/uL | — | CFH Villages |
| Eosinophils Absolute | 0.15 | <=0.40 x10E3/uL | — | CFH Villages |
| Basophils Absolute | 0.07 | <=0.10 x10E3/uL | — | CFH Villages |
| Neutrophils Absolute | 9.51 | 1.80 - 6.80 x10E3/uL | H ^ | CFH Villages |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 119 - CFH Villages | CFH VILLAGES | Unknown | CFH Villages Hospital, | 02/20/23 1219 - Present |

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**Lab Results (continued)**

1451 El Camino Real
THE VILLAGES FL
32159

**Comprehensive Metabolic Panel (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24CV166C00188 | Blood | — | Bergman, Kimberly, RN 06/14/24 0707 |

**Comprehensive Metabolic Panel (Abnormal)** Resulted: 06/14/24 0747, Result status: Final result

Ordering provider: Echague Colman, Ramon A 06/14/24 0645
Filed by: Gilmer, Sarah M, MLT 06/14/24 0747
Resulting lab: CFH VILLAGES
Order status: Completed
Collected by: Bergman, Kimberly, RN 06/14/24 0707
CLIA number: 10D0665884

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 93 | 74 - 106 MG/DL | — | CFH Villages |
| Urea Nitrogen | 22 | 7 - 18 MG/DL | H ^ | CFH Villages |
| Creatinine | 0.89 | 0.70 - 1.30 mg/dL | — | CFH Villages |
| Calcium | 9.5 | 8.5 - 10.1 MG/DL | — | CFH Villages |
| Sodium | 137 | 136 - 145 MMOL/L | — | CFH Villages |
| Potassium | 3.8 | 3.5 - 5.1 MMOL/L | — | CFH Villages |
| Chloride | 103 | 98 - 107 MMOL/L | — | CFH Villages |
| CO2 | 29 | 21 - 32 MMOL/L | — | CFH Villages |
| Alkaline Phosphatase | 85 | 45 - 117 IU/L | — | CFH Villages |
| Total Bilirubin | 0.2 | 0.1 - 1.0 MG/DL | — | CFH Villages |
| Comment: NOTE: The use of the total bilirubin test is not recommended for patients undergoing treatment with eltrombopag due to the potential for falsely elevated resuls while taking this drug. If a total bilirubin test is required, please contact the lab. The test will be sent to a reference laboratory using different methodology. | | | | |
| Albumin | 3.8 | 3.4 - 5.0 G/DL | — | CFH Villages |
| Total Protein | 7.1 | 6.4 - 8.2 G/DL | — | CFH Villages |
| ALT | 75 | 16 - 61 IU/L | H ^ | CFH Villages |
| AST | 57 | 15 - 37 IU/L | H ^ | CFH Villages |
| Anion Gap | 9 | 5 - 15 MMOL/L | — | CFH Villages |
| BUN/Creatinine Ratio | 24.7 | 7.8 - 25.0 (CALC) | — | CFH Villages |
| Calc Total Globuin | 3.3 | 2.1 - 3.8 G/DL | — | CFH Villages |
| Albumin/Globulin Ratio | 1.2 | 1.0 - 1.9 (CALC) | — | CFH Villages |
| EGFR (CKD-EPI) | 112 | >=60 ML/MIN/1.73M2 | — | CFH Villages |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 119 - CFH Villages | CFH VILLAGES | Unknown | CFH Villages Hospital, 1451 El Camino Real THE VILLAGES FL 32159 | 02/20/23 1219 - Present |

**Magnesium (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24CV166C00188 | Blood | — | Bergman, Kimberly, RN 06/14/24 0707 |

SHANDS AT THE UNIVERSITY OF FLORIDA
Health Information Department
PO Box 100345
Gainesville FL 32610

Oakie, Jacob D
MRN: 000742663, DOB: [redacted] Sex: M
Adm: 6/14/2024, D/C: 6/14/2024

**06/14/2024 - ED in UF Health Spanish Plaines Hospital - ER (continued)**

**Lab Results (continued)**

**Magnesium (Normal)**

Resulted: 06/14/24 0742, Result status: Final result

Ordering provider: Echague Colman, Ramon A 06/14/24 0645
Filed by: Lab, Background User 06/14/24 0742
Resulting lab: CFH VILLAGES

Order status: Completed
Collected by: Bergman, Kimberly, RN 06/14/24 0707
CLIA number: 10D0665884

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Magnesium | 2.4 | 1.6 - 2.6 MG/DL | — | CFH Villages |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 119 - CFH Villages | CFH VILLAGES | Unknown | CFH Villages Hospital, 1451 El Camino Real THE VILLAGES FL 32159 | 02/20/23 1219 - Present |

**CBC with Differential panel result (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 24CV166H00138 | Blood | — | Bergman, Kimberly, RN 06/14/24 0707 |

**CBC with Differential panel result (Abnormal)**

Resulted: 06/14/24 0808, Result status: Final result

Ordering provider: Echague Colman, Ramon A 06/14/24 0645
Filed by: Reyes, Marisa P, MT 06/14/24 0808
Resulting lab: CFH VILLAGES

Order status: Completed
Collected by: Bergman, Kimberly, RN 06/14/24 0707
CLIA number: 10D0665884

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 12.8 | 4.5 - 11.0 x10E3/uL | H ^ | CFH Villages |
| RBC | 5.16 | 4.30 - 5.90 x10E6/uL | — | CFH Villages |
| Hemoglobin | 14.9 | 13.9 - 16.3 G/DL | — | CFH Villages |
| Hematocrit | 47.0 | 39.0 - 55.0 % | — | CFH Villages |
| MCV | 91.1 | 80.0 - 100.0 FL | — | CFH Villages |
| MCH | 28.9 | 23.4 - 34.6 PG | — | CFH Villages |
| MCHC | 31.7 | 31.0 - 37.0 G/DL | — | CFH Villages |
| Platelet Count | 295 | 150 - 400 x10E3/uL | — | CFH Villages |
| MPV | 8.8 | 7.2 - 11.1 FL | — | CFH Villages |
| Neutrophils % | 74.8 | 36.0 - 66.0 % | H ^ | CFH Villages |
| Lymphs % | 16.9 | 24.0 - 44.0 % | L ˅ | CFH Villages |
| Monocytes % | 6.2 | 5.2 - 10.8 % | — | CFH Villages |
| Eos % | 1.2 | <=7.0 % | — | CFH Villages |
| Basos % | 0.5 | 0.0 - 1.5 % | — | CFH Villages |
| RDW-CV | 13.5 | 11.5 - 14.5 % | — | CFH Villages |
| RDW-SD | 45.9 | FL | — | CFH Villages |
| nRBC % | 0.0 | % | — | CFH Villages |
| Absolute NRBC Count | 0.00 | x10E3/uL | — | CFH Villages |
| Immature Granulocytes % | 0.6 | % | — | CFH Villages |
| Immature Granulocytes Absolute | 0.08 | x10E3/uL | — | CFH Villages |
| Lymphocytes Absolute | 2.16 | 1.00 - 3.40 x10E3/uL | — | CFH Villages |
| Monocytes Absolute | 0.79 | 0.20 - 0.80 | — | CFH Villages |

## Record Request: Authorization to Use and Disclose Protected Health Information ("PHI") Maintained by UF Health*

*For purposes of this agreement, UF Health describes a collaboration of the University of Florida Board of Trustees for the benefit of the University of Florida College of Medicine, Shands Jacksonville Medical Center, Inc., Shands Teaching Hospital and Clinics, Inc., and Shands Recovery, LLC. Collectively, these entities are referred to as UF Health in this form.

| | | |
|---|---|---|
| Patient's Name: Oakie, Jacob | [redacted] | Medical Record # |
| Patient's Address | City | State Zip |
| Phone # | | ☐ Check if patient is an employee of UF Health Shands |

**By signing this form, I authorize the release of PHI (i.e., medical records) as follows:**

| From the doctor, office, facility or other health care provider checked or written below: | To the facility / person below: |
|---|---|
| ☐ Specialty, Physician or Hospital: UF Health The Villages | ☐ Check here if same as patient ☐ Check here for records pick-up only |
| Clinic, person or organization | Heart of Florida<br>Clinic, person or organization |
| Address | 3290 NW 10th Ste 352 351 4764<br>Address Fax |
| Phone Attn | Ocala FL 34475<br>Phone Attn |

| | | | |
|---|---|---|---|
| Please check appropriate facility and mail or fax completed form to: | UF Health HIM Dept - ROI P.O. Box [illegible] Gainesville, FL [illegible] Phone: [illegible] Fax: [illegible] | ☑ UF Health Shands Hospital<br>☑ UF Health Shands Rehab Hospital<br>☑ UF Health Shands Psychiatric Hospital<br>☑ UF Health Florida Recovery Center | ☑ UF Health Clinics • Specific Clinic:<br>☑ UF Health Shands HomeCare<br>1619 NW 23rd Avenue, Gainesville, FL 32605<br>Phone: [illegible] • Fax: [illegible] |

| The following PHI may be released (check boxes below): | | | I further authorize the release of the following information which may be included in the PHI: |
|---|---|---|---|
| ☐ History and Physical | ☐ Operative Report(s) | ☑ Discharge Summary | ☐ Behavioral Health |
| ☑ Problem List | ☑ Medication List | ☑ Clinic/Office Notes | ☐ Substance Use Disorder |
| ☑ Emergency Room Record | ☐ Radiology Reports | ☑ Lab/Pathology Reports | ☐ STD/HIV/AIDS Treatment(s) or Test(s) |
| ☐ Billing Records | ☐ Radiology Images | ☐ Other: | ☐ Genetic Testing |
| Is this needed for a doctor's appointment? | Write date below: | Are there specific dates needed? | Write dates below: most recent |

| | |
|---|---|
| Purpose of this request? | ☑ Treatment/Continued Care ☐ Payment/Billing ☐ Personal Use ☐ Legal<br>☐ Other: |
| Format of Records? | ☐ MyUFHealth (UF Health Portal) ☐ CD ☑ Paper |

This authorization allows UF Health to use and disclose (release) certain PHI, which includes medical records, as I have directed.

I understand that:

- The PHI may include information about mental health, substance and/or alcohol use, HIV/AIDS, and STDs.
- I understand that substance use disorder records are protected under the Federal regulations governing Confidentiality and Substance Use Disorder Records, 42 C.F.R. Part 2, and HIPAA, 45 C.F.R. pts 160 & 164, and cannot be disclosed without my written consent unless otherwise provided for by these regulations.
- This authorization may be used to share the same type of PHI indicated above which may be created in the future, until the expiration date.
- This authorization will remain in effect for one (1) year or until I revoke it in writing (i.e., tell UF Health to cancel it).
- I have the right to revoke this authorization at any time.
- I understand that I must revoke this authorization by writing to the Health Information Management Department at the organization named above and that the revocation will not apply to action already taken as a result of this authorization.
- I may refuse to sign this authorization and doing so will not affect my treatment, payment, enrollment, or eligibility for benefits or the quality of care that I will receive.
- I understand that PHI released per this authorization may no longer be protected by state law or the federal health privacy law and could be redisclosed by the person or entity that receives it.
- I am aware that I may be charged a fee for this request as allowed by law, which may include up to $1.00 per page (plus applicable tax and handling) for Paper Records and fees associated with labor, supplies (i.e. cost of a computer disk), and postage for Electronic Records. Fees are waived when PHI is released to a health care provider for treatment purposes.

[signature] 6/20/24

Signature of patient / patient representative Date

| Complete the section below only if the person requesting records is not the patient. | | |
|---|---|---|
| Name of Representative | Relationship to Patient | Legal Authority |
| Representative's Address & Phone Number | Verification of Identity (internal use only) | Verification of Authority (internal use only) |

UFHealth SHANDS UF UNIVERSITY of FLORIDA

**Authorization for Use or Disclosure of Protected Health Information**

Revised [illegible]
P5 [illegible]

RI0001

## From: AdventHealth Ocala

| | | | |
|---|---|---|---|
| From: | John Cook | To: | Marion County Jail |
| Phone: | (352) 401-8828 | Attention: | Yolanda |
| Fax to: | (352) 369-6840 | | |
| Fax From: | (352) 690-5758 | | |
| Return Fax: | | | |
| Comment: | Please see attached | | |

Rodriquez M.D 07/29/24

| | |
|---|---|
| **Regarding Patient:** | **OAK,J** |
| SSN: | [redacted] |
| Member ID 1: | 2400005923 |
| Member ID 2: | A24190562 |
| Room: | 306 |

The following documents are included in this fax:

| **Name** | **Pages** |
|---|---|
| Patient Information Form (rev.7/2012) | 1 |
| Clinicals - 07/29/2024 | 67 |

**Patient Health Information Legal Disclosure:** This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by HIPAA (the federal Health Insurance Portability & Accountability ACT) or personal information protected by state data privacy or security laws. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you received this in error, please notify **John Cook** at **phone (352) 401-8828** or **e-mail** at **John.P.Cook@adventhealth.com** to arrange the return or destruction of the information and all copies

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the Written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§ 2.12(c)(5) and 2.65.

**For more information about WellSky, visit wellsky.com.**

## Patient Information Form

Hospital Name: AdventHealth Ocala  Phone: (352) 351-7208

Hospital Address: 1500 SW FIRST AVE OCALA, FL 34474

**Patient Demographics**

Patient Name: OAKIE, JACOB
Medical Rec #: 503114600  SSN: [redacted]
Marital Status: SINGLE  Gender: M
Date of Birth: [redacted]  Age: 39
Religion:
Episode ID: 5010278558720
Height:
Weight:

**Admit and Length of Stay Information**

Unit: OCA0043STICU
Admit Type: Elective  Room: 306
Admission Date: 07-28-2024  Bed: 306-1
Est. Discharge Date:  ALC Date:
Pt. Functional Status Prior to Admission:
PCP: PCP, NO
Attending Physician: RAO, NARSING
Phone Number:

**Diagnosis Information:**

Rugs:  Primary: RESPIRATORY FAILURE  Secondary:

**Discharge Notes:**

Notes:

Mode of Transportation:
Will patient receive radiation or dialysis off-site?
☐ Yes ☐ No

Payer Source:
Schedule of Treatments:

**Patient Address**

Living Arrangement:
Select One
Facility Name:
Street: 11234 SE 121ST LANE RD
City: BELLEVIEW
State/Zip: FL 34420-5528
Home Phone: (480)435-3938
Work Phone:

**Next of Kin**

First Name/MI: ROBERT
Last Name: OAKIE
Street:
City:
State/Zip:
Home Phone: (352)499-0069
Work Phone:
Relation: Father
☐ Emerg. Contact ☐ POA

**Emergency Contact:**

First Name/MI:
Last Name:
Street:
City:
State/Zip:
Home Phone:
Work Phone:
Relation:
☐ Emerg. Contact ☐ POA

**Payer Information:**

Ins. Group ID#:
Primary Payer: MARION COUNTY FL SHERIFF DEI  Member ID#: 2400005923
Contact person at Ins. Co. (First/MI/Last):  Phone:
Patient has met 3 consecutive, acute level of care days during this admission & may be eligible for the Medicare Extended Care Benefit. ☐ Yes ☐ No ☐ N/A ☐ Unknown

Secondary Payer: MEDICAID OUT OF STATE  Member ID#: A24190562  Phone #:
Other Payer:  Member ID#:  Phone #:

Income if known: ☐ Private Funds ☐ Pension ☐ SSA ☐ VA ☐ SSI ☐ Other

Patient Medicaid Eligible? ☐ Yes ☐ No  If Yes, submitted by our financial office? ☐ Yes ☐ No

Contact person in financial office (First/MI/Last):

No Fault: Must have claim number, name of insurance company, name of insured, telephone number, and policy number. This information is needed even if no fault is exhausted. No faults must have secondary insurance information.

**Case Contact**

First/MI/Last: John Cook  Phone 3524018828  Date: 07-29-2024

CarePort rev. 7/2012

100

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM**

Author: Belinda Bernard Johnson, MD Service: — Author Type: Physician
Filed: 7/27/2024 3:58 PM Date of Service: 7/27/2024 7:55 AM Status: Addendum
Editor: Belinda Bernard Johnson, MD (Physician)
Related Notes: Original Note by Belinda Bernard Johnson, MD (Physician) filed at 7/27/2024 3:58 PM

Pioneer MEDICAL GROUP

**Progress Note**

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600
**CSN:** 5010278204587
**Date of Admission:** 7/26/2024
**Length of Stay:** 1

[redacted]

**Subjective**

**Subjective:**
Patient seen and rounded w/ RN
Patient is intubated & medicated - on neo and fluids and IV abx. Noted specialists rec's

**Objective**
**Physical Exam:**

**Vital Signs**

| | 07/27/24 0300 | 07/27/24 0400 | 07/27/24 0500 | 07/27/24 0600 |
|---|---|---|---|---|
| BP: | 110/84 | 114/87 | 118/95 | 108/88 |
| BP Location: | | Left arm | | |
| Patient Position: | | Lying | | |
| Pulse: | (!) 97 | (!) 95 | (!) 93 | (!) 95 |
| Resp: | 15 | 15 | 14 | 15 |
| Temp: | | | | |
| SpO2: | 96% | 96% | 97% | 96% |
| Weight: | | 48.3 kg (106 lb 7.7 | | |

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

oz)

Height:

**Respiratory Support from 07/26/24 0755 to 07/27/24 0755**

| Date and Time | O2 Delivery Method | O2 Flow Rate (L/min) | FiO2 (%) | User |
|---|---|---|---|---|
| 07/26/24 1635 | — | — | 100 % | RAC |
| 07/26/24 1645 | Ventilator | — | — | EKJ |
| 07/26/24 1650 | Ventilator | — | — | EKJ |
| 07/26/24 1655 | Ventilator | — | — | EKJ |
| 07/26/24 1700 | Ventilator | — | — | EKJ |
| 07/26/24 1705 | Ventilator | — | — | EKJ |
| 07/26/24 1710 | Ventilator | — | — | EKJ |
| 07/26/24 1722 | — | — | 40 % | RD |
| 07/26/24 1801 | — | — | 40 % | ICS |
| 07/26/24 1900 | — | — | 60 % | DMM |
| 07/26/24 2000 | Ventilator | — | 70 % | DMM |
| 07/26/24 2100 | — | — | 70 % | DMM |
| 07/26/24 2200 | Ventilator | — | 70 % | DMM |
| 07/26/24 2300 | — | — | 70 % | DMM |
| 07/26/24 2303 | — | — | 70 % | MF |
| 07/27/24 0000 | — | — | 70 % | DMM |
| 07/27/24 0200 | Ventilator | — | 70 % | DMM |
| 07/27/24 0300 | — | — | 40 % | DMM |
| 07/27/24 0314 | — | — | 40 % | MF |
| 07/27/24 0400 | Ventilator | — | 40 % | DMM |
| 07/27/24 0500 | — | — | 40 % | DMM |
| 07/27/24 0600 | — | — | 40 % | DMM |

**General:** No acute distress, mechanically intubated and sedated
**HEENT:** mucous membranes moist
**Neck:** supple; no LAN; no thyromegaly; no JVD
**Respiratory:** Respirations are nonlabored, breath sounds are equal, no adventitious breath sounds
**Cardiovascular:** Normal rate, regular rhythm, no murmur, no gallop, no edema
**GI:** Soft, nontender, nondistended, normal bowel sounds; no rebound or guarding
**GU:** Foley in place
**Extremities:** No edema clubbing or cyanosis; capillary refill < 3 seconds
Pulses 2+ bilaterally
**Integumentary:** no rash, no open wounds
**Musc:** 5/5 power strength, no muscular atrophy noted
**Neurology:** Unable to assess
**Psychiatric:** Unable to assess

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB:[redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

**Labs/Studies:**
**Results from last 7 days**

| Lab | Units | 07/27/24 0225 | 07/26/24 0921 | 07/26/24 0840 | 07/23/24 0936 |
|---|---|---|---|---|---|
| WBC | 10*3/uL | **30.57*** | **27.61*** | -- | -- |
| HEMOGLOBIN | g/dL | 16.6 | **10.3*** | -- | -- |
| HEMATOCRIT | % | **50.4*** | **31.4*** | -- | -- |
| PLATELET COUNT | 10*3/uL | 373 | 227 | -- | -- |
| NEUTROPHILS PCT | % | **0.0*** | **92.0*** | -- | -- |
| LYMPHOCYTES PCT | % | **0.0*** | **1.4*** | -- | -- |
| MONOCYTES PCT | % | **0.0*** | 3.2 | -- | -- |
| EOSINOPHILS PCT | % | 0.0 | 0.0 | -- | -- |
| SODIUM | mmol/L | **159*** | -- | 136 | 135 |
| POTASSIUM | mmol/L | **2.9*** | -- | **3.2*** | 4.0 |
| CHLORIDE | mmol/L | **124*** | -- | 99 | **93*** |
| CARBON DIOXIDE | mmol/L | **18.0*** | -- | **20.0*** | 26.0 |
| BUN | mg/dL | 16.0 | -- | 12.0 | 15.0 |
| CREATININE | mg/dL | 0.80 | -- | **0.50*** | 1.00 |
| CALCIUM | mg/dL | **8.5*** | -- | **7.6*** | 9.3 |
| PROTEIN TOTAL | g/dL | -- | -- | 7.2 | 7.3 |
| BILIRUBIN TOTAL | mg/dL | -- | -- | **1.40*** | 0.60 |
| ALKALINE PHOSPHATASE | U/L | -- | -- | 104 | 123 |
| ALT | U/L | -- | -- | **99*** | **80*** |
| AST | U/L | -- | -- | **110*** | **38*** |
| GLUCOSE | mg/dL | **146*** | -- | **230*** | **180*** |

**PATHOLOGY RESULTS LAST 7 DAYS**

**** No results found for the last 168 hours. ****

**Imaging:**
MR Spine Lumbar WO IV Contrast

Result Date: 7/26/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

1. There is clumping of the cauda equina nerve roots, which, given appearance of the brain, cervical, and thoracic spine, is also concerning for leptomeningeal disease in this patient with concerns for pyogenic meningitis. 2. No large disc herniation. No high-grade canal or foraminal narrowing. Electronically signed by Sergio Baerga-Navarro, MD 7/26/2024 7:59 PM

MR Spine Thoracic W and WO IV Contrast

Result Date: 7/26/2024
1. Diffuse cord leptomeningeal enhancement compatible with pyogenic meningitis on MR brain. 2. No cord lesion/infarct. Patent spinal canal. Electronically signed by Vivek Kalra, MD 7/26/2024 6:32 PM

MR Cervical Spine W and WO IV Contrast

Result Date: 7/26/2024
1. Diffuse cervical cord leptomeningeal enhancement compatible with pyogenic meningitis on MR brain. 2. No cord lesion/infarct. Patent spinal canal. Electronically signed by Vivek Kalra, MD 7/26/2024 6:29 PM

MR Brain W and WO IV Contrast

Result Date: 7/26/2024
1. Multiple scattered small volume subacute nonhemorrhagic infarcts secondary to purulent meningitis from left otomastoiditis. 2. Stable mild hydrocephalus. No midline shift/herniation. 3. No meningeal enhancement. Patent dural sinuses. Call report initiated. Electronically signed by Vivek Kalra, MD 7/26/2024 6:24 PM

XR Chest 1 View

Result Date: 7/26/2024
1. The endotracheal tube is satisfactory. 2. Perihilar physiologic atelectatic changes versus early airspace disease. Recommend follow-up. Electronically signed by Edson Cortes, MD 7/26/2024 5:45 PM

XR FL Lumbar Puncture Diagnostic

Result Date: 7/26/2024
Technically successful lumbar puncture. Electronically signed by Amanda Aulis, MD 7/26/2024 1:27 PM

CT Head WO IV Contrast

Result Date: 7/26/2024
1. Diffuse sulcal effacement of the supratentorial brain with mild hydrocephalus. Findings could represent meningitis in the proper clinical setting. MRI with and without IV contrast could be considered for further evaluation. 2. Left mastoid air cell opacification. Correlate for mastoiditis. Given the above findings, a dedicated imaging of the temporal bone could be considered to evaluate for intracranial extension. CRITICAL RESULTS NOTIFICATION: CRITICAL RESULT: YES NOTIFICATION (Date/Time): Dr. DeGroat. CLINICIAN NOTIFIED (Name): 1027 hours. Electronically signed by Amanda Aulis, MD 7/26/2024 10:27 AM

XR Chest 1 View

Result Date: 7/26/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

No significant findings. Electronically signed by Amanda Aulls, MD 7/26/2024 10:09 AM

**In-Patient Medications:**

| Scheduled | PRN | Infusions |
|---|---|---|
| cefTRIAXone, 2 g, Intravenous, q12h<br>dexamethasone, 0.15 mg/kg, Intravenous, q6h<br>enoxaparin, 40 mg, Subcutaneous, Daily<br>famotidine, 20 mg, Per G Tube, BID<br>insulin lispro, 0-12 Units, Subcutaneous, q6h SCH<br>lidocaine, 10 mL, Infiltration, Once<br>sodium chloride, , Intravenous, q12h SCH<br>vancomycin, 1.25 g, Intravenous, q8h | PRN medications: calcium gluconate, calcium gluconate, dextrose 10% in water, dextrose 10% in water, dextrose, glucagon, glucose, glucose, magnesium oxide, magnesium oxide, magnesium sulfate, magnesium sulfate, magnesium sulfate, magnesium sulfate, potassium phosphate and sodium phosphate **OR** potassium & sodium phosphates, potassium phosphate and sodium phosphate **OR** potassium & sodium phosphates, potassium chloride, Insert peripheral IV **AND** Saline lock IV **AND** sodium chloride **AND** sodium chloride, sodium phosphate, sodium phosphate | dextrose 10% in water, 30 mL/hr<br>dextrose 10% in water, 30 mL/hr<br>phenylephrine, 0-9.1 mcg/kg/min, Last Rate: 2 mcg/kg/min (07/27/24 0644)<br>propofol, 0-50 mcg/kg/min, Last Rate: 5 mcg/kg/min (07/26/24 1658) |

**Allergy:**

**Allergies**

| Allergen | Reactions |
|---|---|
| • Flonase [Fluticasone] | |
| • Penicillins | |

[redacted]

**Hospital course:**

7/27: Continue ICU management, antibiotics

**Assessment**

Acute bacterial meningitis, secondary to strep pneumoniae
Gram-positive cocci bacteremia, secondary to strep pneumoniae



105

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

Acute hypernatremia
Acute hyperglycemia
Acute hypocalcemia
Acute hypophosphatemia
Acute nontraumatic rhabdomyolysis
Currently incarcerated
Uninsured

**Plan**

Continue ICU monitoring and management
On IV ceftriaxone day 2 of 7
Continue IV dexamethasone day 1 of 4
Glycemic management
Continue DVT prophylaxis with subcutaneous Lovenox
Status post IV Acyclovir
Continue IV vancomycin day 1 of 7
Infectious disease following
Continue propofol infusion
Continue Neo-Synephrine infusion
Continue droplet precaution

MDM

Rounded with RN: Sue

Discussed with sub-specialist and content of discussion: Not applicable

Lab/imaging tests ordered: A.m. chest x-ray and labs

**Respiratory Support from 07/26/24 0755 to 07/27/24 0755**

| Date and Time | O2 Delivery Method | O2 Flow Rate (L/min) | FIO2 (%) | User |
|---|---|---|---|---|
| 07/26/24 1635 | -- | -- | 100 % | RAC |
| 07/26/24 1645 | Ventilator | -- | -- | EKJ |



106

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB:[redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

| Date and Time | O2 Delivery Method | O2 Flow Rate (L/min) | FiO2 (%) | User |
|---|---|---|---|---|
| 07/26/24 1650 | Ventilator | — | — | EKJ |
| 07/26/24 1655 | Ventilator | — | — | EKJ |
| 07/26/24 1700 | Ventilator | — | — | EKJ |
| 07/26/24 1705 | Ventilator | — | — | EKJ |
| 07/26/24 1710 | Ventilator | — | — | EKJ |
| 07/26/24 1722 | — | — | 40 % | RD |
| 07/26/24 1801 | — | — | 40 % | ICS |
| 07/26/24 1900 | — | — | 60 % | DMM |
| 07/26/24 2000 | Ventilator | — | 70 % | DMM |
| 07/26/24 2100 | — | — | 70 % | DMM |
| 07/26/24 2200 | Ventilator | — | 70 % | DMM |
| 07/26/24 2300 | — | — | 70 % | DMM |
| 07/26/24 2303 | — | — | 70 % | MF |
| 07/27/24 0000 | — | — | 70 % | DMM |
| 07/27/24 0200 | Ventilator | — | 70 % | DMM |
| 07/27/24 0300 | — | — | 40 % | DMM |
| 07/27/24 0314 | — | — | 40 % | MF |
| 07/27/24 0400 | Ventilator | — | 40 % | DMM |
| 07/27/24 0500 | — | — | 40 % | DMM |
| 07/27/24 0600 | — | — | 40 % | DMM |

**Antibiotic Regimen:**
**Recently administered antibiotics (last 12 hours)**

| Date/Time | Action | Medication | Dose | Rate |
|---|---|---|---|---|
| 07/27/24 0635 | New Bag | cefTRIAXone (Rocephin) 2 g in sodium chloride 0.9 % 100 mL IVPB ADD-EASE | 2 g | 200 mL/hr |
| 07/27/24 0415 | New Bag | vancomycin (Vancocin) IVPB 1.25 g | 1.25 g | 166.7 mL/hr |
| 07/26/24 2052 | New Bag | cefTRIAXone (Rocephin) 2 g in sodium chloride 0.9 % 100 mL IVPB ADD-EASE | 2 g | 200 mL/hr |
| 07/26/24 2051 | New Bag | vancomycin IVPB 1,500 mg | 1,500 mg | 200 mL/hr |

**Active Antibiotics** (From admission, onward)

| Ordered | | Ordering Provider |
|---|---|---|
| Additional Orders | | |
| 07/26/24 1842 | **cefTRIAXone (Rocephin) 2 g in sodium chloride 0.9 % 100 mL IVPB ADD-EASE** Every 12 hours<br>Note to Pharmacy: Per Corporate F&T Committee, this | Simon Theo Symeonides, MD |



170

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

| Ordered | | Ordering Provider |
|---|---|---|
| | medication has an approved therapeutic interchange if ordered for uncomplicated cystitis. See AdventHealth Therapeutic Interchange List for details and modify order accordingly. | |
| 07/26/24 1925 | **vancomycin (Vancocin) IVPB 1.25 g** Every 8 hours | Adam Donald Beeble, DO |

**BMI: Body mass index is 16.19 kg/m$^2$. Non-Obese**
**LOS: 1**
**DVT ppx: SCDs.**
**Last Anticoag Admin**

---

enoxaparin (Lovenox) syringe 40 mg
Given 40 mg at 0056
Frequency: Daily

No unadministered anticoagulant orders found.

**Code status: No Order**
**IVF: dextrose 10% in water, 30 mL/hr**
**dextrose 10% in water, 30 mL/hr**
**phenylephrine, 0-9.1 mcg/kg/min, Last Rate: 2 mcg/kg/min (07/27/24 0644)**
**propofol, 0-50 mcg/kg/min, Last Rate: 5 mcg/kg/min (07/26/24 1658)**

**Diet:**

**Wounds:**

| MDR Level | Planned | Readmission Risk |
|---|---|---|



108

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted], Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

| | **Disposition:** | | | |
|---|---|---|---|---|
| Level 4 | Jail | **Predictive Model Details** | | |
| | | **20% (Medium)** | Factor | Value |
| | | Calculated 7/27/2024 04:17 | Number of active inpatient medication orders | 46 |
| | | IP Risk of Unplanned Readmission Model | Number of ED visits in last six months | 2 |
| | | | ECG/EKG order | present in last 6 months |
| | | | Latest calcium | low (8.5 mg/dL) |
| | | | Diagnosis of electrolyte disorder | present |
| | | | Restraint order | present in last 6 months |
| | | | Imaging order | present in last 6 months |
| | | | Phosphorous result | present |
| | | | Active anticoagulant inpatient medication order | present |
| | | | Active corticosteroid inpatient medication order | present |
| | | | Age | 39 |
| | | | Future appointment | scheduled |
| | | | Active ulcer inpatient medication order | present |
| | | | Current length of stay | 0.473 days |

**Progress Notes by Belinda Bernard Johnson, MD at 7/27/2024 7:55 AM (continued)**

| | | |
|---|---|---|

All pertinent investigations and hospital course reviewed and discussed with patient and staff

E-FORCSE was accessed to monitor controlled substance history if indicated.

In addition if indicated nonopioid alternatives considered for the management of the patient's pain include physical therapy, occupational therapy, Tylenol and NSAIDs. Advantages and disadvantages of the use of nonopioid alternatives was discussed and the patient was provided educational pamphlet on known opioid alternatives for treatment of pain

DISPO: Discharge once medically stable.

*This report was generated by voice recognition technology. Although rapid proofreading was performed to expedite the transfer, some errors may occur. If there are any questions or concerns, please contact me for clarification.*

Belinda Bernard Johnson, MD

Electronically signed by Belinda Bernard Johnson, MD at 7/27/2024 12:01 PM
Electronically signed by Belinda Bernard Johnson, MD at 7/27/2024 3:58 PM
Electronically signed by Belinda Bernard Johnson, MD at 7/27/2024 3:58 PM

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM**

Author: Simon Theo Symeonides, MD Service: Critical Care Author Type: Physician
Filed: 7/27/2024 3:44 PM Date of Service: 7/27/2024 12:33 PM Status: Signed
Editor: Simon Theo Symeonides, MD (Physician)

SCP HEALTH

**Critical Care Consult Note**

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

**Date of Admission:** 7/26/2024

**Subjective**
Hospital Day: 2

**Chief Complaint**

**07/27/2024. Presenting with progressive decline in mentation, febrile illness with nuchal rigidity. Underwent lumbar puncture/CSF analysis conforming bacterial meningoencephalitis, MRI confirming leptomeningeal enhancement/scattered subacute nonhemorrhagic infarcts secondary to purulent meningitis. Remains intubated on ventilatory support. Remains on high oxygen content. Note that CSF cultures and blood cultures all bottles revealed *Streptococcus pneumoniae.***

***39-year-old male with no chronic medical condition as documented in medical records presenting to AdventHealth Ocala emergency room 7262024 with altered mental status. Patient apparently currently incarcerated. Apparently symptoms started with progressive decline in mentation associated with nausea and vomiting progressed over the last 2 days prior to admission. Due to further decline in status patient brought to the emergency room. Noted to be restless and agitated on arrival. Initial workup revealed profound leukocytosis with left shift. I was consulted by the emergency room physician to evaluate the patient. Upon my evaluation the patient had a quite nuchal rigidity noted to be hypotensive and apparently given some sedation but on my exam was obtunded. Decision made to proceed with rapid sequence intubation placement ventilator support. Also requiring initiation vasopressor support to maintain adequate tissue perfusion state. Emergent brain MRI, lumbar puncture with CSF analysis and spinal MRI obtained. Finding consistent with bacterial meningoencephalitis.***

***Radiological data; MRI brain revealed multiple scattered small volume subacute nonhemorrhagic infarcts secondary to purulent meningitis from left otomastoiditis. Stable mild hydrocephalus, no midline shift or herniation otherwise noted. MRI cervical spine revealed diffuse cervical cord leptomeningeal enhancement compatible with pyogenic meningitis.***

**Laboratory data; initial ABG revealed evidence of metabolic acidosis with pH of 7.33 and base excess -8. Mild transaminitis noted. Initial procalcitonin 2.01. CBC revealed WBC count of 28,000 with marked left shift. Lumbar puncture/CSF analysis revealed turbid fluids with WBC count 291 mostly polymorphonuclear cells. Total protein 235 with CSF glucose of 74. Urine drug screen was essentially unremarkable.**

***Microbiological data. CSF Gram stain and cultures revealed many Gram-positive cocci in pairs and chains reflective of Streptococcus species identification to follow.***

**Past medical history:**

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Known health problems: none | |

**Past surgical history:**

**History reviewed. No pertinent surgical history.**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • calcium gluconate in NaCl premix injection 1 g | 1 g | Intravenous | PRN |
| • calcium gluconate in NaCl premix injection 2 g | 2 g | Intravenous | PRN |
| • cefTRIAXone (Rocephin) 2 g in sodium chloride 0.9 % 100 mL IVPB ADD-EASE | 2 g | Intravenous | q12h |
| • chlorhexidine (Peridex) 0.12 % solution 15 mL | 15 mL | Mouth/Throat | BID |
| • dexamethasone PF (Decadron) injection 8 mg | 8 mg | Intravenous | q6h |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |
| • dextrose 50 % solution 50 mL | 50 mL | Intravenous | q15 min PRN |
| • enoxaparin (Lovenox) syringe 40 mg | 40 mg | Subcutaneous | Daily |
| • glucagon injection 1 mg | 1 mg | Intramuscular | q15 min PRN |
| • glucose (TRUEplus Glucose Shot) liquid 15 g | 15 g | Oral | q15 min PRN |
| • glucose 40 % oral gel 15 g | 15 g | Oral | q15 min PRN |
| • insulin lispro (HumaLOG/Admelog) | 0-12 Units | Subcutaneous | q6h SCH |

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

| | | | |
|---|---|---|---|
| 100 UNIT/ML injection 0-12 Units | | | |
| • lidocaine (Xylocaine) 1 % injection 100 mg | 10 mL | Infiltration | Once |
| • magnesium oxide (Mag-Ox) tablet 400 mg | 400 mg | Oral | q12h PRN |
| • magnesium oxide (Mag-Ox) tablet 800 mg | 800 mg | Oral | q1h PRN |
| • magnesium sulfate IVPB 2 g | 2 g | Intravenous | q6h PRN |
| • magnesium sulfate IVPB 2 g | 2 g | Intravenous | q4h PRN |
| • magnesium sulfate IVPB 4 g | 4 g | Intravenous | q8h PRN |
| • magnesium sulfate IVPB 4 g | 4 g | Intravenous | q8h PRN |
| • [START ON 7/28/2024] pantoprazole (Protonix) packet 40 mg | 40 mg | Oral | Daily before breakfast |
| • phenylephrine (Neo-Synephrine) 50 mg in NS 250 mL (0.2 mg/mL) IVPB premix | 0-9.1 mcg/kg/min | Intravenous | Titrated |
| • potassium phosphate and sodium phosphate (Phospha 250 Neutral) 155-852-130 MG tablet 1 tablet Or | 1 tablet | Oral | q4h PRN |
| • potassium & sodium phosphates (Phos-NaK) 280-160-250 MG packet 1 packet | 1 packet | Oral | q4h PRN |
| • potassium phosphate and sodium phosphate (Phospha 250 Neutral) 155-852-130 MG tablet 2 tablet Or | 2 tablet | Oral | q4h PRN |
| • potassium & sodium phosphates (Phos-NaK) 280-160-250 | 2 packet | Oral | q4h PRN |

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

| | | | |
|---|---|---|---|
| MG packet 2 packet | | | |
| • potassium chloride IVPB 20 mEq | 20 mEq | Intravenous | q2h PRN |
| • potassium phosphates 30 mmol in sodium chloride 0.9 % 250 mL infusion | 30 mmol | Intravenous | Once |
| • propofol (Diprivan) infusion/injection | 0-50 mcg/kg/min | Intravenous | Continuous |
| • sodium chloride 0.9 % flush | | Intravenous | q12h SCH |
| And | | | |
| • sodium chloride 0.9 % flush | | Intravenous | PRN |
| • sodium phosphates 15 mmol in sodium chloride 0.9 % 250 mL IVPB ADD-EASE | 15 mmol | Intravenous | q8h PRN |
| • sodium phosphates 30 mmol in dextrose 5% in water 250 mL IVPB | 30 mmol | Intravenous | q12h PRN |
| • vancomycin (Vancocin) IVPB 1.25 g | 1.25 g | Intravenous | q8h |

No current outpatient medications on file.

No medications prior to admission.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Flonase [Fluticasone] | |
| • Penicillins | |

**Family History**
Family history unknown: Yes

**Social History**

Socioeconomic History

| | |
|---|---|
| • Marital status: | Single |

Tobacco Use

| | |
|---|---|
| • Smoking status: | Unknown |



114

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

**Objective**
**Vital Signs**

| | 07/27/24 1222 | 07/27/24 1300 | 07/27/24 1400 | 07/27/24 1500 |
|---|---|---|---|---|
| BP: | | **(!) 76/60** | 92/71 | **(!) 84/67** |
| BP Location: | | | | |
| Patient Position: | | | | |
| Pulse: | | **(!) 114** | **(!) 108** | **(!) 108** |
| Resp: | | 25 | 24 | 25 |
| Temp: | | | | |
| SpO2: | 95% | 95% | 96% | 94% |
| Weight: | | | | |

Body mass index is 16.19 kg/m².

I/O last 3 completed shifts:
In: - (0 mL/kg)
Out: 5800 (120.1 mL/kg) [Urine:5800 (3.3 mL/kg/hr)]
Weight: 48.3 kg

I/O this shift:
In: 1021.4 [I.V.:493.6; IV Piggyback:527.8]
Out: -

**Physical Exam:**

***Gen: Is thin looking 39-year-old male who is incarcerated. BMI estimated at 17 kg/m². Who is currently intubated on ventilator support. Minimally sedated. Patient presenting with altered mental status, mentation progressively declined. Hypotensive and in requirement of vasopressor support to maintain adequate tissue perfusion state.***
***HEENT: NC/AT. PERRLA. EOMI. No icterus. No pallor. Moist oral mucosa. No oropharyngeal lesions noted. Ear and Nose exam essentially unremarkable.***
***Neck. Significant nuchal rigidity, no JVD. No carotid bruit. No lymphadenopathy. No tmegaly. No palpable masses. Trachea is midline. ETT secured 23 cm at the lips.***
***Chest. Normal AP diameter.***
***Lungs. Clear to auscultation percussion. Adequate air entry. No wheezes, rales or rhonchi. Symmetrical bilateral lung expansion.***
***Heart. S1-S2 sinus tachycardia, regular rhythm without appreciated murmur, gallop or rub. PMI is not displaced.***
***Abdomen. Soft, nontender, nondistended. No hepatosplenomegaly. No palpable masses. No abdominal bruit. Normoactive bowel sounds. Urinary bladder is nondistended.***
***Extremities. Without edema, cyanosis or clubbing. Adequate propofol sedation.***
***Joints. No evidence of acute joint inflammation.***

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

***Skin. No petechiae, purpura, viscous, jaundice or rash.***
***Neurologic. The patient currently intubated. Presenting with progressive decline in mentation and respiratory status. Noted otherwise to move his extremities without evidence of focal deficits. No involuntary movement noted.***

**Respiratory Support:**
O2 Delivery Method: Ventilator
FiO2 (%): 40 %

**Vent settings (last 24 hours):**
Vent Patterns: Volume Control - Controlled Mandatory Ventilation
FiO2 (%): [40 %-100 %] 40 %
S RR: [14] 14
PEEP/CPAP (cmH2O): [5 cm H20] 5 cm H20
Mean Airway Pressure (cmH2O): [9-12] 10

**Patient Lines/Drains/Airways Status**

Active LDAs

| Name | Placement date | Placement time | Site | Days |
|---|---|---|---|---|
| Peripheral IV 07/26/24 Anterior;Right;Upper Arm | 07/26/24 | 0846 | Arm | 1 |
| Peripheral IV 07/26/24 Left;Posterior Forearm | 07/26/24 | 0846 | Forearm | 1 |
| NG/OG Tube Orogastric 18 Fr Left mouth | 07/26/24 | 1722 | Left mouth | less than 1 |
| Urethral Catheter 14 Fr | 07/26/24 | 1724 | — | less than 1 |
| ETT 8 mm | 07/26/24 | 1635 | Oral | less than 1 |
| Midline Double Lumen 07/26/24 Right Basilic | 07/26/24 | 1830 | Basilic | less than 1 |

**Dietary Orders** (From admission, onward)

| Start | | Ordered |
|---|---|---|
| 07/28/24 0500 | **NPO except TF (Tube Feeding Panel)** Diet effective tomorrow | 07/27/24 1322 |



116

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

07/27/24 1321 — **Adult tube feed Carb Cont 1.2 TF; Continuous; 40; Start Glucerna 1.5 at 10ml/hr, increasing by 10ml/hr q4h as tolerated to goal rate of 40ml/hr x24hrs; TF (Tube Feeding Panel)** Until discontinued — 07/27/24 1322

Comments: Provide flush of 40 ml q4h

| Question | Answer | Comment |
|---|---|---|
| Tube feeding formula: | Carb Cont 1.2 TF | |
| Tube feeding delivery: | Continuous | |
| Tube feeding continuous dose goal (mL/hr): | 40 | |
| Continuous Instructions (start rate/advancement rate) | Start Glucerna 1.5 at 10ml/hr, increasing by 10ml/hr q4h as tolerated to goal rate of 40ml/hr x24hrs | |
| Feeding Type: | TF | |

**TPN Medication Recent History (Show up to 4 orders; newest on the left.)**

None

**Labs/Studies**

**Recent Results (from the past 24 hour(s))**

**Blood gas, arterial**

Collection Time: 07/26/24 5:16 PM

| Result | Value |
|---|---|
| Analysis Type | Blood Gas |
| Sample Type | Arterial |
| Site | Radial, Left |
| Allen Test | Yes |
| pH, Arterial | 7.335 (L) |
| pCO2, Arterial | 32.3 (L) |
| pO2, Arterial | >538.0 (H) |
| HCO3, Arterial | 17.2 (L) |
| Base Excess, Arterial | -7.6 (L) |
| O2 Sat, Arterial | >100.0 (H) |
| FIO2 | 100.00 |

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

| | |
|---|---|
| Mode | CMV (A/C) |
| AMP | 0.0 |
| PEEP | 5.0 |
| Ventilator Rate | 14.0 |

**POC Glucose**

Collection Time: 07/26/24 6:02 PM

| Result | Value |
|---|---|
| Glucose, POC | 133 (H) |

**POC Glucose**

Collection Time: 07/27/24 12:27 AM

| Result | Value |
|---|---|
| Glucose, POC | 138 (H) |

**Lactic Acid Reflex x2 If Greater Than 2**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Lactic Acid | 2.50 (H) |

**Basic Metabolic Panel (BMP)**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Sodium | 159 (H) |
| Potassium | 2.9 (LL) |
| Chloride | 124 (H) |
| Carbon Dioxide | 18.0 (L) |
| Anion Gap | 17 (H) |
| Glucose | 146 (H) |
| BUN | 16.0 |
| Creatinine | 0.80 |
| BUN/Creatinine Ratio | 20.0 |
| Calcium | 8.5 (L) |
| Osmolality Calc | 310 |
| eGFR | 115.5 |

**CBC Auto Diff, Reflex Manual Diff If Indicated**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| WBC | 30.57 (H) |
| RBC | 5.94 |
| Hemoglobin | 16.6 |
| Hematocrit | 50.4 (H) |
| MCV | 84.8 |
| MCH | 27.9 |
| MCHC | 32.9 |
| RDW | 13.7 |
| Platelet Count | 373 |
| MPV | 9.3 |
| Neutrophils % | 0.0 (L) |
| Lymphocytes % | 0.0 (L) |
| Monocytes % | 0.0 (L) |

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

| | |
|---|---|
| Eosinophils % | 0.0 |
| Basophils % | 0.0 |
| Neutrophils Absolute | 0.00 (L) |
| Lymphocytes Absolute | 0.00 (L) |
| Monocytes Absolute | 0.00 (L) |
| Eosinophils Absolute | 0.00 |
| Basophil Absolute | 0.00 |

**Procalcitonin Test**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Procalcitonin | 5.40 (H) |

**Calcium, Ionized**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Calcium, Ionized | 1.06 (L) |

**Phosphorus**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Phosphorus | 0.80 (L) |

**Magnesium**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Magnesium | 2.60 (H) |

**Blood gas, arterial**

Collection Time: 07/27/24 2:44 AM

| Result | Value |
|---|---|
| Analysis Type | Blood Gas |
| Sample Type | Arterial |
| Site | Radial, Right |
| Allen Test | Yes |
| pH, Arterial | 7.493 (H) |
| pCO2, Arterial | 25.4 (L) |
| pO2, Arterial | 343.0 (H) |
| HCO3, Arterial | 19.5 (L) |
| Base Excess, Arterial | -1.8 |
| O2 Sat, Arterial | >100.0 (H) |
| FiO2 | 70.00 |
| PaO2/FiO2 | 490 |
| Mode | CMV (A/C) |
| AMP | 0.0 |
| Tidal Volume | 500.0 |
| PEEP | 5.0 |
| Ventilator Rate | 14.0 |

**POC Glucose**

Collection Time: 07/27/24 6:37 AM

| Result | Value |
|---|---|
| Glucose, POC | 146 (H) |

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

**Lactic Acid Reflex x2 If Greater Than 2**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Lactic Acid | 2.90 (H) |

**Calcium, Ionized**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Calcium, Ionized | 1.14 |

**Potassium**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Potassium | 3.8 |

**Phosphorus**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Phosphorus | 1.20 (L) |

**Lactic Acid**
Collection Time: 07/27/24 11:05 AM

| Result | Value |
|---|---|
| Lactic Acid | 2.70 (H) |

**POC Glucose**
Collection Time: 07/27/24 12:27 PM

| Result | Value |
|---|---|
| Glucose, POC | 169 (H) |

XR Chest 1 View

Result Date: 7/27/2024
No significant interval change from previous examination. Electronically signed by Corey Garvin MD 7/27/2024 9:44 AM

MR Spine Lumbar WO IV Contrast

Result Date: 7/26/2024
1. There is clumping of the cauda equina nerve roots, which, given appearance of the brain, cervical, and thoracic spine, is also concerning for leptomeningeal disease in this patient with concerns for pyogenic meningitis. 2. No large disc herniation. No high-grade canal or foraminal narrowing. Electronically signed by Sergio Baerga-Navarro, MD 7/26/2024 7:59 PM

MR Spine Thoracic W and WO IV Contrast

Result Date: 7/26/2024
1. Diffuse cord leptomeningeal enhancement compatible with pyogenic meningitis on MR brain. 2. No cord lesion/infarct. Patent spinal canal. Electronically signed by Vivek Kalra, MD 7/26/2024 6:32 PM

MR Cervical Spine W and WO IV Contrast

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

Result Date: 7/26/2024
1. Diffuse cervical cord leptomeningeal enhancement compatible with pyogenic meningitis on MR brain. 2. No cord lesion/infarct. Patent spinal canal. Electronically signed by Vivek Kalra, MD 7/26/2024 6:29 PM

MR Brain W and WO IV Contrast

Result Date: 7/26/2024
1. Multiple scattered small volume subacute nonhemorrhagic infarcts secondary to purulent meningitis from left otomastoiditis. 2. Stable mild hydrocephalus. No midline shift/herniation. 3. No meningeal enhancement. Patent dural sinuses. Call report initiated. Electronically signed by Vivek Kalra, MD 7/26/2024 6:24 PM

XR Chest 1 View

Result Date: 7/26/2024
1. The endotracheal tube is satisfactory. 2. Perihilar physiologic atelectatic changes versus early airspace disease. Recommend follow-up. Electronically signed by Edson Cortes, MD 7/26/2024 5:45 PM

**Assessment and plan:**

***39-year-old male with no chronic medical condition as documented in medical records presenting to AdventHealth Ocala emergency room 7262024 with altered mental status. Patient apparently currently incarcerated. Apparently symptoms started with progressive decline in mentation associated with nausea and vomiting progressed over the last 2 days prior to admission. Due to further decline in status patient brought to the emergency room. Noted to be restless and agitated on arrival. Initial workup revealed profound leukocytosis with left shift. I was consulted by the emergency room physician to evaluate the patient. Upon my evaluation the patient had a quite nuchal rigidity noted to be hypotensive and apparently given some sedation but on my exam was obtunded. Decision made to proceed with rapid sequence intubation placement ventilator support. Also requiring initiation vasopressor support to maintain adequate tissue perfusion state. Emergent brain MRI, lumbar puncture with CSF analysis and spinal MRI obtained. Finding consistent with bacterial meningoencephalitis.***

***Radiological data; MRI brain revealed multiple scattered small volume subacute nonhemorrhagic infarcts secondary to purulent meningitis from left otomastoiditis. Stable mild hydrocephalus, no midline shift or herniation otherwise noted. MRI cervical spine revealed diffuse cervical cord leptomeningeal enhancement compatible with pyogenic meningitis.***

**Laboratory data; initial ABG revealed evidence of metabolic acidosis with pH of 7.33 and base excess -8. Mild transaminitis noted. Initial procalcitonin 2.01. CBC revealed WBC count of 28,000 with marked left shift. Lumbar puncture/CSF analysis revealed turbid fluids with WBC count 291 mostly polymorphonuclear cells. Total protein 235 with CSF glucose of 74. Urine drug screen was essentially unremarkable.**

**07/27/2024. Presenting with progressive decline in mentation, febrile illness with nuchal rigidity.**

**Underwent lumbar puncture/CSF analysis conforming bacterial meningoencephalitis, MRI confirming leptomeningeal enhancement/scattered subacute nonhemorrhagic infarcts secondary to purulent meningitis. Remains intubated on ventilatory support. Remains on high oxygen content. Note that CSF cultures and blood cultures all bottles revealed *Streptococcus pneumoniae.***

**Clinical impression:**

***1. Acute bacterial meningitis, related to Streptococcus meningitis. With purulent meningoencephalitis. CT head with diffuse sulcal effacement of the supratentorial brain and mild hydrocephalus also left mastoid air cell opacification suspected parameningeal focus. CSF analysis pattern suggestive of Streptococcus meningitis. Initial Gram stain revealing GPCs in pairs and chains and WBCs. HIV negative hepatitis panel nonreactive. CSF cultures confirmed Streptococcus pneumoniae.***
***2. Acute metabolic septic encephalopathy. Acute mental status changes with meningismus, symptom seems to be progressed as patient was initially restless and agitated and now poorly responsive to stimuli.***
***3. Multiple small volume brain subacute nonhemorrhagic infarcts secondary to purulent meningitis thought to be from left otomastoiditis. No midline shift or herniation noted.***
***4. Vasodilatory-distributive shock likely related sepsis and sequelae. Despite initial volume replacement therapy. Patient appears to be euvolemic state. Requiring initiation of norepinephrine to maintain adequate tissue perfusion state.***
***5. Profound leukocytosis with left shift, likely in relation to above. Surveillance blood cultures obtained and pending. Endovascular infection could not be excluded. Pending echocardiography.***
***5. Austrian syndrome, Osler's triad. Meningitis, endocarditis/bacteremia, and pneumonia. Highly suspected.***
***6. Bacteremia with blood cultures all bottles revealing GPCs, final identification confirmed Streptococcus pneumoniae. Endovascular infection/infective endocarditis highly suspected in view of patient's prior documented history of substance abuse.***
***7. Acid-base disturbance mainly related to metabolic acidosis. We will continue to monitor and follow closely. Monitor lactic acid trend.***
***8. Reported history of penicillin allergy exact allergy unknown.***

**Recommendations:**

***- Admitted to ICU for close evaluation management.***
***- Acute bacterial meningitis, related to Streptococcus meningitis. With purulent meningoencephalitis. CT head with diffuse sulcal effacement of the supratentorial brain and mild hydrocephalus also left mastoid air cell opacification suspected parameningeal focus. CSF analysis pattern suggestive of Streptococcus meningitis. Initial Gram stain revealing GPCs in pairs and chains and WBCs. HIV negative hepatitis panel nonreactive. CSF cultures confirmed Streptococcus pneumoniae.***
***- Acute metabolic septic encephalopathy. Acute mental status changes with meningismus, symptom seems to be progressed as patient was initially restless and agitated and now poorly responsive to stimuli.***
***- Multiple small volume brain subacute nonhemorrhagic infarcts secondary to purulent meningitis***

**Consults by Simon Theo Symeonides, MD at 7/27/2024 12:33 PM (continued)**

***thought to be from left otomastoiditis. No midline shift or herniation noted.***
***- Vasodilatory-distributive shock likely related sepsis and sequelae. Despite initial volume replacement therapy. Patient appears to be euvolemic state. Requiring initiation of norepinephrine to maintain adequate tissue perfusion state.***
***- Profound leukocytosis with left shift, likely in relation to above. Surveillance blood cultures obtained and pending. Endovascular infection could not be excluded. Pending echocardiography.***
***- Bacteremia with blood cultures all bottles revealing GPCs, final identification confirmed Streptococcus pneumoniae. Endovascular infection/infective endocarditis Bacteremia with blood cultures all bottles revealing GPCs likely to reflect Streptococcus highly suspected in view of patient's prior documented history of substance abuse. Austrian syndrome, Osler's triad. (Meningitis, endocarditis/bacteremia, and pneumonia). suspected.***
***- We will continue current antibiotic regimen of Ceftriaxone 2 g intravenously q12h. Vancomycin at 1 g intravenously q12 hours. Will proceed to discontinue acyclovir intravenously. Will add dexamethasone 0.15-0.25 mg/kg IV q.6 hours for 4 days.***
***- We will continue respiratory hygiene bronchodilators therapy. Gradual ventilator wean. Gradual FiO2 wean. Goal to maintain oxygen saturation > 92%.***
***- We will continue to monitor volume status, renal function, urine output, acid-base value and electrolytes and correct as needed.***
***- We will continue GI/DVT prophylaxis monitor nutrition status.***
***- We will continue to monitor and follow this patient closely along with Neurology Service, Infectious Disease Services and other consulting services.***

CC Time = 65 min. Total critical care time documented does not include time spent on separately billed procedures or the services of residents, students, nurses or physician assistants. I personally saw and examined the patient. I have reviewed all diagnostic interpretations and treatment plans as written.Critical care time includes patient management by me, time spent at the patients bedside, time to review lab and imaging results, discussing patient care, documentation in the medical record, and time spent with the family or caregiver.

Electronically signed by Simon Theo Symeonides, MD at 7/27/2024 3:44 PM

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM**

Author: Carlos Alberto Feliciano, MD Service: Neurology Author Type: Physician
Filed: 7/27/2024 2:02 PM Date of Service: 7/27/2024 1:51 PM Status: Addendum
Editor: Carlos Alberto Feliciano, MD (Physician)
Related Notes: Original Note by Carlos Alberto Feliciano, MD (Physician) filed at 7/27/2024 2:01 PM
Consult Orders
1. Inpatient consult to Neurology [1030220897] ordered by Carlos Alberto Feliciano, MD at 07/27/24 1351

## Consult Note

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600
**CSN:** 5010278204587
**Date of Admission:** 7/26/2024

**Reason for Consult:** Meningeal encephalitis
**Consult ordered by:** Dr. Symeonides

**Subjective**
**History of Present Illness**
The patient is a 39 year male who was admitted yesterday from jail. The patient was brought for evaluation of altered mental status. Patient was intubated and sedated upon arrival to the emergency room. Apparently the patient had been having nausea and vomiting for few days and he was unable to tolerate p.o.. He did have blood workup done in the jail and he was found to have leukocytosis. The patient became more confused and he was brought to the emergency room where he was still awake and alert but intermittently agitated. The patient had a spinal tap in the emergency room and Infectious Disease was consulted. The patient met criteria for sepsis. History obtained from the chart.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Known health problems: none | |

History reviewed. No pertinent surgical history.
**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • calcium gluconate in NaCl premix injection 1 g | 1 g | Intravenous | PRN |
| • calcium gluconate in NaCl premix injection 2 g | 2 g | Intravenous | PRN |
| • cefTRIAXone (Rocephin) 2 g in sodium chloride 0.9 % 100 mL IVPB ADD-EASE | 2 g | Intravenous | q12h |
| • chlorhexidine (Peridex) 0.12 % solution 15 mL | 15 mL | Mouth/Throat | BID |
| • dexamethasone PF (Decadron) injection 8 mg | 8 mg | Intravenous | q6h |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

| | | | |
|---|---|---|---|
| • dextrose 50 % solution 50 mL | 50 mL | Intravenous | q15 min PRN |
| • enoxaparin (Lovenox) syringe 40 mg | 40 mg | Subcutaneous | Daily |
| • glucagon injection 1 mg | 1 mg | Intramuscular | q15 min PRN |
| • glucose (TRUEplus Glucose Shot) liquid 15 g | 15 g | Oral | q15 min PRN |
| • glucose 40 % oral gel 15 g | 15 g | Oral | q15 min PRN |
| • insulin lispro (HumaLOG/Admelog) 100 UNIT/ML injection 0-12 Units | 0-12 Units | Subcutaneous | q6h SCH |
| • lidocaine (Xylocaine) 1 % injection 100 mg | 10 mL | Infiltration | Once |
| • magnesium oxide (Mag-Ox) tablet 400 mg | 400 mg | Oral | q12h PRN |
| • magnesium oxide (Mag-Ox) tablet 800 mg | 800 mg | Oral | q1h PRN |
| • magnesium sulfate IVPB 2 g | 2 g | Intravenous | q6h PRN |
| • magnesium sulfate IVPB 2 g | 2 g | Intravenous | q4h PRN |
| • magnesium sulfate IVPB 4 g | 4 g | Intravenous | q8h PRN |
| • magnesium sulfate IVPB 4 g | 4 g | Intravenous | q8h PRN |
| • [START ON 7/28/2024] pantoprazole (Protonix) packet 40 mg | 40 mg | Oral | Daily before breakfast |
| • phenylephrine (Neo-Synephrine) 50 mg in NS 250 mL (0.2 mg/mL) IVPB premix | 0-9.1 mcg/kg/min | Intravenous | Titrated |
| • potassium phosphate and sodium phosphate (Phospha 250 Neutral) 155-852-130 MG tablet 1 tablet<br>Or | 1 tablet | Oral | q4h PRN |
| • potassium & sodium | 1 packet | Oral | q4h PRN |

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

| | | | |
|---|---|---|---|
| phosphates (Phos-NaK) 280-160-250 MG packet 1 packet | | | |
| • potassium phosphate and sodium phosphate (Phospha 250 Neutral) 155-852-130 MG tablet 2 tablet | 2 tablet | Oral | q4h PRN |
| Or | | | |
| • potassium & sodium phosphates (Phos-NaK) 280-160-250 MG packet 2 packet | 2 packet | Oral | q4h PRN |
| • potassium chloride IVPB 20 mEq | 20 mEq | Intravenous | q2h PRN |
| • potassium phosphates 30 mmol in sodium chloride 0.9 % 250 mL infusion | 30 mmol | Intravenous | Once |
| • propofol (Diprivan) infusion/injection | 0-50 mcg/kg/min | Intravenous | Continuous |
| • sodium chloride 0.9 % flush | | Intravenous | q12h SCH |
| And | | | |
| • sodium chloride 0.9 % flush | | Intravenous | PRN |
| • sodium phosphates 15 mmol in sodium chloride 0.9 % 250 mL IVPB ADD-EASE | 15 mmol | Intravenous | q8h PRN |
| • sodium phosphates 30 mmol in dextrose 5% in water 250 mL IVPB | 30 mmol | Intravenous | q12h PRN |
| • vancomycin (Vancocin) IVPB 1.25 g | 1.25 g | Intravenous | q8h |

No current outpatient medications on file.

No medications prior to admission.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Flonase [Fluticasone] | |
| • Penicillins | |



126

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB:[redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

**Family History**
Family history unknown: Yes

**Social History**

Socioeconomic History
- Marital status: Single

Tobacco Use
- Smoking status: Unknown

**Review of Systems**
Unable to assess

**Objective**
**Vital Signs**

| | 07/27/24 1000 | 07/27/24 1100 | 07/27/24 1200 | 07/27/24 1222 |
|---|---|---|---|---|
| BP: | 97/77 | 91/68 | 95/69 | |
| BP Location: | | | | |
| Patient Position: | | | | |
| Pulse: | 82 | 86 | 89 | |
| Resp: | **(!) 10** | 15 | 15 | |
| Temp: | | | | |
| SpO2: | 96% | 95% | 95% | 95% |
| Weight: | | | | |

Oxygen Therapy: Supplemental oxygen
O2 Delivery Method: Ventilator
FiO2 (%): 40 %

Body mass index is 16.19 kg/m².

Intake/Output Summary (Last 24 hours) at 7/27/2024 1351
Last data filed at 7/27/2024 1300

| | Gross per 24 hour |
|---|---|
| Intake | 1021.43 ml |
| Output | 5800 ml |
| **Net** | **-4778.57 ml** |

**Physical Exam**
General: Patient is intubated and sedated. No evidence for clinical seizures
Sluggish pupillary reaction.
Not responding to verbal stimulation.

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

No movement with painful stimulation.
GCS: 3T

**Labs/Studies**
**Recent Results (from the past 24 hour(s))**
**Blood gas, arterial**
Collection Time: 07/26/24 5:16 PM

| Result | Value |
|---|---|
| Analysis Type | Blood Gas |
| Sample Type | Arterial |
| Site | Radial, Left |
| Allen Test | Yes |
| pH, Arterial | 7.335 (L) |
| pCO2, Arterial | 32.3 (L) |
| pO2, Arterial | >538.0 (H) |
| HCO3, Arterial | 17.2 (L) |
| Base Excess, Arterial | -7.6 (L) |
| O2 Sat, Arterial | >100.0 (H) |
| FIO2 | 100.00 |
| Mode | CMV (A/C) |
| AMP | 0.0 |
| PEEP | 5.0 |
| Ventilator Rate | 14.0 |

**POC Glucose**
Collection Time: 07/26/24 6:02 PM

| Result | Value |
|---|---|
| Glucose, POC | 133 (H) |

**POC Glucose**
Collection Time: 07/27/24 12:27 AM

| Result | Value |
|---|---|
| Glucose, POC | 138 (H) |

**Lactic Acid Reflex x2 If Greater Than 2**
Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Lactic Acid | 2.50 (H) |

**Basic Metabolic Panel (BMP)**
Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Sodium | 159 (H) |
| Potassium | 2.9 (LL) |
| Chloride | 124 (H) |
| Carbon Dioxide | 18.0 (L) |
| Anion Gap | 17 (H) |
| Glucose | 146 (H) |
| BUN | 16.0 |
| Creatinine | 0.80 |

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

| | |
|---|---|
| BUN/Creatinine Ratio | 20.0 |
| Calcium | 8.5 (L) |
| Osmolality Calc | 310 |
| eGFR | 115.5 |

**CBC Auto Diff, Reflex Manual Diff if Indicated**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| WBC | 30.57 (H) |
| RBC | 5.94 |
| Hemoglobin | 16.6 |
| Hematocrit | 50.4 (H) |
| MCV | 84.8 |
| MCH | 27.9 |
| MCHC | 32.9 |
| RDW | 13.7 |
| Platelet Count | 373 |
| MPV | 9.3 |
| Neutrophils % | 0.0 (L) |
| Lymphocytes % | 0.0 (L) |
| Monocytes % | 0.0 (L) |
| Eosinophils % | 0.0 |
| Basophils % | 0.0 |
| Neutrophils Absolute | 0.00 (L) |
| Lymphocytes Absolute | 0.00 (L) |
| Monocytes Absolute | 0.00 (L) |
| Eosinophils Absolute | 0.00 |
| Basophil Absolute | 0.00 |

**Procalcitonin Test**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Procalcitonin | 5.40 (H) |

**Calcium, Ionized**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Calcium, Ionized | 1.06 (L) |

**Phosphorus**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Phosphorus | 0.80 (L) |

**Magnesium**

Collection Time: 07/27/24 2:25 AM

| Result | Value |
|---|---|
| Magnesium | 2.60 (H) |

**Blood gas, arterial**

Collection Time: 07/27/24 2:44 AM

Result Value

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

| | |
|---|---|
| Analysis Type | Blood Gas |
| Sample Type | Arterial |
| Site | Radial, Right |
| Allen Test | Yes |
| pH, Arterial | 7.493 (H) |
| pCO2, Arterial | 25.4 (L) |
| pO2, Arterial | 343.0 (H) |
| HCO3, Arterial | 19.5 (L) |
| Base Excess, Arterial | -1.8 |
| O2 Sat, Arterial | >100.0 (H) |
| FiO2 | 70.00 |
| PaO2/FiO2 | 490 |
| Mode | CMV (A/C) |
| AMP | 0.0 |
| Tidal Volume | 500.0 |
| PEEP | 5.0 |
| Ventilator Rate | 14.0 |

**POC Glucose**
Collection Time: 07/27/24 6:37 AM

| Result | Value |
|---|---|
| Glucose, POC | 146 (H) |

**Lactic Acid Reflex x2 If Greater Than 2**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Lactic Acid | 2.90 (H) |

**Calcium, Ionized**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Calcium, Ionized | 1.14 |

**Potassium**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Potassium | 3.8 |

**Phosphorus**
Collection Time: 07/27/24 9:08 AM

| Result | Value |
|---|---|
| Phosphorus | 1.20 (L) |

**Lactic Acid**
Collection Time: 07/27/24 11:05 AM

| Result | Value |
|---|---|
| Lactic Acid | 2.70 (H) |

**POC Glucose**
Collection Time: 07/27/24 12:27 PM

| Result | Value |
|---|---|
| Glucose, POC | 169 (H) |

**Assessment**

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Consults by Carlos Alberto Feliciano, MD at 7/27/2024 1:51 PM (continued)**

**Active Problems:**
Bacterial meningo encephalitis (POA: Yes)
Acute respiratory failure (HCC) (POA: Yes)
Acute metabolic encephalopathy (POA: Yes)
Sepsis (HCC) (POA: Yes)
Hypokalemia (POA: Yes)
Hyperglycemia (POA: Yes)
Elevated CK (POA: Yes)

**Plan**

The patient is a 39-year-old critically ill male who was brought to the emergency room from jail for evaluation of altered mental status. Apparently the patient has been having nausea and vomiting for the past few days before admission. In the emergency room he was intubated and sedated and he also had a spinal tap. His studies came back positive for Streptococcus pneumoniae meningeal encephalitis. The patient had an MRI of the brain that showed multiple scattered small volume subacute nonhemorrhagic infarct secondary to purulent meningitis from left otomastoiditis. The patient is currently on antibiotics as per ID.
Nursing staff did not reported seizure like activity. Recommend continue monitoring for seizure-like activity.
His blood workup is remarkable for hypernatremia, hypokalemia and hyperglycemia. His white cell count is 30.57.
Discussed with ICU provider at bedside. The patient is currently full code
Prognosis for meaningful recovery is guarded to poor
Neurology will continue to follow

Due to a high probability of clinically significant, life threatening deterioration, the patient required my highest level of preparedness to intervene emergently and I personally spent this critical care time directly and personally managing the patient. This critical care time included obtaining a history; examining the patient; pulse oximetry; ordering and review of studies; arranging urgent treatment with development of a management plan; evaluation of patient's response to treatment; frequent reassessment; and, discussions with other providers.
This critical care time was performed to assess and manage the high probability of imminent, life-threatening deterioration that could result in multi-organ failure. It was exclusive of separately billable procedures and treating other patients and teaching time.

Electronically signed by Carlos Alberto Feliciano, MD at 7/27/2024 2:01 PM
Electronically signed by Carlos Alberto Feliciano, MD at 7/27/2024 2:02 PM

**Progress Notes by Wilfredo Sanchez, MD at 7/27/2024 7:08 PM**

| | | |
|---|---|---|
| Author: Wilfredo Sanchez, MD | Service: Infectious Disease | Author Type: Physician |
| Filed: 7/27/2024 7:16 PM | Date of Service: 7/27/2024 7:08 PM | Status: Signed |
| Editor: Wilfredo Sanchez, MD (Physician) | | |



131

**Progress Notes by Wilfredo Sanchez, MD at 7/27/2024 7:08 PM (continued)**

Infectious Diseases
Specialty Associates

**Infectious Diseases Brief Note**

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600
**CSN:** 5010278204587
**Date of Admission:** 7/26/2024

Chart review only; no exam.
Notes, lab results and Microbiology test results reviewed.

Spoke with intensivist via phone earlier today.
CSF cultures positive for Streptococcus pneumoniae as it was also positive on admit panel PCR.
Also the admission blood cultures are positive in 2/2 sets with GPC in pairs and chains.
As of this point he has been on ceftriaxone therapy for 24 hours.

CT abdomen/pelvis with small volume ascites with patchy tree-in-bud opacities in the RLL concerning for pneumonia.

**Assessment**

39 y.o. male with no chronic medical conditions as reported by him who presented with altered mental status and leukocytosis; clinical diagnosis is the severe invasive pneumococcal disease with Streptococcus pneumoniae bacteremia and meningitis. ID was consulted for antimicrobial management.

Concern for endocarditis is also considered which, if present, could be the last part of the Osler's triad of Austrian syndrome (pneumococcal endocarditis, meningitis and pneumonia). He remains intubated.

- **Acute bacterial meningitis, suspected streptococcal type**
  - Presented with altered mental status and meningismus
  - CT head with diffuse sulcal effacement of the supratentorial brain and mild hydrocephalus
    - Also with left mastoid air cell opacification, possible parameningeal focus
  - CSF analysis pattern very suggestive of streptococcal meningitis
  - CSF cloudy yellow in appearance, WBC 291 with polymorphonuclear predominance, glucose < 2
  - CSF culture 07/26/2024 with **Streptococcus pneumoniae**
  - HIV negative, hepatitis panel nonreactive
  - Procalcitonin 2, leukocytosis of 27.6 on admission
  - NP swab negative for SARS-CoV-2, influenza A/B and RSV PCR
  - Blood cultures GPCs in pairs and chains, suspect **S pneumoniae** as well
  - CXR without significant findings on admission
  - Risk factors: Alcohol use, prior history of substance abuse
- **Reported history of penicillin allergy (unknown reaction) of unknown onset**
  - However, has tolerated ceftriaxone and cefepime without problems
  - About 10% of the population usually reports a penicillin allergy but <1% is truly allergic
  - Approximately 80% of patients with IgE-mediated penicillin allergy (i.e., wheezing, anaphylaxis, angioedema, hives) would lose their penicillin hypersensitivity after a mean time of 10 years (Roland Solensky, David A. Khan, MD et al. *Annals of Allergy, Asthma & Immunology*, 2010-10-01, Volume 105, Issue 4, Pages 259-273.e78. See article here)
  - It was also known that the cross-reactivity between penicillin and cephalosporin is < 1-3%
- **Comorbidities**: He has a past medical history of Known health problems: none.

**Plan**

- Continue ceftriaxone 2 g IV q.12 hours
  - He has received treatment for 24 hours
  - Therefore, risk of droplet transmission is less likely > 24 hours of antimicrobial therapy
- Continue vancomycin (Pharmacy to assist with PK dosing) until susceptibilities available
- Continue systemic steroids for 4 days total
- Get transthoracic echocardiogram to r/o endocarditis
  - If nondiagnostic may need TEE
- Ventilator management and other life support measures per Critical Care team
- Will follow along

**Progress Notes by Wilfredo Sanchez, MD at 7/27/2024 7:08 PM (continued)**

**Wilfredo Sanchez, MD**
**Infectious Diseases Specialty Associates**
**150 SE 17th St, Suite 801, Ocala, FL 34471**

**https://ocalainfectiousdisease.com**

***Please Note:*** *Parts of this document were created using voice recognition software. Despite our best efforts of final review, the unrecognized inadvertent typographical error or words of omission may change the intended meaning of the dictation. Pease do not hesitate to call us at (352) 240-8555 if there are questions or concerns that would need clarification.*

Electronically signed by Wilfredo Sanchez, MD at 7/27/2024 7:16 PM

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM**

Author: Belinda Bernard Johnson, MD Service: — Author Type: Physician
Filed: 7/28/2024 2:51 PM Date of Service: 7/28/2024 7:53 AM Status: Signed
Editor: Belinda Bernard Johnson, MD (Physician)

Pioneer MEDICAL GROUP

**Progress Note**

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600
**CSN:** 5010278204587
**Date of Admission:** 7/26/2024
**Length of Stay:** 2

[redacted]

**Subjective**

**Subjective:**
Patient seen and rounded w/ RN

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

Patient is intubated & medicated - on neo and fluids and IV abx. Noted specialists rec's

7/28: Pt evaluated and discussed w/ RN - plans for CTH on today; ENT has signed off; pt w/ poor prognosis; noted rec's of ENT, Neuro - if pt was more stable. Echo on 7/26 stable.

**Objective**

**Physical Exam:**

**Vital Signs**

| | 07/28/24 0600 | 07/28/24 0630 | 07/28/24 0657 | 07/28/24 0659 |
|---|---|---|---|---|
| BP: | 113/86 | 105/75 | | |
| BP Location: | Left arm | | | |
| Patient Position: | Lying | | | |
| Pulse: | 66 | 61 | | |
| Resp: | 17 | 17 | | |
| Temp: | | | | |
| SpO2: | 98% | 97% | 97% | 97% |

**Respiratory Support from 07/27/24 0753 to 07/28/24 0753**

| Date and Time | O2 Delivery Method | O2 Flow Rate (L/min) | FiO2 (%) | User |
|---|---|---|---|---|
| 07/27/24 0800 | — | — | 40 % | SKL |
| 07/27/24 0900 | — | — | 40 % | SKL |
| 07/27/24 1000 | — | — | 40 % | SKL |
| 07/27/24 1100 | — | — | 40 % | SKL |
| 07/27/24 1200 | — | — | 40 % | SKL |
| 07/27/24 1222 | — | — | 40 % | ICS |
| 07/27/24 1300 | — | — | 40 % | SKL |
| 07/27/24 1400 | — | — | 40 % | SKL |
| 07/27/24 1500 | — | — | 40 % | SKL |
| 07/27/24 1600 | — | — | 40 % | SKL |
| 07/27/24 1616 | — | — | 40 % | ICS |
| 07/27/24 1700 | — | — | 50 % | SKL |
| 07/27/24 1800 | — | — | 50 % | SKL |
| 07/27/24 1853 | — | — | 50 % | MF |
| 07/27/24 2000 | Ventilator | — | 50 % | AM |
| 07/27/24 2200 | Ventilator | — | 50 % | AM |
| 07/28/24 0000 | Ventilator | — | 50 % | AM |
| 07/28/24 0200 | Ventilator | — | 50 % | AM |
| 07/28/24 0223 | — | — | 40 % | MF |
| 07/28/24 0400 | Ventilator | — | 50 % | AM |
| 07/28/24 0600 | Ventilator | — | 50 % | AM |
| 07/28/24 0657 | — | — | 40 % | DLD |
| 07/28/24 0659 | — | — | 40 % | DLD |

**General:** No acute distress, mechanically intubated and sedated

**Respiratory:** Respirations are nonlabored, breath sounds are equal, no adventitious breath sounds
**Cardiovascular:** Normal rate, regular rhythm, no murmur, no gallop, no edema
**GI:** Soft, nontender, nondistended, normal bowel sounds; no rebound or guarding
**GU:** Foley in place
**Extremities:** No edema clubbing or cyanosis; capillary refill < 3 seconds
Pulses 2+ bilaterally
**Neurology:** Unable to assess
**Psychiatric:** Unable to assess

**Labs/Studies:**
**Results from last 7 days**

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

| Lab | Units | 07/28/24 0622 | 07/28/24 0400 | 07/28/24 0126 | 07/27/24 2033 | 07/27/24 1620 | 07/27/24 1615 | 07/27/24 0908 | 07/27/24 0225 | 07/26/24 0921 | 07/26/24 0921 | 07/26/24 0840 | 07/23/24 0936 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WBC | 10*3/uL | — | **36.98*** | — | — | — | **40.27*** | — | **30.57*** | < > | **27.61*** | — | — |
| HEMOGLOBIN | g/dL | — | 14.3 | — | — | — | 16.8 | — | 16.6 | < > | **10.3*** | — | — |
| HEMATOCRIT | % | — | 44.5 | — | — | — | **51.1*** | — | **50.4*** | < > | **31.4*** | — | — |
| PLATELET COUNT | 10*3/uL | — | 379 | — | — | — | **442*** | — | 373 | < > | 227 | — | — |
| NEUTROPHILS PCT | % | — | **87.3*** | — | — | — | — | — | **0.0*** | — | **92.0*** | — | — |
| LYMPHOCYTES PCT | % | — | **3.1*** | — | — | — | — | — | **0.0*** | — | **1.4*** | — | — |
| MONOCYTES PCT | % | — | 2.7 | — | — | — | — | — | **0.0*** | — | 3.2 | — | — |
| EOSINOPHILS PCT | % | — | 0.0 | — | — | — | — | — | 0.0 | — | 0.0 | — | — |
| SODIUM | mmol/L | **174*** | **176* \| 176*** | **>176*** | **172*** | **172*** | — | — | **159*** | — | — | 136 | 135 |
| POTASSIUM | mmol/L | — | 4.3 | 4.1 | 3.8 | **3.5*** | — | < > | **2.9*** | — | — | **3.2*** | 4.0 |
| CHLORIDE | mmol/L | — | **>139*** | **>139*** | **136*** | **139*** | — | — | **124*** | — | — | 99 | **93*** |
| CARBON DIOXIDE | mmol/L | — | **12.0*** | **12.0*** | **13.0*** | **14.0*** | — | — | **18.0*** | — | — | **20.0*** | 26.0 |
| BUN | mg/dL | — | **24.0*** | **25.0*** | **28.0*** | **26.0*** | — | — | 16.0 | — | — | 12.0 | 15.0 |
| CREATININE | mg/dL | — | 1.10 | 1.10 | 1.20 | 1.20 | — | — | 0.80 | — | — | **0.50*** | 1.00 |
| CALCIUM | mg/dL | — | 9.8 | 9.5 | 8.9 | **8.4*** | — | — | **8.5*** | — | — | **7.6*** | 9.3 |
| PROTEIN TOTAL | g/dL | — | — | — | — | 6.4 | — | — | — | — | — | 7.2 | 7.3 |
| BILIRUBIN TOTAL | mg/dL | — | — | — | — | 0.60 | — | — | — | — | — | **1.40*** | 0.60 |
| ALKALINE PHOSPHATASE | U/L | — | — | — | — | 109 | — | — | — | — | — | 104 | 123 |
| ALT | U/L | — | — | — | — | **164*** | — | — | — | — | — | **99*** | **80*** |
| AST | U/L | — | — | — | — | **99*** | — | — | — | — | — | **110*** | **38*** |
| GLUCOSE | mg/dL | — | **336*** | **291*** | **177*** | **155*** | — | — | **146*** | — | — | **230*** | **180*** |

< > = values in this interval not displayed.

**PATHOLOGY RESULTS LAST 7 DAYS**

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

**** No results found for the last 168 hours. ****

**Imaging:**
XR Chest Post All Tube/Line Insert NC

Result Date: 7/28/2024
Endotracheal tube is 4 cm above the carina. Electronically signed by Abraham Lajara, MD 7/28/2024 12:47 AM

CT Abdomen W and WO IV Contrast

Result Date: 7/27/2024
1. Small volume ascites. 2. Patchy tree-in-bud opacities in the right lower lobe, concerning for infectious or inflammatory bronchiolitis. 3. Small left greater than right pleural effusions. Electronically signed by Larry C Fuller, DO 7/27/2024 5:52 PM

XR Chest 1 View

Result Date: 7/27/2024
No significant interval change from previous examination. Electronically signed by Corey Garvin MD 7/27/2024 9:44 AM

MR Spine Lumbar WO IV Contrast

Result Date: 7/26/2024
1. There is clumping of the cauda equina nerve roots, which, given appearance of the brain, cervical, and thoracic spine, is also concerning for leptomeningeal disease in this patient with concerns for pyogenic meningitis. 2. No large disc herniation. No high-grade canal or foraminal narrowing. Electronically signed by Sergio Baerga-Navarro, MD 7/26/2024 7:59 PM

MR Spine Thoracic W and WO IV Contrast

Result Date: 7/26/2024
1. Diffuse cord leptomeningeal enhancement compatible with pyogenic meningitis on MR brain. 2. No cord lesion/infarct. Patent spinal canal. Electronically signed by Vivek Kalra, MD 7/26/2024 6:32 PM

MR Cervical Spine W and WO IV Contrast

Result Date: 7/26/2024
1. Diffuse cervical cord leptomeningeal enhancement compatible with pyogenic meningitis on MR brain. 2. No cord lesion/infarct. Patent spinal canal. Electronically signed by Vivek Kalra, MD 7/26/2024 6:29 PM

MR Brain W and WO IV Contrast

Result Date: 7/26/2024
1. Multiple scattered small volume subacute nonhemorrhagic infarcts secondary to purulent meningitis from left

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

otomastoiditis. 2. Stable mild hydrocephalus. No midline shift/herniation. 3. No meningeal enhancement. Patent dural sinuses. Call report initiated. Electronically signed by Vivek Kalra, MD 7/26/2024 6:24 PM

XR Chest 1 View

Result Date: 7/26/2024
1. The endotracheal tube is satisfactory. 2. Perihilar physiologic atelectatic changes versus early airspace disease. Recommend follow-up. Electronically signed by Edson Cortes, MD 7/26/2024 5:45 PM

XR FL Lumbar Puncture Diagnostic

Result Date: 7/26/2024
Technically successful lumbar puncture. Electronically signed by Amanda Aulls, MD 7/26/2024 1:27 PM

CT Head WO IV Contrast

Result Date: 7/26/2024
1. Diffuse sulcal effacement of the supratentorial brain with mild hydrocephalus. Findings could represent meningitis in the proper clinical setting. MRI with and without IV contrast could be considered for further evaluation. 2. Left mastoid air cell opacification. Correlate for mastoiditis. Given the above findings, a dedicated imaging of the temporal bone could be considered to evaluate for intracranial extension. CRITICAL RESULTS NOTIFICATION: CRITICAL RESULT: YES NOTIFICATION (Date/Time): Dr. DeGroat. CLINICIAN NOTIFIED (Name): 1027 hours. Electronically signed by Amanda Aulls, MD 7/26/2024 10:27 AM

XR Chest 1 View

Result Date: 7/26/2024
No significant findings. Electronically signed by Amanda Aulls, MD 7/26/2024 10:09 AM

**In-Patient Medications:**

| Scheduled | PRN | Infusions |
|---|---|---|
| cefTRIAXone, 2 g, Intravenous, q12h<br>chlorhexidine, 15 mL, Mouth/Throat, BID<br>dexamethasone, 8 mg, Intravenous, q12h<br>enoxaparin, 40 mg, Subcutaneous, Daily<br>lidocaine, 10 mL, Infiltration, Once<br>pantoprazole, 40 mg, Oral, Daily before breakfast<br>potassium phosphate, 30 mmol, Intravenous, Once<br>sodium chloride, , Intravenous, q12h SCH | PRN medications: calcium gluconate, calcium gluconate, dextrose 10% in water, dextrose 10% in water, dextrose 10% in water, dextrose 10% in water, dextrose, glucagon, glucose, glucose, magnesium oxide, magnesium oxide, magnesium sulfate, magnesium sulfate, magnesium sulfate, magnesium sulfate, potassium phosphate and sodium phosphate **OR** potassium & sodium phosphates, potassium phosphate and sodium phosphate **OR** potassium & sodium phosphates, potassium | dextrose 10% in water, 30 mL/hr<br>dextrose 10% in water, 30 mL/hr<br>dextrose 10% in water, 30 mL/hr<br>dextrose 10% in water, 30 mL/hr<br>dextrose 5% in water, 100 mL/hr, Last Rate: 100 mL/hr (07/28/24 0600)<br>insulin regular, 0-100 Units/hr<br>phenylephrine, 0-9.1 mcg/kg/min, Last Rate: 2 mcg/kg/min (07/28/24 0615)<br>phenylephrine, 0-9.1 mcg/kg/min<br>propofol, 0-50 mcg/kg/min, Last Rate: Stopped (07/27/24 1900) |



139

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB:[redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

| | | |
|---|---|---|
| vancomycin, 0.5 g, Intravenous, q12h | chloride, Insert peripheral IV **AND** Saline lock IV **AND** sodium chloride **AND** sodium chloride, sodium phosphate, sodium phosphate | |

**Allergy:**

**Allergies**

Allergen — Reactions

- Flonase [Fluticasone]
- Penicillins

[redacted]

**Hospital course:**

7/27: Continue ICU management, antibiotics

7/28: plans for CTH on today; ENT has signed off; pt w/ poor prognosis; noted rec's of ENT, Neuro - if pt was more stable. Echo on 7/26 stable.
On insulin gtt + K --correcting hypernatremia.

**Assessment**

Acute bacterial meningitis, secondary to strep pneumoniae
Gram-positive cocci bacteremia, secondary to strep pneumoniae
Acute hypernatremia, improving.
Acute hyperglycemia
Acute hypocalcemia, resolved
Acute hypophosphatemia, improving slowly
Acute nontraumatic rhabdomyolysis
Currently incarcerated
Uninsured

**Plan**

Continue ICU monitoring and management
On IV ceftriaxone day 2 of 6
Continue IV dexamethasone day 4 of 4

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

Glycemic management
Continue DVT prophylaxis with subcutaneous Lovenox
Status post IV Acyclovir
Continue IV vancomycin day 2 of 18 doses
Infectious disease following
Continue propofol infusion
Continue Neo-Synephrine infusion
Continue droplet precaution
Continue supportive care
ICU managing vent - poor prognosis.

MDM

Rounded with RN: Sue

Discussed with sub-specialist and content of discussion: ID, ENT, ICU

Lab/imaging tests ordered: CT head and labs; sodium monitoring

**Respiratory Support from 07/27/24 0753 to 07/28/24 0753**

| Date and Time | O2 Delivery Method | O2 Flow Rate (L/min) | FiO2 (%) | User |
|---|---|---|---|---|
| 07/27/24 0800 | — | — | 40 % | SKL |
| 07/27/24 0900 | — | — | 40 % | SKL |
| 07/27/24 1000 | — | — | 40 % | SKL |
| 07/27/24 1100 | — | — | 40 % | SKL |
| 07/27/24 1200 | — | — | 40 % | SKL |
| 07/27/24 1222 | — | — | 40 % | ICS |
| 07/27/24 1300 | — | — | 40 % | SKL |
| 07/27/24 1400 | — | — | 40 % | SKL |
| 07/27/24 1500 | — | — | 40 % | SKL |
| 07/27/24 1600 | — | — | 40 % | SKL |
| 07/27/24 1616 | — | — | 40 % | ICS |
| 07/27/24 1700 | — | — | 50 % | SKL |
| 07/27/24 1800 | — | — | 50 % | SKL |
| 07/27/24 1853 | — | — | 50 % | MF |
| 07/27/24 2000 | Ventilator | — | 50 % | AM |
| 07/27/24 2200 | Ventilator | — | 50 % | AM |

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

| Date and Time | O2 Delivery Method | O2 Flow Rate (L/min) | FiO2 (%) | User |
|---|---|---|---|---|
| 07/28/24 0000 | Ventilator | — | 50 % | AM |
| 07/28/24 0200 | Ventilator | — | 50 % | AM |
| 07/28/24 0223 | — | — | 40 % | MF |
| 07/28/24 0400 | Ventilator | — | 50 % | AM |
| 07/28/24 0600 | Ventilator | — | 50 % | AM |
| 07/28/24 0657 | — | — | 40 % | DLD |
| 07/28/24 0659 | — | — | 40 % | DLD |

**Antibiotic Regimen**:
**Recently administered antibiotics (last 12 hours)**

| Date/Time | Action | Medication | Dose | Rate |
|---|---|---|---|---|
| 07/27/24 2016 | New Bag | cefTRIAXone (Rocephin) 2 g in dextrose 5% in water 100 mL IVPB | 2 g | 200 mL/hr |

**Active Antibiotics** (From admission, onward)

| Ordered | | Ordering Provider |
|---|---|---|
| Additional Orders | | |
| 07/27/24 1726 | **cefTRIAXone (Rocephin) 2 g in dextrose 5% in water 100 mL IVPB** Every 12 hours<br>Note to Pharmacy: Per Corporate F&T Committee, this medication has an approved therapeutic interchange if ordered for uncomplicated cystitis. See AdventHealth Therapeutic Interchange List for details and modify order accordingly. | Simon Theo Symeonides, MD |
| 07/27/24 2227 | **vancomycin (Vancocin) 0.5 g in sodium chloride 0.9 % 100 mL IVPB addEASE** Every 12 hours | Adam Donald Beeble, DO |

**BMI: Body mass index is 16.19 kg/m$^2$. Non-Obese**
**LOS: 2**
**DVT ppx: SCDs.**
**Last Anticoag Admin**

enoxaparin (Lovenox) syringe 40 mg

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

Given 40 mg at 0056
Frequency: Daily

No unadministered anticoagulant orders found.

**Code status: No Order**
**IVF: dextrose 10% in water, 30 mL/hr**
**dextrose 10% in water, 30 mL/hr**
**dextrose 10% in water, 30 mL/hr**
**dextrose 10% in water, 30 mL/hr**
**dextrose 5% in water, 100 mL/hr, Last Rate: 100 mL/hr (07/28/24 0600)**
**insulin regular, 0-100 Units/hr**
**phenylephrine, 0-9.1 mcg/kg/min, Last Rate: 2 mcg/kg/min (07/28/24 0615)**
**phenylephrine, 0-9.1 mcg/kg/min**
**propofol, 0-50 mcg/kg/min, Last Rate: Stopped (07/27/24 1900)**

**Diet:**
**Dietary Orders** (From admission, onward)

| Start | | Ordered |
|---|---|---|
| 07/28/24 0500 | **NPO except TF (Tube Feeding Panel)** Diet effective tomorrow | 07/27/24 1322 |
| 07/27/24 1321 | **Adult tube feed Carb Cont 1.2 TF; Continuous; 40; Start Glucerna 1.5 at 10ml/hr, increasing by 10ml/hr q4h as tolerated to goal rate of 40ml/hr x24hrs; TF (Tube Feeding Panel)** Until discontinued | |

Comments: Provide flush of 40 ml q4h

| Question | Answer | Comment |
|---|---|---|
| Tube feeding formula: | Carb Cont 1.2 TF | |
| Tube feeding delivery: | Continuous | |
| Tube feeding continuous dose goal (mL/hr): | 40 | |
| Continuous Instructions (start rate/advancement | Start Glucerna 1.5 at 10ml/hr, increasing by 10ml/hr q4h as | |

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

| | | |
|---|---|---|
| rate) | tolerated to goal rate of 40ml/hr x24hrs | 07/27/24 1322 |
| Feeding Type: | TF | |

**Wounds:**

| MDR Level | Planned Disposition: | Readmission Risk | | |
|---|---|---|---|---|
| Level 4 | unclear | **Predictive Model Details** | | |
| | | **19% (Medium)** | Factor | Value |
| | | Calculated 7/28/2024 04:15 | Number of active inpatient medication orders | 44 |
| | | IP Risk of Unplanned Readmission Model | Number of ED visits in last six months | 2 |
| | | | ECG/EKG order | present in last 6 months |
| | | | Latest BUN | high (25.0 mg/dL) |
| | | | Diagnosis of electrolyte disorder | present |
| | | | Restraint order | present in last 6 months |
| | | | Imaging order | present in last 6 months |
| | | | Phosphorous result | present |
| | | | Active anticoagulant | present |

**Progress Notes by Belinda Bernard Johnson, MD at 7/28/2024 7:53 AM (continued)**

| | | | |
|---|---|---|---|
| | | inpatient medication order | |
| | | Active corticosteroid inpatient medication order | present |
| | | Age | 39 |
| | | Future appointment | scheduled |
| | | Current length of stay | 1.472 days |
| | | Active ulcer inpatient medication order | present |

All pertinent investigations and hospital course reviewed and discussed with patient and staff

E-FORCSE was accessed to monitor controlled substance history if indicated.

In addition if indicated nonopioid alternatives considered for the management of the patient's pain include physical therapy, occupational therapy, Tylenol and NSAIDs. Advantages and disadvantages of the use of nonopioid alternatives was discussed and the patient was provided educational pamphlet on known opioid alternatives for treatment of pain

DISPO: Discharge once medically stable.

*This report was generated by voice recognition technology. Although rapid proofreading was performed to expedite the transfer, some errors may occur. If there are any questions or concerns, please contact me for clarification.*

Belinda Bernard Johnson, MD

Electronically signed by Belinda Bernard Johnson, MD at 7/28/2024 2:51 PM

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Carlos Alberto Feliciano, MD at 7/28/2024 10:34 AM**

Author: Carlos Alberto Feliciano, MD Service: Neurology Author Type: Physician
Filed: 7/28/2024 4:24 PM Date of Service: 7/28/2024 10:34 AM Status: Addendum
Editor: Carlos Alberto Feliciano, MD (Physician)
Related Notes: Original Note by Carlos Alberto Feliciano, MD (Physician) filed at 7/28/2024 10:43 AM

## Progress Note

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600
**CSN:** 5010278204587
**Date of Admission:** 7/26/2024

**Subjective**
No significant improvement so far

**Objective**
**Vital Signs**

| | 07/28/24 0700 | 07/28/24 0800 | 07/28/24 0900 | 07/28/24 1000 |
|---|---|---|---|---|
| BP: | 114/87 | 122/64 | 127/99 | 136/88 |
| BP Location: | | | | |
| Patient Position: | | | | |
| Pulse: | 64 | 55 | 65 | 50 |
| Resp: | 16 | 17 | 18 | 21 |
| Temp: | | | | |
| SpO2: | 97% | 98% | 97% | 97% |

Oxygen Therapy: Supplemental oxygen
O2 Delivery Method: Ventilator
FIO2 (%): 40 %

Body mass index is 16.19 kg/m².

Intake/Output Summary (Last 24 hours) at 7/28/2024 1034
Last data filed at 7/28/2024 0600

| | Gross per 24 hour |
|---|---|
| Intake | 5230.77 ml |
| Output | 5770 ml |
| **Net** | **-539.23 ml** |

**Physical Exam**
The patient is intubated and sedated. No acute distress.
Pupils are 4 mm bilaterally and nonreactive to light. The patient is breathing over the vent. No gag reflex, no corneal reflex

**Progress Notes by Carlos Alberto Feliciano, MD at 7/28/2024 10:34 AM (continued)**

Patient is not responding to verbal stimulation.
No movement with pain stimulation.
GCS: 3T

**Assessment**

Bacterial meningeal encephalitis.
Acute respiratory failure
Acute metabolic encephalopathy
Sepsis
Hypokalemia
Hyperglycemia
Elevated CPK

**Plan**

Patient is a 39-year-old critically ill male who was brought to the emergency room from jail for evaluation of altered mental status. The patient was found to have meningeal encephalitis associated with Streptococcus pneumonia. The patient is currently on antibiotics as per ID.
The patient has not showed any improvement so far. He is currently on sedation. Concern because this morning his pupils were dilated and nonreactive to light. For that reason we ordered CT of the head and EEG. Concern would be for herniation. Discussed with intensivist and did a breathing trial and he is breathing over the vent.
The patient did had MRI of the brain that showed multiple scattered small volume subacute nonhemorrhagic strokes that are probably secondary to purulent meningitis from left otomastoiditis.
No seizure-like activity reported by nursing staff. Seizure precautions
Prognosis for meaningful improvement is guarded to poor
Case discussed with Dr. Symeodines at bedside
Neurology will continue to follow.

Addendum 1515:
Went to see the patient to see if I could tell with family member. No family members at bedside. No changes in the patient condition.
CT of the head was done this afternoon. Reviewed images. The CT showed extensive patchy areas of cortical and subcortical edema that is involving all vascular territories. The patient is also having significant edema with early tonsillar herniation and basilar cistern effacement.
In view of this findings his prognosis is dismal. Recommend palliative care consult.

Due to a high probability of clinically significant, life threatening deterioration, the patient required my highest level of preparedness to intervene emergently and I personally spent this critical care time directly and personally managing the patient. This critical care time included obtaining a history; examining the patient; pulse oximetry; ordering and review of studies; arranging urgent treatment with development of a management plan; evaluation of patient's response to treatment; frequent reassessment; and, discussions with

**Progress Notes by Carlos Alberto Feliciano, MD at 7/28/2024 10:34 AM (continued)**

other providers.

This critical care time was performed to assess and manage the high probability of imminent, life-threatening deterioration that could result in multi-organ failure. It was exclusive of separately billable procedures and treating other patients and teaching time.

Electronically signed by Carlos Alberto Feliciano, MD at 7/28/2024 10:42 AM
Electronically signed by Carlos Alberto Feliciano, MD at 7/28/2024 10:43 AM
Electronically signed by Carlos Alberto Feliciano, MD at 7/28/2024 4:24 PM

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM**

| | | |
|---|---|---|
| Author: Simon Theo Symeonides, MD | Service: Critical Care | Author Type: Physician |
| Filed: 7/28/2024 6:12 PM | Date of Service: 7/28/2024 12:39 PM | Status: Signed |
| Editor: Simon Theo Symeonides, MD (Physician) | | |

SCP HEALTH

**Critical Care progress note**

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600

**Date of Admission:** 7/26/2024

**Subjective**
Hospital Day: 3

**Events encountered last 24 hours Chief Complaint**

**07/28/2024. Remains critically ill in the intensive care unit. Remains unresponsive to any stimulation. Pupils dilated and fixed nonreactive to light. Absence of spontaneous respiration and gag reflex. Absence of corneal reflexes. Remains bacteremic with multi organ dysfunction. Developing multi lobar pneumonic infiltrate in addition to initial diagnosis of meningoencephalitis. Presenting with progressive decline in mentation, febrile illness with nuchal rigidity. Underwent lumbar puncture/CSF analysis conforming bacterial meningoencephalitis, MRI confirming leptomeningeal enhancement/scattered subacute nonhemorrhagic infarcts secondary to purulent meningitis. Remains intubated on ventilatory support. Remains on high oxygen content. Note that CSF cultures and blood cultures all bottles revealed *Streptococcus pneumoniae*.**

***39-year-old male with no chronic medical condition as documented in medical records presenting to***



I C/ ✓

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

***AdventHealth Ocala emergency room 7262024 with altered mental status. Patient apparently currently incarcerated. Apparently symptoms started with progressive decline in mentation associated with nausea and vomiting progressed over the last 2 days prior to admission. Due to further decline in status patient brought to the emergency room. Noted to be restless and agitated on arrival. Initial workup revealed profound leukocytosis with left shift. I was consulted by the emergency room physician to evaluate the patient. Upon my evaluation the patient had a quite nuchal rigidity noted to be hypotensive and apparently given some sedation but on my exam was obtunded. Decision made to proceed with rapid sequence intubation placement ventilator support. Also requiring initiation vasopressor support to maintain adequate tissue perfusion state. Emergent brain MRI, lumbar puncture with CSF analysis and spinal MRI obtained. Finding consistent with bacterial meningoencephalitis.***

***Radiological data; MRI brain revealed multiple scattered small volume subacute nonhemorrhagic infarcts secondary to purulent meningitis from left otomastoiditis. Stable mild hydrocephalus, no midline shift or herniation otherwise noted. MRI cervical spine revealed diffuse cervical cord leptomeningeal enhancement compatible with pyogenic meningitis.***

***<u>Follow-up head CT revealed,</u> Extensive patchy cortical and subcortical edema involving all vascular territories, predominantly basilar in location. Differential considerations include a secondary vasculitis due to patient's infection resulting in multifocal infarcts. The edema could also be caused directly from the meningoencephalitis, new early tonsillar herniation and basilar cistern effacement noted.***

**Past medical history:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Known health problems: none | |

**Past surgical history:**
**History reviewed. No pertinent surgical history.**

**Current Facility-Administered Medications**

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| • calcium gluconate in NaCl premix injection 1 g | 1 g | Intravenous | PRN |
| • calcium gluconate in NaCl premix injection 2 g | 2 g | Intravenous | PRN |
| • cefTRIAXone (Rocephin) 2 g in | 2 g | Intravenous | q12h |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

| | | | |
|---|---|---|---|
| dextrose 5% in water 100 mL IVPB | | | |
| • chlorhexidine (Peridex) 0.12 % solution 15 mL | 15 mL | Mouth/Throat | BID |
| • dexamethasone PF (Decadron) injection 8 mg | 8 mg | Intravenous | q12h |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |
| • dextrose 10% in water infusion | 30 mL/hr | Intravenous | Continuous PRN |
| • dextrose 5% in water infusion | 100 mL/hr | Intravenous | Continuous |
| • dextrose 50 % solution 50 mL | 50 mL | Intravenous | q15 min PRN |
| • enoxaparin (Lovenox) syringe 40 mg | 40 mg | Subcutaneous | Daily |
| • glucagon injection 1 mg | 1 mg | Intramuscular | q15 min PRN |
| • glucose (TRUEplus Glucose Shot) liquid 15 g | 15 g | Oral | q15 min PRN |
| • glucose 40 % oral gel 15 g | 15 g | Oral | q15 min PRN |
| • insulin regular in NaCl (HumuLIN R, NovoLIN R) 100-0.9 UT/100ML-% infusion | 0-100 Units/hr | Intravenous | Continuous |
| • lidocaine (Xylocaine) 1 % injection 100 mg | 10 mL | Infiltration | Once |
| • magnesium oxide (Mag-Ox) tablet 400 mg | 400 mg | Oral | q12h PRN |
| • magnesium oxide (Mag-Ox) tablet 800 mg | 800 mg | Oral | q1h PRN |
| • magnesium sulfate IVPB 2 g | 2 g | Intravenous | q6h PRN |
| • magnesium sulfate IVPB 2 g | 2 g | Intravenous | q4h PRN |
| • magnesium sulfate IVPB 4 g | 4 g | Intravenous | q8h PRN |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

| | | | |
|---|---|---|---|
| • magnesium sulfate IVPB 4 g | 4 g | Intravenous | q8h PRN |
| • pantoprazole (Protonix) packet 40 mg | 40 mg | Oral | Daily before breakfast |
| • phenylephrine (Vazculep) 50 mg in dextrose 5% in water 250 mL (0.2 mg/mL) infusion | 0-9.1 mcg/kg/ min | Intravenous | Titrated |
| • phenylephrine (Vazculep) 50 mg in dextrose 5% in water 250 mL (0.2 mg/mL) infusion | 0-9.1 mcg/kg/ min | Intravenous | Continuous |
| • potassium phosphate and sodium phosphate (Phospha 250 Neutral) 155-852-130 MG tablet 1 tablet<br>Or | 1 tablet | Oral | q4h PRN |
| • potassium & sodium phosphates (Phos-NaK) 280-160-250 MG packet 1 packet | 1 packet | Oral | q4h PRN |
| • potassium phosphate and sodium phosphate (Phospha 250 Neutral) 155-852-130 MG tablet 2 tablet<br>Or | 2 tablet | Oral | q4h PRN |
| • potassium & sodium phosphates (Phos-NaK) 280-160-250 MG packet 2 packet | 2 packet | Oral | q4h PRN |
| • potassium chloride IVPB 20 mEq | 20 mEq | Intravenous | q2h PRN |
| • propofol (Diprivan) infusion/injection | 0-50 mcg/kg/ min | Intravenous | Continuous |
| • sodium chloride 0.9 % flush<br>And | | Intravenous | q12h SCH |
| • sodium chloride 0.9 % flush | | Intravenous | PRN |
| • sodium phosphates | 15 mmol | Intravenous | q8h PRN |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

| | | | |
|---|---|---|---|
| 15 mmol in sodium chloride 0.9 % 250 mL IVPB ADD-EASE | | | |
| • sodium phosphates 30 mmol in dextrose 5% in water 250 mL IVPB | 30 mmol | Intravenous | q12h PRN |
| • vancomycin (Vancocin) 500 mg in dextrose 5% in water 100 mL IVPB addEASE | 500 mg | Intravenous | q12h |

No current outpatient medications on file.

No medications prior to admission.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Flonase [Fluticasone] | |
| • Penicillins | |

**Family History**

Family history unknown: Yes

**Social History**

Socioeconomic History
- Marital status: Single

Tobacco Use
- Smoking status: Unknown

**Objective**

**Vital Signs**

| | 07/28/24 1500 | 07/28/24 1538 | 07/28/24 1600 | 07/28/24 1700 |
|---|---|---|---|---|
| BP: | | | | |
| BP Location: | | | | |
| Patient Position: | | | | |
| Pulse: | 53 | | 62 | 85 |
| Resp: | 14 | | 14 | 14 |
| Temp: | | | | |
| SpO2: | 99% | 99% | 99% | 98% |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

Body mass index is 16.19 kg/m².

I/O last 3 completed shifts:
In: 5230.8 (108.3 mL/kg) [I.V.:1630.5 (33.8 mL/kg); NG/GT:2250; IV Piggyback:1350.3]
Out: 11570 (239.5 mL/kg) [Urine:11570 (6.7 mL/kg/hr)]
Weight: 48.3 kg

I/O this shift:
In: 1085.5 [I.V.:635.3; IV Piggyback:450.2]
Out: 1300 [Urine:1300]

**Physical Exam:**

***Gen: Is thin looking 39-year-old male who is incarcerated. BMI estimated at 17 kg/m². Who is currently intubated on ventilator support. Minimally sedated. Patient presenting with altered mental status, mentation progressively declined. Hypotensive and in requirement of vasopressor support to maintain adequate tissue perfusion state.***

***HEENT: NC/AT. PERRLA. EOMI. No icterus. No pallor. Moist oral mucosa. No oropharyngeal lesions noted. Ear and Nose exam essentially unremarkable.***

***Neck. Significant nuchal rigidity, no JVD. No carotid bruit. No lymphadenopathy. No tmegaly. No palpable masses. Trachea is midline. ETT secured 23 cm at the lips.***

***Chest. Normal AP diameter.***

***Lungs. Clear to auscultation percussion. Adequate air entry. No wheezes, rales or rhonchi. Symmetrical bilateral lung expansion.***

***Heart. S1-S2 sinus tachycardia, regular rhythm without appreciated murmur, gallop or rub. PMI is not displaced.***

***Abdomen. Soft, nontender, nondistended. No hepatosplenomegaly. No palpable masses. No abdominal bruit. Normoactive bowel sounds. Urinary bladder is nondistended.***

***Extremities. Without edema, cyanosis or clubbing. Adequate propofol sedation.***

***Joints. No evidence of acute joint inflammation.***

***Skin. No petechiae, purpura, viscous, jaundice or rash.***

***Neurologic. The patient currently intubated. Presenting with progressive decline in mentation and respiratory status. Noted otherwise to move his extremities without evidence of focal deficits. No involuntary movement noted.***

**Respiratory Support:**
O2 Delivery Method: Ventilator
FiO2 (%): 40 %

**Vent settings (last 24 hours):**
Vent Patterns: Volume Control - Controlled Mandatory Ventilation
FiO2 (%): [40 %-50 %] 40 %
S RR: [14] 14
PEEP/CPAP (cmH2O): [5 cm H20] 5 cm H20

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

Mean Airway Pressure (cmH2O): [7-10] 8

**Patient Lines/Drains/Airways Status**

Active LDAs

| Name | Placement date | Placement time | Site | Days |
|---|---|---|---|---|
| CVC Triple Lumen 07/27/24 Right Internal jugular Non-tunneled | 07/27/24 | 2330 | Internal jugular | less than 1 |
| Peripheral IV 07/26/24 Anterior;Right;Upper Arm | 07/26/24 | 0846 | Arm | 2 |
| Peripheral IV 07/26/24 Left;Posterior Forearm | 07/26/24 | 0846 | Forearm | 2 |
| NG/OG Tube Orogastric 18 Fr Left mouth | 07/26/24 | 1722 | Left mouth | 2 |
| Urethral Catheter 14 Fr | 07/26/24 | 1724 | — | 2 |
| ETT 8 mm | 07/26/24 | 1635 | Oral | 2 |
| Arterial Line 07/28/24 Right Radial | 07/28/24 | 0000 | Radial | less than 1 |
| Midline Double Lumen 07/26/24 Right Basilic | 07/26/24 | 1830 | Basilic | 1 |

**Dietary Orders** (From admission, onward)

| Start | | Ordered |
|---|---|---|
| 07/28/24 0945 | **Adult tube feed Carb Cont 1.2 TF; Continuous; 40; Start Glucerna 1.5 at 10ml/hr, increasing by 10ml/hr q4h as tolerated to goal rate of 40ml/hr x24hrs; TF (Tube Feeding Panel)** Until discontinued | |

Comments: Provide flush of 80 ml q1h

| Question | Answer | Comment |
|---|---|---|
| Tube feeding formula: | Carb Cont 1.2 TF | |
| Tube feeding delivery: | Continuous | |
| Tube feeding continuous dose goal (mL/hr): | 40 | |
| Continuous | Start Glucerna 1.5 at | |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

| | | | |
|---|---|---|---|
| | Instructions (start rate/advancement rate) | 10ml/hr, increasing by 10ml/hr q4h as tolerated to goal rate of 40ml/hr x24hrs | 07/28/24 0944 |
| | Feeding Type: | TF | |
| 07/28/24 0500 | **NPO except TF (Tube Feeding Panel)** | Diet effective tomorrow | 07/27/24 1322 |

**TPN Medication Recent History (Show up to 4 orders; newest on the left.)**

None

**Labs/Studies**
**Recent Results (from the past 24 hour(s))**
**POC Glucose**
Collection Time: 07/27/24 6:46 PM

| Result | Value |
|---|---|
| Glucose, POC | 166 (H) |

**Vancomycin Level, Trough Please draw trough 30-60 minutes prior to next scheduled dose. Only hold if trough is greater than 20.**
Collection Time: 07/27/24 8:33 PM

| Result | Value |
|---|---|
| Vancomycin, Trough | 35.4 (HH) |

**Basic Metabolic Panel (BMP)**
Collection Time: 07/27/24 8:33 PM

| Result | Value |
|---|---|
| Sodium | 172 (HH) |
| Potassium | 3.8 |
| Chloride | 136 (H) |
| Carbon Dioxide | 13.0 (L) |
| Anion Gap | 23 (H) |
| Glucose | 177 (H) |
| BUN | 28.0 (H) |
| Creatinine | 1.20 |
| BUN/Creatinine Ratio | 23.3 |
| Calcium | 8.9 |
| Osmolality Calc | 340 |
| eGFR | 78.9 |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

**POC Glucose**

Collection Time: 07/27/24 8:36 PM

| Result | Value |
|---|---|
| Glucose, POC | 160 (H) |

**POC Glucose**

Collection Time: 07/28/24 12:37 AM

| Result | Value |
|---|---|
| Glucose, POC | 242 (H) |

**Basic Metabolic Panel (BMP)**

Collection Time: 07/28/24 1:26 AM

| Result | Value |
|---|---|
| Sodium | >176 (HH) |
| Potassium | 4.1 |
| Chloride | >139 (H) |
| Carbon Dioxide | 12.0 (L) |
| Anion Gap | |
| Glucose | 291 (H) |
| BUN | 25.0 (H) |
| Creatinine | 1.10 |
| BUN/Creatinine Ratio | 22.7 |
| Calcium | 9.5 |
| Osmolality Calc | |
| eGFR | 87.6 |

**Blood gas, arterial**

Collection Time: 07/28/24 2:17 AM

| Result | Value |
|---|---|
| Analysis Type | Blood Gas |
| Sample Type | Arterial |
| Site | Art Line |
| Allen Test | Not Applicable |
| pH, Arterial | 7.328 (L) |
| pCO2, Arterial | 23.5 (L) |
| pO2, Arterial | 226.0 (H) |
| HCO3, Arterial | 12.3 (L) |
| Base Excess, Arterial | -11.5 (L) |
| O2 Sat, Arterial | >100.0 (H) |
| FiO2 | 50.00 |
| PaO2/FiO2 | 452 |
| Mode | CMV (A/C) |
| AMP | 0.0 |
| Tidal Volume | 450.0 |
| PEEP | 5.0 |
| Ventilator Rate | 14.0 |

**POC Glucose**

Collection Time: 07/28/24 3:59 AM

| Result | Value |
|---|---|
| Glucose, POC | 289 (H) |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

**CBC Auto Diff, Reflex Manual Diff If Indicated**
Collection Time: 07/28/24 4:00 AM

| Result | Value |
|---|---|
| WBC | 36.98 (H) |
| RBC | 5.11 |
| Hemoglobin | 14.3 |
| Hematocrit | 44.5 |
| MCV | 87.1 |
| MCH | 28.0 |
| MCHC | 32.1 |
| RDW | 14.5 |
| Platelet Count | 379 |
| MPV | 10.2 |
| Neutrophils % | 87.3 (H) |
| Lymphocytes % | 3.1 (L) |
| Monocytes % | 2.7 |
| Eosinophils % | 0.0 |
| Basophils % | 0.0 |
| Neutrophils Absolute | 32.29 (H) |
| Lymphocytes Absolute | 1.14 (L) |
| Monocytes Absolute | 1.00 (H) |
| Eosinophils Absolute | 0.00 |
| Basophil Absolute | 0.01 |
| Immature Granulocytes % | 6.9 |
| Immature Granulocytes Absolute | 2.54 |

**Procalcitonin Test**
Collection Time: 07/28/24 4:00 AM

| Result | Value |
|---|---|
| Procalcitonin | 4.12 (H) |

**Calcium, Ionized**
Collection Time: 07/28/24 4:00 AM

| Result | Value |
|---|---|
| Calcium, Ionized | 1.22 |

**Phosphorus**
Collection Time: 07/28/24 4:00 AM

| Result | Value |
|---|---|
| Phosphorus | 1.70 (L) |

**Magnesium**
Collection Time: 07/28/24 4:00 AM

| Result | Value |
|---|---|
| Magnesium | 3.30 (H) |

**Basic Metabolic Panel (BMP)**
Collection Time: 07/28/24 4:00 AM

| Result | Value |
|---|---|

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

| | |
|---|---|
| Sodium | 176 (HH) |
| Potassium | 4.3 |
| Chloride | >139 (H) |
| Carbon Dioxide | 12.0 (L) |
| Anion Gap | |
| Glucose | 336 (H) |
| BUN | 24.0 (H) |
| Creatinine | 1.10 |
| BUN/Creatinine Ratio | 21.8 |
| Calcium | 9.8 |
| Osmolality Calc | 355 |
| eGFR | 87.6 |

**Sodium**
Collection Time: 07/28/24 4:00 AM

| Result | Value |
|---|---|
| Sodium | 176 (HH) |

**Sodium**
Collection Time: 07/28/24 6:22 AM

| Result | Value |
|---|---|
| Sodium | 174 (HH) |

**POC Glucose**
Collection Time: 07/28/24 8:07 AM

| Result | Value |
|---|---|
| Glucose, POC | 358 (H) |

**Vancomycin Level, Random**
Collection Time: 07/28/24 8:08 AM

| Result | Value |
|---|---|
| Vancomycin | 14.3 |

**Basic Metabolic Panel (BMP)**
Collection Time: 07/28/24 8:08 AM

| Result | Value |
|---|---|
| Sodium | 171 (HH) |
| Potassium | 3.2 (L) |
| Chloride | 139 (H) |
| Carbon Dioxide | 15.0 (L) |
| Anion Gap | 17 (H) |
| Glucose | 428 (H) |
| BUN | 23.0 (H) |
| Creatinine | 0.90 |
| BUN/Creatinine Ratio | 25.6 |
| Calcium | 9.2 |
| Osmolality Calc | 350 |
| eGFR | 111.4 |

**POC Glucose**
Collection Time: 07/28/24 9:17 AM

| Result | Value |
|---|---|



158

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

| | |
|---|---|
| Glucose, POC | 365 (H) |

**Sodium**

Collection Time: 07/28/24 10:10 AM

| Result | Value |
|---|---|
| Sodium | 170 (HH) |

**POC Glucose**

Collection Time: 07/28/24 10:10 AM

| Result | Value |
|---|---|
| Glucose, POC | 390 (H) |

**POC Glucose**

Collection Time: 07/28/24 11:04 AM

| Result | Value |
|---|---|
| Glucose, POC | 367 (H) |

**Blood gas, arterial**

Collection Time: 07/28/24 11:28 AM

| Result | Value |
|---|---|
| Analysis Type | Blood Gas |
| Sample Type | Arterial |
| Site | Art Line |
| Allen Test | Not Applicable |
| pH, Arterial | 7.362 |
| pCO2, Arterial | 33.0 (L) |
| pO2, Arterial | 115.0 (H) |
| HCO3, Arterial | 18.7 (L) |
| Base Excess, Arterial | -5.7 (L) |
| O2 Sat, Arterial | 98.8 (H) |
| FiO2 | 40.00 |
| PaO2/FIO2 | 287 (L) |
| Mode | CMV (A/C) |
| AMP | 0.0 |
| Tidal Volume | 450.0 |
| PEEP | 5.0 |
| Ventilator Rate | 14.0 |

**POC Glucose**

Collection Time: 07/28/24 12:07 PM

| Result | Value |
|---|---|
| Glucose, POC | 360 (H) |

**Basic Metabolic Panel (BMP)**

Collection Time: 07/28/24 12:11 PM

| Result | Value |
|---|---|
| Sodium | 166 (HH) |
| Potassium | 2.8 (LL) |
| Chloride | 136 (H) |
| Carbon Dioxide | 18.0 (L) |
| Anion Gap | 12 |
| Glucose | 421 (H) |
| BUN | 20.0 (H) |
| Creatinine | 0.80 |

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

| | |
|---|---|
| BUN/Creatinine Ratio | 25.0 |
| Calcium | 8.8 |
| Osmolality Calc | 339 |
| eGFR | 115.5 |

**Magnesium**

Collection Time: 07/28/24 12:11 PM

| Result | Value |
|---|---|
| Magnesium | 2.50 (H) |

**POC Glucose**

Collection Time: 07/28/24 4:28 PM

| Result | Value |
|---|---|
| Glucose, POC | 349 (H) |

CT Head WO IV Contrast

Result Date: 7/28/2024
1. New extensive patchy cortical and subcortical edema involving all vascular territories, predominantly basilar in location. Differential considerations include a secondary vasculitis due to patient's infection resulting in multifocal infarcts. The edema could also be caused directly from the meningitis/encephalitis although this is felt to be less likely. If clinically indicated, the vasculitis could be further evaluated with CTA of the head. 2. New early tonsillar herniation and basilar cistern effacement. 3. Slight improvement in the degree of hydrocephalus from the previous study. CRITICAL RESULTS NOTIFICATION: CRITICAL RESULT: YES NOTIFICATION (Date/Time): 1321 hours CLINICIAN NOTIFIED (Name): Dr. Simon Electronically signed by Amanda Aulis, MD 7/28/2024 1:26 PM

XR Chest 1 View

Result Date: 7/28/2024
No significant change. Electronically signed by Deepak Vallabhaneni, MD 7/28/2024 8:04 AM

XR Chest Post All Tube/Line Insert NC

Result Date: 7/28/2024
Endotracheal tube is 4 cm above the carina. Electronically signed by Abraham Lajara, MD 7/28/2024 12:47 AM

CT Abdomen W and WO IV Contrast

Result Date: 7/27/2024
1. Small volume ascites. 2. Patchy tree-in-bud opacities in the right lower lobe, concerning for infectious or inflammatory bronchiolitis. 3. Small left greater than right pleural effusions. Electronically signed by Larry C Fuller, DO 7/27/2024 5:52 PM

**Assessment and plan:**
***39-year-old male with no chronic medical condition as documented in medical records presenting to***

Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)

*AdventHealth Ocala emergency room 7262024 with altered mental status. Patient apparently currently incarcerated. Apparently symptoms started with progressive decline in mentation associated with nausea and vomiting progressed over the last 2 days prior to admission. Due to further decline in status patient brought to the emergency room. Noted to be restless and agitated on arrival. Initial workup revealed profound leukocytosis with left shift. I was consulted by the emergency room physician to evaluate the patient. Upon my evaluation the patient had a quite nuchal rigidity noted to be hypotensive and apparently given some sedation but on my exam was obtunded. Decision made to proceed with rapid sequence intubation placement ventilator support. Also requiring initiation vasopressor support to maintain adequate tissue perfusion state. Emergent brain MRI, lumbar puncture with CSF analysis and spinal MRI obtained. Finding consistent with bacterial meningoencephalitis.*

*Radiological data; MRI brain revealed multiple scattered small volume subacute nonhemorrhagic infarcts secondary to purulent meningitis from left otomastoiditis. Stable mild hydrocephalus, no midline shift or herniation otherwise noted. MRI cervical spine revealed diffuse cervical cord leptomeningeal enhancement compatible with pyogenic meningitis.*

07/28/2024. Remains critically ill in the intensive care unit. Remains unresponsive to any stimulation. Pupils dilated and fixed nonreactive to light. Absence of spontaneous respiration and gag reflex. Absence of corneal reflexes. Remains bacteremic with multi organ dysfunction. Developing multi lobar pneumonic infiltrate in addition to initial diagnosis of meningoencephalitis. Presenting with progressive decline in mentation, febrile illness with nuchal rigidity. Underwent lumbar puncture/CSF analysis conforming bacterial meningoencephalitis, MRI confirming leptomeningeal enhancement/scattered subacute nonhemorrhagic infarcts secondary to purulent meningitis. Remains intubated on ventilatory support. Remains on high oxygen content. Note that CSF cultures and blood cultures all bottles revealed *Streptococcus pneumoniae.*
*Follow-up head CT revealed, Extensive patchy cortical and subcortical edema involving all vascular territories, predominantly basilar in location. Differential, considerations include a secondary vasculitis due to patient's infection resulting in multifocal infarcts. The edema could also be caused directly from the meningoencephalitis, new early tonsillar herniation and basilar cistern effacement noted.*

Clinical impression:

*1. Acute bacterial meningoencephalitis, related to Streptococcus meningitis. With purulent meningoencephalitis. CT head with diffuse sulcal effacement of the supratentorial brain and mild hydrocephalus also left mastoid air cell opacification suspected parameningeal focus. CSF analysis pattern suggestive of Streptococcus meningitis. Initial Gram stain revealing GPCs in pairs and chains and WBCs. HIV negative hepatitis panel nonreactive. CSF cultures confirmed Streptococcus pneumoniae.*
*2. Acute metabolic septic encephalopathy. Acute mental status changes with meningismus, symptom seems to be progressed as patient was initially restless and agitated and now poorly responsive to stimuli.*
*3. Multiple small volume brain subacute nonhemorrhagic infarcts secondary to purulent meningitis thought to be from left otomastoiditis. No midline shift or herniation noted.*

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

***4. Vasodilatory-distributive shock likely related sepsis and sequelae. Despite initial volume replacement therapy. Patient appears to be euvolemic state. Requiring initiation of norepinephrine to maintain adequate tissue perfusion state.***

***5. Profound leukocytosis with left shift, likely in relation to above. Surveillance blood cultures obtained and pending. Endovascular infection could not be excluded. Pending echocardiography.***

***5. Austrian syndrome, Osler's triad. Meningitis, endocarditis/bacteremia, and pneumonia. Highly suspected.***

***6. Bacteremia with blood cultures all bottles revealing GPCs, final identification confirmed Streptococcus pneumoniae. Endovascular infection/infective endocarditis highly suspected in view of patient's prior documented history of substance abuse.***

***7. Acid-base disturbance mainly related to metabolic acidosis. We will continue to monitor and follow closely. Monitor lactic acid trend.***

***8. Reported history of penicillin allergy exact allergy unknown.***

**Recommendations:**

***- Admitted to ICU for close evaluation management.***

***- Acute bacterial meningoencephalitis, related to Streptococcus pneumoniae meningitis. With purulent meningoencephalitis. CT head with diffuse sulcal effacement of the supratentorial brain and mild hydrocephalus also left mastoid air cell opacification suspected parameningeal focus. CSF analysis pattern suggestive of Streptococcus meningitis. Initial Gram stain revealing GPCs in pairs and chains and WBCs. HIV negative hepatitis panel nonreactive. CSF cultures confirmed Streptococcus pneumoniae.***

***- Acute metabolic - septic encephalopathy. Acute mental status changes with meningismus, symptom seems to be progressed as patient was initially restless and agitated and now poorly responsive to stimuli.***

***- Signs of herniation/brainstem compression, as patient remains unresponsive to any stimulation. Pupils dilated and fixed nonreactive to light. Absence of spontaneous respiration and gag reflex. Absence of corneal reflexes.***

***- Vasodilatory-distributive shock likely related sepsis and sequelae. Despite initial volume replacement therapy. Patient appears to be euvolemic state. Requiring initiation of norepinephrine to maintain adequate tissue perfusion state.***

***- Profound leukocytosis with left shift, likely in relation to above. Surveillance blood cultures obtained and pending. Endovascular infection could not be excluded. Pending echocardiography.***

***- Bacteremia with blood cultures all bottles revealing GPCs, final identification confirmed Streptococcus pneumoniae. Endovascular infection/infective endocarditis Bacteremia with blood cultures all bottles revealing GPCs likely to reflect Streptococcus highly suspected in view of patient's prior documented history of substance abuse. Austrian syndrome, Osler's triad. (Meningitis, endocarditis/bacteremia, and pneumonia). suspected.***

***- We will continue current antibiotic regimen of Ceftriaxone 2 g intravenously q12h. Vancomycin at 1 g intravenously q12 hours. Will proceed to discontinue acyclovir intravenously. Will add dexamethasone 0.15-0.25 mg/kg IV q.6 hours for 4 days.***

***- We will continue respiratory hygiene bronchodilators therapy. Gradual ventilator wean. Gradual FIO2***

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Progress Notes by Simon Theo Symeonides, MD at 7/28/2024 12:39 PM (continued)**

***wean. Goal to maintain oxygen saturation > 92%.***
***- We will continue to monitor volume status, renal function, urine output, acid-base value and electrolytes and correct as needed.***
***- Follow-up head CT revealed, Extensive patchy cortical and subcortical edema involving all vascular territories, predominantly basilar in location. Differential, considerations include a secondary vasculitis due to patient's infection resulting in multifocal infarcts. The edema could also be caused directly from the meningoencephalitis, new early tonsillar herniation and basilar cistern effacement noted.***
***- We will continue to monitor and follow this patient closely along with Neurology Service, Infectious Disease Services and other consulting services.***
***- Due to further decline rapid decline in status. Code status was changed to DNR/DNI per family request. Patient's mother and brother at bedside and requesting comfort care only and transition to hospice care.***

CC Time = 65 min. Total critical care time documented does not include time spent on separately billed procedures or the services of residents, students, nurses or physician assistants. I personally saw and examined the patient. I have reviewed all diagnostic interpretations and treatment plans as written.Critical care time includes patient management by me, time spent at the patients bedside, time to review lab and imaging results, discussing patient care, documentation in the medical record, and time spent with the family or caregiver.

Electronically signed by Simon Theo Symeonides, MD at 7/28/2024 6:12 PM

**Discharge Summary by Belinda Bernard Johnson, MD at 7/28/2024 6:47 PM**

Author: Belinda Bernard Johnson, MD Service: — Author Type: Physician
Filed: 7/28/2024 6:51 PM Date of Service: 7/28/2024 6:47 PM Status: Signed
Editor: Belinda Bernard Johnson, MD (Physician)

Pioneer MEDICAL GROUP

**Discharge Summary**

**Name:** Jacob Oakie
**DOB / AGE:** [redacted] / 39 y.o.
**MRN:** 503114600
**CSN:** 5010278204587
**Date of Admission:** 7/26/2024
**Discharge Date:** 7/28/2024
**Discharge Disposition:** Hospice/Medical Facility [51]

[redacted]



163

**Discharge Summary by Belinda Bernard Johnson, MD at 7/28/2024 6:47 PM (continued)**

**Primary care provider Info:**
Pcp
None

**Discharge Diagnosis**
Principal Problem:
Bacterial meningitis (POA: Yes)
Active Problems:
Acute respiratory failure (HCC) (POA: Yes)
Acute metabolic encephalopathy (POA: Yes)
Sepsis (HCC) (POA: Yes)
Hypokalemia (POA: Yes)
Hyperglycemia (POA: Yes)
Elevated CK (POA: Yes)
Resolved Problems:
There are no Resolved Problems.

**History of presenting illness:**

39-year-old patient from jail, presented to the emergency room for altered mental status. Information gathered from triage notes and ED notes. Patient is intubated and sedated. Apparently, patient had been having nausea and vomiting for 2-3 days and unable to tolerate p.o.. Labs done at the jail noted high blood cell count. Patient was then noted becoming confused. Per ED provider, on arrival to ER, patient was awake and alert but intermittently agitated. Patient has no known chronic medical condition. In the ER, upon initial workup, chest x-ray indicated no significant findings. CT head noted diffuse sulcal effacement of the supratentorial brain with mild hydrocephalus. Findings could represent meningitis in the proper clinical setting. ED provider performed lumbar puncture. ED provider consulted infectious disease doctor. Patient met sepsis criteria with initial lactic of 2.6. Patient was given cefepime, Decadron, 2 L fluid bolus and vancomycin in the ER. Patient went for an MRI. However, while in MRI, patient went into respiratory distress. Patient was taken back in ER and was intubated by the ER provider. ED provider consulted intensivist for ICU admission.

**Hospital course:**

Per ICU events:

**07/28/2024. Remains critically ill in the intensive care unit. Remains unresponsive to any stimulation. Pupils dilated and fixed nonreactive to light. Absence of spontaneous respiration and gag reflex. Absence of corneal reflexes. Remains bacteremic with multi organ dysfunction. Developing multi lobar pneumonic infiltrate in addition to initial diagnosis of meningoencephalitis. Presenting with progressive decline in mentation, febrile illness with nuchal rigidity. Underwent lumbar puncture/CSF analysis conforming bacterial meningoencephalitis, MRI confirming leptomeningeal enhancement/scattered subacute nonhemorrhagic infarcts secondary to purulent meningitis. Remains intubated on ventilatory support. Remains on high oxygen content. Note that CSF cultures and blood cultures all bottles revealed *Streptococcus pneumoniae*.**
***Follow-up head CT revealed,* *Extensive patchy cortical and subcortical edema involving all vascular territories, predominantly basilar in location. Differential, considerations include a secondary vasculitis due to patient's infection resulting in multifocal infarcts. The edema could also be caused directly from the meningoencephalitis, new early tonsillar herniation and basilar cistern effacement noted.***

**Clinical impression:**
***1. Acute bacterial meningoencephalitis, related to Streptococcus meningitis. With purulent meningoencephalitis. CT head with diffuse sulcal effacement of the supratentorial brain and mild hydrocephalus also left mastoid air cell opacification suspected parameningeal focus. CSF analysis pattern suggestive of Streptococcus meningitis. Initial Gram stain revealing GPCs in pairs and chains and WBCs. HIV negative hepatitis panel nonreactive. CSF cultures confirmed Streptococcus pneumoniae.***
***2. Acute metabolic septic encephalopathy. Acute mental status changes with meningismus, symptom seems to be progressed as patient was initially restless and agitated and now poorly responsive to stimuli.***
***3. Multiple small volume brain subacute nonhemorrhagic infarcts secondary to purulent meningitis thought to be from left***



164

AHOCA OCALA HOSPITAL
1500 SW 1st Avenue
Ocala FL 34471-6504

Oakie, Jacob
MRN: 503114600, DOB: [redacted] Sex: M
Adm: 7/26/2024, D/C: 7/28/2024

**Discharge Summary by Belinda Bernard Johnson, MD at 7/28/2024 6:47 PM (continued)**

*otomastoiditis. No midline shift or herniation noted.*
*4. Vasodilatory-distributive shock likely related sepsis and sequelae. Despite initial volume replacement therapy. Patient appears to be euvolemic state. Requiring initiation of norepinephrine to maintain adequate tissue perfusion state.*
*5. Profound leukocytosis with left shift, likely in relation to above. Surveillance blood cultures obtained and pending. Endovascular infection could not be excluded. Pending echocardiography.*
*5. Austrian syndrome, Osler's triad. Meningitis, endocarditis/bacteremia, and pneumonia. Highly suspected.*
*6. Bacteremia with blood cultures all bottles revealing GPCs, final identification confirmed Streptococcus pneumoniae. Endovascular infection/infective endocarditis highly suspected in view of patient's prior documented history of substance abuse.*
*7. Acid-base disturbance mainly related to metabolic acidosis. We will continue to monitor and follow closely. Monitor lactic acid trend.*
*8. Reported history of penicillin allergy exact allergy unknown.*

**Recommendations:**
*- Admitted to ICU for close evaluation management.*
*- Acute bacterial meningoencephalitis, related to Streptococcus pneumoniae meningitis. With purulent meningoencephalitis. CT head with diffuse sulcal effacement of the supratentorial brain and mild hydrocephalus also left mastoid air cell opacification suspected parameningeal focus. CSF analysis pattern suggestive of Streptococcus meningitis. Initial Gram stain revealing GPCs in pairs and chains and WBCs. HIV negative hepatitis panel nonreactive. CSF cultures confirmed Streptococcus pneumoniae.*
*- Acute metabolic - septic encephalopathy. Acute mental status changes with meningismus, symptom seems to be progressed as patient was initially restless and agitated and now poorly responsive to stimuli.*
*- Signs of herniation/brainstem compression, as patient remains unresponsive to any stimulation. Pupils dilated and fixed nonreactive to light. Absence of spontaneous respiration and gag reflex. Absence of corneal reflexes.*
*- Vasodilatory-distributive shock likely related sepsis and sequelae. Despite initial volume replacement therapy. Patient appears to be euvolemic state. Requiring initiation of norepinephrine to maintain adequate tissue perfusion state.*
*- Profound leukocytosis with left shift, likely in relation to above. Surveillance blood cultures obtained and pending. Endovascular infection could not be excluded. Pending echocardiography.*
*- Bacteremia with blood cultures all bottles revealing GPCs, final identification confirmed Streptococcus pneumoniae. Endovascular infection/infective endocarditis Bacteremia with blood cultures all bottles revealing GPCs likely to reflect Streptococcus highly suspected in view of patient's prior documented history of substance abuse. Austrian syndrome, Osler's triad. (Meningitis, endocarditis/bacteremia, and pneumonia). suspected.*
*- We will continue current antibiotic regimen of Ceftriaxone 2 g intravenously q12h. Vancomycin at 1 g intravenously q12 hours. Will proceed to discontinue acyclovir intravenously. Will add dexamethasone 0.15-0.25 mg/kg IV q.6 hours for 4 days.*
*- We will continue respiratory hygiene bronchodilators therapy. Gradual ventilator wean. Gradual FIO2 wean. Goal to maintain oxygen saturation > 92%.*
*- We will continue to monitor volume status, renal function, urine output, acid-base value and electrolytes and correct as needed.*
*- Follow-up head CT revealed, Extensive patchy cortical and subcortical edema involving all vascular territories, predominantly basilar in location. Differential, considerations include a secondary vasculitis due to patient's infection resulting in multifocal infarcts. The edema could also be caused directly from the meningoencephalitis, new early tonsillar herniation and basilar cistern effacement noted.*
*- We will continue to monitor and follow this patient closely along with Neurology Service, Infectious Disease Services and other consulting services.*
*- Due to further decline rapid decline in status. Code status was changed to DNR/DNI per family request. Patient's mother and brother at bedside and requesting comfort care only and transition to hospice care.*

**7/28 - dc order to hospice placed. Poor prognosis.**

**Physical Exam: Visit Vitals**

| | |
|---|---|
| BP | (!) 142/99 |
| Pulse | (!) 128 |
| Temp | (!) 35.7 °C (96.2 °F) (Temporal) |
| Resp | 14 |



165

**Discharge Summary by Belinda Bernard Johnson, MD at 7/28/2024 6:47 PM (continued)**

**Consultants**

| Provider | Role | Specialty |
|---|---|---|
| Carlos Alberto Feliciano, MD | Consulting Physician | Neurology |
| Christopher John Schmidt, MD | Consulting Physician | Otolaryngology |
| Kaleb Logan Culpepper, DO | Consulting Physician | Neurology |
| Saravanan Karuppiah, MD | Consulting Physician | Neurosurgery |
| Wilfredo Sanchez, MD | Consulting Physician | Infectious Diseases |

**General:** No acute distress, mechanically intubated and sedated
pupils fixed/dilated
**Respiratory**: Respirations are nonlabored, breath sounds are equal, no adventitious breath sounds
**Cardiovascular**: Normal rate, regular rhythm, no murmur, no gallop, no edema
**GI:** Soft, nontender, nondistended, normal bowel sounds; no rebound or guarding
**GU:** Foley in place
**Extremities:** No edema clubbing or cyanosis; capillary refill < 3 seconds
Pulses 2+ bilaterally
**Neurology**: Unable to assess
**Psychiatric**: Unable to assess

**Condition at Discharge**
Clinically stable and improved

[redacted]

**Discharge Instructions**

To hospice

**Follow Up Orders**

None

**Pending Labs**

| Order | Current Status |
|---|---|
| Complement Activity Total, (CH50) | In process |
| IgG, IgA, IgM | In process |
| Blood culture, peripheral #1 | Preliminary result |
| Blood culture, peripheral #2 | Preliminary result |

Time > 30 min

**Discharge Summary by Belinda Bernard Johnson, MD at 7/28/2024 6:47 PM (continued)**

MDM

Belinda Bernard Johnson, MD

Electronically signed by Belinda Bernard Johnson, MD at 7/28/2024 6:51 PM

**END OF REPORT**