UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MARILYN OAKIE, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF JACOB OAKIE, DECEASED, ON BEHALF OF THE ESTATE AND SURVIVORS,

Plaintiff,

v. CASE NO.: 5:26-cv-00405-WFJ-PRL

BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY, ET AL,

Defendants.
_________________________________/

**NOTICE OF ADDITIONAL COUNSEL DESIGNATION**

Pursuant to Local Rule 2.02(a), Brandon W. White, Esq., of Coppins Monroe, P.A., hereby gives notice as additional Counsel in the above-style action on behalf of Defendants, BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY ("Sheriff Woods"), CAPTAIN BRIAN SPIVEY ("Spivey"), OFFICER N. CUSTODIO ("Custodio"), DEPUTY GORDON ("Gordon"), and DEPUTY IOVINO ("Iovino"). All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the undersigned.

Respectfully submitted this 15th day of September 2026.

*/s/ Brandon W. White*

William B. Armistead, Esq.
(FBN: 88535)
Brandon W. White, Esq.
(FBN: 84788)
warmistead@coppinsmonroe.com
bwhite@coppinsmonroe.com
kflemming@coppinsmonroe.com
kwillis@coppinsmonroe.com
COPPINS MONROE, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 Fax: 850-422-2730
ATTORNEYS FOR DEFENDANTS, BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY, CAPTAIN BRIAN SPIVEY, OFFICER N. CUSTODIO, DEPUTY GORDON, and DEPUTY IOVINO

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b)(2)(E), this document is being filed electronically with the court's electronic-filing system and service shall be through the Court's transmission facilities on all registered users.

*/s/ Brandon W. White*
Attorney