**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MARILYN OAKIE,**

Plaintiff,

v.

Case No. 5:26-cv-00405

**BILLY WOODS, et al.,**

Defendants.

## UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

NOW COMES Plaintiff, by and through her attorneys, moving for a brief extension of the deadline to respond to Defendants' motions to dismiss. Plaintiff states as follows:

1. Defendants Heart Of Florida Health Center, Inc., Pearson, Little, Rutland, Gomez, Ramos, Cunningham, Tyson, Younes, and John Little (Heart of Florida Defendants) filed a motion to dismiss Plaintiff's First Amended Complaint on August 31, 2026. ECF 29.
2. Defendants Sheriff Woods, Spivey, Custodio, Gordon, and Iovino (Marion County Defendants) also filed a motion to dismiss on August 31, 2026. ECF 30.

3. Pursuant to Local Rule 3.01(d), Plaintiff has 21 days to file her response to these motions.
4. Undersigned counsel, who bears primary responsibility for this briefing, was ill from August 15, 2026, through August 23, 2026, and had pre-planned personal travel August 28, 2026 through September 4, 2026. Undersigned counsel was also unexpectedly required to travel to Houston on September 14, 2026, through September 16, 2026, to cover depositions for another attorney in her office.
5. Due to this recent illness and travel, undersigned counsel has been delayed in attending to her professional obligations as promptly as she would prefer, and she is working diligently to resolve the resulting backlog.
6. Each moving defendant substantively attacks Plaintiff's complaint and seeks dismissal of the claims asserted against them. This briefing is therefore of critical importance to Plaintiff's case, and the interests of justice require that counsel be afforded adequate time to thoroughly address every issue raised therein.
7. Accordingly, there is good cause to extend the briefing schedule by seven days so that Plaintiff’s response to all motions to dismiss filed in this case is due September 28, 2026.

8. This motion is not brought for purposes of delay or any other improper pusrpose.

9. Defendants do not oppose this motion.

Respectfully submitted,

/s/ Sam Harton
**ROMANUCCI & BLANDIN**
Sam Harton*
321 N. Clark St. STE 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
sharton@rblaw.net

**Pro hac vice*

James M. Slater (FBN 111779)
**SLATER LEGAL, PLLC**
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff*

## LOCAL RULE 3.01(g) CERTIFICATION

The plaintiff-movant has conferred with counsel for Defendants, who have indicated this motion can be filed unopposed.

Respectfully submitted,

/s/ Sam Harton