UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARILYN OAKIE,

Plaintiff,

v.

BILLY WOODS, et al.,

Defendants.

Case No. 5:26-cv-00405

**PLAINTIFF'S MOTION TO ELARGE PAGE LIMITATION TO THEIR RULE 12(b)(6) RESPONSE**

Plaintiff, through her undersigned counsel, hereby moves this Court for leave to file her response in excess, not to exceed 30 pages, to Defendant Woods, Custodio, Iovino, and Gordon's (County Defendants) Rule 12(b)(6) motion to dismiss Plaintiff's Complaint. In support of her request Plaintiff states as follows:

1. Plaintiff seeks leave to file an oversized memorandum in response to ECF 30, a motion to dismiss filed by County Defendants, not to exceed 30 pages.
2. Local Rule 3.01(b) provides that the length of a response may not exceed twenty pages but permits motions for enlargement in appropriate circumstances.
3. The County Defendants filed a motion to dismiss that is 26 pages, containing arguments that rest on complex areas of law such as qualified immunity and *Monell*, and seeks to dismiss all of Plaintiff's claims.

4. To respond adequately to the arguments raised in their motion, Plaintiff anticipates requiring additional space beyond the default 20-page limit set out in Local Rule 3.01(b).

5. Counsel for Plaintiff has conferred with counsel for County Defendants, who informed Plaintiff that they oppose this request.

WHEREFORE, Plaintiff respectfully requests the entry of an Order by this Honorable Court granting Plaintiff leave to file in excess not to exceed 30 pages.

Date: September 25, 2026

Respectfully submitted,

/s/ Sam Harton
**ROMANUCCI & BLANDIN**
Sam Harton*
321 N. Clark St. STE 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
sharton@rblaw.net
*Pro hac vice

James M. Slater (FBN 111779)
SLATER LEGAL, PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

*Attorneys for Plaintiff*

**LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned certifies that Counsel for Plaintiff has conferred with counsel for the Defendants, who informed Plaintiff that they oppose this request.

Date: September 25, 2026

Respectfully submitted,

/s/ Sam Harton
*Attorney for Plaintiff*