**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MARILYN OAKIE, PERSONAL REPRESENTATIVE FOR THE ESTATE OF JACOB OAKIE, DECEASED, ON BEHALF OF THE ESTATE AND SURVIVORS,**

**Plaintiffs,**

**v.** **Case No.: 5:26-cv-00405-WFJ-PRL**

**BILLY WOODS, et al.,**

**Defendants,**
__________________________________/

**ORDER**

This cause is before the Court on Plaintiff's Motion to Enlarge Page Limitation to Their Rule 12(b)(6) Response. (Doc. 36). Plaintiff seeks leave to file an oversized memorandum in response to Defendant Woods, Custodio, Iovino, and Gordon's motion to dismiss. *Id*. Defendants oppose the request. *Id*. at 2. Upon due consideration, Plaintiff's Motion (Doc. 36) is **GRANTED** to the extent the response shall not exceed 30 pages.

**IT IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, on October 2, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Counsel of Record