**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**MARILYN OAKIE, PERSONAL REPRESENTATIVE FOR THE ESTATE OF JACOB OAKIE, DECEASED, ON BEHALF OF THE ESTATE AND SURVIVORS,**

**Plaintiffs,**

**v.** **Case No.: 5:26-cv-00405-WFJ-PRL**

**BILLY WOODS, et al.,**

**Defendants,**
**_________________________________/**

**ORDER**

Pending before the Court now is Plaintiff's Opposed Motion for Entry of HIPAA Qualified Protective Order and to Seal Publicly Filed Medical Records, with Incorporated Memorandum of Law. (Doc. 41). Defendants do not "oppose the eventual entry of a properly drawn qualified protective order under applicable regulations[,]" but they do oppose the entry of Plaintiff's proposed protective order. *See* Doc. 42 at 4–5. Defendants also oppose Plaintiff's request to seal Jacob Oakie's inmate medical records. (Doc. 42 at 9–11). A qualified HIPAA Order is necessary so the case may proceed. Accordingly, Plaintiff's Motion (Doc. 41) is **GRANTED** as follows:

1. Plaintiff's attorney is directed to confer with Defendants' attorneys within ten days and come up with a mutually agreeable Protective Order. Failure to

do so may delay this case, require a costly in-person hearing in Tampa, etc. If the parties are unable to agree, they should each file the Order they prefer within ten days and then plan on attending an in-person hearing in Tampa to be set.

2. The **Clerk** is directed to seal the medical records filed at Doc. 31-1. *See, e.g., Clark v. FDS Bank*, No. 6:17-cv-692-Orl-41TBS, 2018 WL 6503583, at *2 (M.D. Fla. Dec. 11, 2018) ("The law recognizes a person's privacy interest in their personal medical information."); *Pena v. Marcus*, No. 6:15-cv-69-Orl-18TBS, 2016 WL 10891560, at *2 (M.D. Fla. Nov. 4, 2016) (granting motion to seal medical records in support of response to motion for summary judgment, finding that "Plaintiff's privacy interest outweighs the public's interest in learning the details of her health contained in her medical records").

**DONE** and **ORDERED** in Tampa, Florida on November 4, 2026.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**<u>Copies furnished to:</u>**
Counsel of Record