IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA (Ocala)

MARILYN OAKIE, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF JACOB OAKIE, DECEASED, ON BEHALF OF THE ESTATE AND SURVIVORS,

CASE NO. 5:26-cv-00405 (WFJ)(PRL)

Plaintiffs,

vs.

BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY; HEART OF FLORIDA HEALTH CENTER, INC.; CAPTAIN BRIAN SPIVEY; DR. JOHN PEARSON; NURSE JOHN LITTLE; NURSE COLLEEN RUTLAND; NURSE SANDY GOMEZ; NURSE DORISVEL RAMOS; ARNP DUANE CUNNINGHAM; NURSE LESLIE TYSON; NURSE ANDREA YOUNES; NURSE JOHN LITTLE; OFFICER N. CUSTODIO; DEPUTY GORDON; DEPUTY IOVINO;

Defendants.

______________________________/

**DEFENDANTS' NOTICE OF SERVING MANDATORY INITIAL DISCOVERY DISCLOSURES**

COMES NOW, the Defendants, HEART OF FLORIDA HEALTH CENTER, INC., DR. JOHN PEARSON, JOHN LITTLE, RN, COLLEEN RUTLAND, RN,

SWANDY GOMEZ, RN, DORISVEL RAMOS, RN, DUANE CUNNINGHAM, ARNP, LESLIE TYSON, RN, ANDREA YOUNES, RN, and JOHN LITTLE, RN, by and through their undersigned counsel, and pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby give notice of serving Defendants' Initial Discovery Disclosures.

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on the 5th day of November, 2026, we electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.

Dated: November 5, 2026

Respectfully submitted,

*/s/ Howard L. Citron*

Howard L. Citron, ESQ
Florida Bar No: 333300
hlc.pleadings@lacavajacobson.com
LACAVA JACOBSON, P.A.
550 West Cypress Creek, Suite 150
Fort Lauderdale, FL 33309
Telephone: (954) 765-1001
Facsimile: (954) 765-1005
*Attorneys for Defendants Heart of Florida Health Center, Inc., Dr. John Pearson, John Little, RN, Colleen Rutland, RN, Sandy Gomez, RN, Dorisvel Ramos, RN, Duane Cunningham, ARNP, Leslie Tyson, RN, and Andrea Younes, RN*

**SERVICE LIST**

James Murray Slater, Esq.
Slater Legal PLLC
2296 Henderson Mill Rd NE
Suite 116
Atlanta, GA 30345
*Counsel for Plaintiff*

Paul M. McCahon, Esq.
Sam Horton, Esq.
Romanucci & Blandin, LLC
321 N Clark St
Suite 900
Chicago, IL 60654
*Counsel for Plaintiff*

William B. Armistead, Esq.
Brandon White, Esq.
Coppins Monroe, P.A.
2316 Killeran Center Blvd.
Suite 202
Tallahassee, FL 32309
*Counsel for Defendants Billy Woods, Captain Brian Spivey, Officer N. Custodio, Deputy Gordon, and Deputy Iovino*