UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARILYN OAKIE, as Personal Representative for the ESTATE OF JACOB OAKIE, deceased, on behalf of THE ESTATE AND SURVIVORS,

Plaintiff,

v. CASE NO. 5:26-cv-00405-WFJ-PRL

BILLY WOODS, Sheriff of Marion County, Florida, in his official capacity, et al.,

Defendants.
_________________________________/

**NOTICE OF SERVICE OF RULE 26(A)(1) DISCLOSURES BY SHERIFF WOODS, SPIVEY, CUSTODIO, IOVINO**

Defendants BILLY WOODS, in his official capacity as Sheriff of Marion County, Florida; CAPTAIN BRIAN SPIVEY, in his individual capacity, OFFICER NICOLE CUSTODIO, in her individual capacity; DEPUTY GORDON, in her individual capacity; and DEPUTY BRANDON IOVINO, in his individual capacity, by and through their undersigned counsel, and pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, hereby give notice of serving their Rule 26(a)(1) Disclosures on all parties in this matter.

Respectfully submitted this 5th day of November 2026.

*/s/ Brandon W. White*

William B. Armistead, Esq.
(FBN: 88535)
Brandon W. White, Esq.
(FBN: 84788)
warmistead@coppinsmonroe.com
bwhite@coppinsmonroe.com
sanders@coppinsmonroe.com
kwillis@coppinsmonroe.com
Coppins Monroe, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420 Fax: 850-422-2730

ATTORNEYS FOR DEFENDANT, BILLY WOODS, SHERIFF OF MARION COUNTY, FLORIDA, IN HIS OFFICIAL CAPACITY; BRIAN SPIVEY; DEPUTY GORDON; NICOLE CUSTODIO; and BRANDON IOVINO

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was furnished via CM/ECF on this 5th day of November 2026 to all persons designated for such delivery.

*/s/ Brandon W. White*